# EXHIBIT 1

## General Docket
### United States Court of Appeals for the Ninth Circuit

**ourt of Appeals Docket #:** 03-57038                          **Docketed:** 11/24/2003
**ture of Suit:** 4150 Ovrpmnts & Enforcement of Judgments      **Termed:** 09/26/2008
anco, et al v. Dow Chem Co., et al
**ppeal From:** U.S. District Court for Central California, Los Angeles
**e Status:** Paid

**se Type Information:**
  **1)** civil
  **2)** private
  **3)** null

**riginating Court Information:**
**District:** 0973-2 : CV-03-05094-NM
**Court Reporter:** Dawn Bullock, Court Reporter
**Trial Judge:** Nora M. Manella, District Judge
**Date Filed:** 07/17/2003
**Date Order/Judgment:**                    **Date NOA Filed:**
10/21/2003                                  11/14/2003

**ior Cases:**
  None

**urrent Cases:**

|            | Lead     | Member   | Start      | End |
|------------|----------|----------|------------|-----|
| Companion  |          |          |            |     |
|            | 03-57038 | 08-80090 | 06/05/2008 |     |

ONIA EDUARDA FRANCO FRANCO              Robert Craig Baker, Esquire, Attorney
        Plaintiff - Appellant,         Direct: 213-241-0900
                                       [COR LD NTC Retained]
                                       Baker, Keener & Nahra, LLP
                                       Suite 5400
                                       633 West Fifth Street
                                       Los Angeles, CA 90071

                                       Elizabeth Lane Crooke, Esquire, Trial Attorney
                                       Direct: 310-552-3800
                                       [COR LD NTC Retained]
                                       ENGSTROM LIPSCOMB & LACK
                                       12th Floor
                                       10100 Santa Monica Blvd.
                                       Los Angeles, CA 90067-4107

                                       Thomas V. Girardi, Esquire, Attorney
                                       Direct: 213-977-0211
                                       [COR LD NTC Retained]
                                       GIRARDI & KEESE

1126 Wilshire Boule
Los Angeles, CA 90017-1904

Diane L. Karpman, Esquire, Attorney
Direct: 310-887-3900
[COR LD NTC Retained]
KARPMAN & ASSOCIATES
Suite 303
301 North Canon Drive
Beverly Hills, CA 90210

Walter J. Lack, Esquire, Attorney
Direct: 310-552-3800
[COR LD NTC Retained]
ENGSTROM LIPSCOMB & LACK
12th Floor
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4107

Richard Marmaro
Direct: 213-687-5480
[COR LD NTC Retained]
Skadden, Arps, Slate, Meagher & Flom LLP
Suite 3400
300 South Grand Avenue
Los Angeles, CA 90071-3144

Howard B. Miller, Esquire
Direct: 213-977-0211
[COR LD NTC Retained]
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Thomas Jerome Nolan, Esquire, Trial Attorney
Direct: 213-687-5250
[COR LD NTC Retained]
Skadden, Arps, Slate, Meagher & Flom LLP
Suite 3400
300 South Grand Avenue
Los Angeles, CA 90071-3144

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
ENGSTROM LIPSCOMB & LACK
16th Floor
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4107

Direct: 310/522-3800
[COR Retained]

ENGSTROM LIPSCOMB & LACK
16th Floor
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4107

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
ENGSTROM LIPSCOMB & LACK
12th Floor
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4107

NA MARIA PANIAGUA FRANCO
   Plaintiff - Appellant,

Robert Craig Baker, Esquire, Attorney
Direct: 213-241-0900
[COR LD NTC Retained]
(see above)

Thomas V. Girardi, Esquire, Attorney
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Walter J. Lack, Esquire, Attorney
Direct: 310-552-3800
[COR LD NTC Retained]
(see above)

Howard B. Miller, Esquire
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)


Direct: 310/522-3800
[COR Retained]
(see above)

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

NA MARIA ZAVALA IZQUIERDO
   Plaintiff - Appellant,

Thomas V. Girardi, Esquire, Attorney
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Walter J. Lack, Esquire, Attorney

Direct: 310-552-3800
[COR LD NTC Retained]
(see above)

Howard B. Miller, Esquire
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

Direct: 310/522-3800
[COR Retained]
(see above)

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

MADIRA MENDOZA
      Plaintiff - Appellant,

Thomas V. Girardi, Esquire, Attorney
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Walter J. Lack, Esquire, Attorney
Direct: 310-552-3800
[COR LD NTC Retained]
(see above)

Howard B. Miller, Esquire
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

Direct: 310/522-3800
[COR Retained]
(see above)

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

ANA MARIA POVEDA
    Plaintiff - Appellant,

Thomas V. Girardi, Esquire, Attorney
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Walter J. Lack, Esquire, Attorney
Direct: 310-552-3800
[COR LD NTC Retained]
(see above)

Howard B. Miller, Esquire
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

Direct: 310/522-3800
[COR Retained]
(see above)

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

SOFIA ESPERANZA HERNANDEZ
    Plaintiff - Appellant,

Thomas V. Girardi, Esquire, Attorney
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Walter J. Lack, Esquire, Attorney
Direct: 310-552-3800
[COR LD NTC Retained]
(see above)

Howard B. Miller, Esquire
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

Direct: 310/522-3800
[COR Retained]
(see above)

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

ATILDE LIDIA CHAVEZ REYES
   Plaintiff - Appellant,

Thomas V. Girardi, Esquire, Attorney
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Walter J. Lack, Esquire, Attorney
Direct: 310-552-3800
[COR LD NTC Retained]
(see above)

Howard B. Miller, Esquire
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)


Direct: 310/522-3800
[COR Retained]
(see above)

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

JANA DE ARCO MAYORGA
   Plaintiff - Appellant,

Thomas V. Girardi, Esquire, Attorney
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Walter J. Lack, Esquire, Attorney
Direct: 310-552-3800
[COR LD NTC Retained]
(see above)

Howard B. Miller, Esquire
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]

(see above)

Direct: 310/522-3800
[COR Retained]
(see above)

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

TRONA DEL TRANSISTO COREA
Plaintiff - Appellant,

Thomas V. Girardi, Esquire, Attorney
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Walter J. Lack, Esquire, Attorney
Direct: 310-552-3800
[COR LD NTC Retained]
(see above)

Howard B. Miller, Esquire
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

Direct: 310/522-3800
[COR Retained]
(see above)

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)

JZ IDALIA ALFARO RAMIREZ
Plaintiff - Appellant,

Thomas V. Girardi, Esquire, Attorney
Direct: 213-977-0211
[COR LD NTC Retained]
(see above)

Walter J. Lack, Esquire, Attorney
Direct: 310-552-3800
[COR LD NTC Retained]
(see above)

Howard B. Miller, Esquire
Direct: 213-977-0211

[COR LD NTC Retained]
(see above)

Elizabeth A. Hernandez, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)


Direct: 310/522-3800
[COR Retained]
(see above)

Paul A. Traina, Esquire, Attorney
Direct: 310/552-3800
[COR Retained]
(see above)


OW CHEMICAL COMPANY
      Defendant - Appellee,

Carl Robert Boldt, Esquire, Attorney
Direct: 213-680-8400
[COR LD NTC Retained]
KIRKLAND & ELLIS LLP
29th Floor
Firm: 213-680-8400
333 South Hope Street
Los Angeles, CA 90071

Michael Lamar Brem, Esquire, Attorney
Direct: 713-221-2530
[COR LD NTC Retained]
SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP
Penzoil Place, North Tower
10th Floor
700 Milam St.
Houston, TX 77002

Christopher Landau
Direct: 202-879-5087
[COR LD NTC Retained]
KIRKLAND & ELLIS, LLP
Suite 1200
Firm: 202-879-5000
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

Michael P. Foradas, Attorney
Direct: 312-862-2308
[COR NTC Government]
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

ELL CHEMICAL COMPANY
     Defendant - Appellee,

David W. Ogden, Esquire
Direct: 202-663-6440
[COR LD NTC Retained]
WilmerHale LLP
1875 Pennsylvania Avenue North West
Washington, DC 20006-3642

Christopher Tayback, Esquire, Attorney
Direct: 213/443-3000
[COR Retained]
QUINN EMANUEL URQUHART OLIVER & HEDGES
LLP
10th Floor
865 South Figueroa Street
Los Angeles, CA 90017

)LE FOOD COMPANY, INC.
     Defendant - Appellee,

Theodore J. Boutrous, Jr., Esquire, Attorney
Direct: 213-229-7804
[COR NTC Retained]
GIBSON DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Douglas Fuchs, Esquire
Direct: 213-229-7000
[COR NTC Retained]
GIBSON DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Perlette M. Jura, Esquire
Direct: 213-229-7121
[COR NTC Retained]
GIBSON DUNN & CRUTCHER, LLP
Suite 5317
333 South Grand Avenue
Los Angeles, CA 90071-3197

William Thomson, Esquire, Attorney
Direct: 213/229-7000
[COR NTC Retained]
GIBSON DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Rory K. Little
Direct: 415-225-5190
[NTC Appointed Other]
Hastings College of the Law
University of California
Firm: 565-4719
200 McAllister Street

7058 Docket                                    Page 2 of 2

San Francisco, CA 9

NIA EDUARDA FRANCO FRANCO; ANA MARIA PANIAGUA FRANCO; ANA MARIA ZAVALA
QUIERDO; YADIRA MENDOZA; JUANA MARIA POVEDA; SOFIA ESPERANZA HERNANDEZ; MATILDE
DIA CHAVEZ REYES; JUANA DE ARCO MAYORGA; PETRONA DEL TRANSISTO COREA; LUZ IDALIA
FARO RAMIREZ,

       Plaintiffs - Appellants,

W CHEMICAL COMPANY; SHELL CHEMICAL COMPANY; DOLE FOOD COMPANY, INC.,

       Defendants - Appellees.

| /24/2003 | ☐ | 3 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. CADS SENT (Y/N): y. Setting schedule as follows: CADS is past due; CADS must be filed no later than 12/1/03; appellant's designation of RT is due 11/24/03,, ; appellee's designation of RT is due 12/4/03,, ; appellant shall order transcript by 12/15/03,, ; court reporter shall file transcript in DC by 1/14/04; certificate of record shall be filed by 1/21/04 ; appellant's opening brief is due 3/1/04,, ; appellees' brief is due 3/31/04,, ; appellants' reply brief is due 4/14/04,, ; [03-57038] (C) |
| /24/2003 | ☐ | 4 | Filed representation statement of aplt, filed with noa. [03-57038] (C) |
| :/08/2003 | ☐ | 5 | Filed attorney Elizabeth A. Hernandez for Appellants Civil Appeals Docketing Statement served on 12/3/03 (to CONFATT) [03-57038] [03-57038] (RT) |
| :/12/2003 | ☐ | 6 | Filed appellee Dow Chemical Company's response to appellants' Civil Appeals Docketing Statement; served on 12/12/03 (to CONFATT) [03-57038] (RT) |
| :/17/2003 | ☐ | 7 | Filed appellant's reply to appellee Dow Chemical's response to appellant's Civil Appeals Docketing Statement, served on 12/16/03 (to CONFATT) [03-57038] (RT) |
| :/30/2003 | ☐ | 8 | Filed order CONFATT ( vs) This case is under consideration for inclusion in the Mediation Program. Within 14 days of the date of this order, csl for all parties intending to file brfs are requested to inform Roxane G. Ashe, Circ Mediator in writing, by fax at 415/556-9725 of their clients' views on whether: (see text for complete details). This communication shall not be served on the opposing party & shall not be filed w/the crt. The existing brfg schedule remains in effect pending the determination whether the case will be selected for inclusion in the Mediation Program. [03-57038] (MF) |
| ./26/2004 | ☐ | 10 | Filed order CONFATT ( RGA) The court has determined that this appeal will not be selected for inclusion in the Mediation Program. Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeal is pending. [03-57038] (RT) |
| :/24/2004 | ☐ | 11 | Filed certificate of record on appeal RT filed in DC NT. [03-57038] (LN) |
| :/27/2004 | ☐ | 13 | Filed motion of Appellants and deputy clerk order: (Deputy Clerk: lkk) Appellant's motion for an extension of time to file the opening brief is granted. The opening brief is due April 30, 2004. The answering brief is due June 1, 2004. The optional reply brief is due 14 days after service of the answering brief. Any further request for an extension of time to file the opening brief is disfavored. ( Motion recvd 2/23/04) [03-57038] (RT) |
| 5/03/2004 | ☐ | 16 | Filed original and 15 copies Appellants Sonia Eduarda Franco Franco et al. opening brief ( Informal: No) 40 pages; 4 vols. of EOR; served on 4/30/04 [03-57038] (RT) |
| 5/07/2004 | ☐ | 17 | Filed notice of appearance of attorney John C. O'Quinn, for appellee, the Dow Chemical Company. (CASEFILE) [03-57038] (RT) |
| 5/20/2004 | ☐ | 19 | Received from attorney for Appellee Shell Chemical Comp: Notice of Firm Name Change: WILMER CUTLER PICKERING LLP, attorneys: Kristen Bird, David W. Ogden, Jennifer O'Connor, Alison Nathan, David O'Neil. (CASEFILE) (RT) |
| 5/24/2004 | ☐ | 20 | Filed motion of Appellees and deputy clerk order: (Deputy Clerk: lkk) Appellees' motion for an extension of time to file the answering brief is granted. The answering brief is due July 1, 2004. The optional reply brief is due 14 days after service of the answering brief. ( Motion recvd 5/18/04) [03-57038] (RT) |
| 6/09/2004 | ☐ | 21 | Received from attorneys for Appellee Shell Chemical Comp: Notice of Firm Name Change: WILMER CUTLER PICKERING HALE & DORR LLP; attorneys: Kristen Bird, David W. Ogden, Jennifer O'Connor, Alison Nathan, David O'Neil. (CASEFILE) (RT) |

| /01/2004 | ☐ 22 | Filed original and 5 copies appellees' Dow Chemical Company, Shell Chemical Comp, Dole Food Company,'s 32 pages brief; served on 6/30/04 [03-57038] (RT) |
|---|---|---|
| /16/2004 | ☐ 25 | Filed motion of Appellants and deputy clerk order: (Deputy Clerk: lkk) granting motion & order to extend time to file reply brief [25] appellants' reply brief due 8/13/04. Motion granted subject to 9th Cir. R. 27-7. ( Motion recvd 7/12/04) [03-57038] (RT) |
| /16/2004 | ☐ 27 | Filed original and 15 copies appellants' reply brief, ( Informal: No) 17 pages; served on 8/13/04 [03-57038] (RT) |
| /28/2005 | ☐ 28 | Calendar check performed [03-57038] (AW) |
| /11/2005 | ☐ 29 | Calendar materials being prepared. [03-57038] [03-57038] (AW) |
| /16/2005 | ☐ 30 | CALENDARED: Pasadena July 13 2005 9:00 a.m. Courtroom 1 ** session starts at 930 am ** [03-57038] (TH) |
| /31/2005 | ☐ 32 | Filed appellees Dow Chemical Company, Shell Chemical Comp, Dole Food Company motion to supplement record on appeal and motion for sanctions; exhibits in support of motion; served on 5/27/05 (PANEL by fed ex) [5449997] (RT) |
| /08/2005 | ☐ 34 | Filed Appellants Sonia Eduarda Franco Franco, Ana Maria Paniagua Franco response to appellee's motion supplement record on appeal [32] response to motion for sanctions [32]; declaration of Paul A. Traina in support; exhibits in support; served on 6/7/05 (PANEL by fed ex) [03-57038] (RT) |
| /13/2005 | ☐ 35 | FILED CERTIFIED RECORD ON APPEAL: 4 CLERK'S RECORDS & 1 BULKY DOCUMENT. [03-57038] (SD) |
| /16/2005 | ☐ 36 | Filed Appellees Dow Chemical Company, Shell Chemical Comp, Dole Food Company reply to appellant's response to appellees' motion to supplement the record on appeal and for sanctions; served on 6/15/05 (PANEL by fed ex) [03-57038] (RT) |
| /20/2005 | ☐ 37 | Filed order (Deputy Clerk: jf) Dow Chemical Company's Motion to Supplement the Record on Appeal is GRANTED. Franco's Motion to Supplement the Record on Appeal is DENIED. Franco's Request for Sanctions Against Appellees is DENIED. [03-57038] (RT) |
| 7/12/2005 | ☐ 39 | Filed Appellant Sonia Eduarda Franco Franco's motion to dismiss case pursuant to FRAP 42 (b). Served on 7/11/05 via facsimile to SF CLRKS OFFICE [5493763] (RCV'D COPY FAX IN PAS OFFICE ON 07/12/05 AND SERVED PANEL) (HARDCOPY RECD in SF office on 7/11/05) [03-57038] (PG) |
| 7/12/2005 | ☐ 40 | Filed Appellee Dow Chemical Company response supporting appellant's motion dismissing case pursuant to FRAP 42(b) " ... but object in part to plaintiffs' motion to remand the sanctions motion." [39] Served on 7/12/05 (RCV'D VIA FACSIMILE ON 07/12/05 and SERVED PANEL 07/12/05) [03-57038] (PG) |
| 7/13/2005 | ☐ 42 | ARGUED AND SUBMITTED TO Stephen R. REINHARDT, Alex KOZINSKI, Marsha S. BERZON [03-57038] (PG) |
| 7/26/2005 | ☐ 44 | Rec'd notice dated 7/25/05 of change of address from aty Fredereick L. McKnight (New: 555 So FLower St, 50th Fl, Los Angeles, CA 90071, phone: 213/489-3939, fax 213/243-2539 [03-57038] (MF) |
| 7/26/2005 | ☐ 45 | Rec'd notice of change of address from aty Suzanne C. Jones dated 7/25/05. (New: 555 So Flower St, 50th Fl, Los Angeles, CA 90071) [03-57038] (MF) |
| 3/25/2005 | ☐ 48 | Filed order ( Stephen R. REINHARDT, Alex KOZINSKI, Marsha S. BERZON, ): Each of the following firms and individuals, counsel for appellant Franco - ENGSTROM, LIPSCOMB & LACK, and attorneys Walter J. Lack, Paul A. Traina, and             , and |

GIRARDI & KEESE, and attorneys Thomas V. Girardi, Howard B. Miller - shall show cause in writing why it or he should not be required to reimburse the appellees for fees and expenses incurred in defending this appeal, and why it or he should not be suspended, disbarred, or otherwise sanctioned, under Federal Rules of Appellate Procedure 38 and 46 and 28 USC Section 1912 and Section 1927, for filing a frivolous appeal, falsely stating that the writ of execution issued by the Nicaraguan court named Dole Food Company, Inc. as a judgment debtor, falsely stating that the writ corrected th mistakes in the judgment, and falsely stating that the notary affidavit constituted an accurate translation of the writ. The response of each firm and of each individual to the order to show cause shall be no more than 25 pages and shall be returnable to this panel on or before 28 days from the date of this order. Within 42 days of such date, each appellee may file a response of no more than 10 pages, which shall at a minimum contain a statement of the fees and costs expended on the current appeal. Within 56 days of the date hereof, each firm and each firm and individual named in this order to show cause may file a reply of no more than 15 pages to all the appellees' responses. All filings responsive to this notice shall be referred to this panel for disposition. A hearing shall be conducted if any of the named firms or individuals so requests or if the panel so decides upon receiving the responses. The panel reserves the right, at the conclusion fo the proceedings, to refer the matter to the district court for its further consideration and the further imposition of any sanctions or disciplinary actions. The rules governing the number of briefs to be filed in an appeal shall be applicable here. [03-57038] (RT)

| | | | |
|---|---|---|---|
| /22/2005 | ☐ | 52 | Filed Appellants' counsel ENGSTROM, LIPSCOMB & LACK response to order to show cause; response and declarations of Paul A. Traina, Waler J. Lack, and     ; served on 9/21/05 (PANEL by fed ex) [03-57038] (RT) |
| /23/2005 | ☐ | 53 | Filed Appellants' counsel GIRARDI & KEESE response to order to show cause; declaration of Diane L. Karpman; response and declarations of Howard B. Miller and Thomas V. Girardi; served on 9/22/05 (PANEL by fed ex) [03-57038] (RT) |
| /06/2005 | ☐ | 54 | Filed Appellee The Dow Chemical Company's response to Respondents' responses to show cause order; served on 10/5/05 (PANEL by fed ex) [03-57038] (RT) |
| /07/2005 | ☐ | 55 | Reply to response to Order to Show Cause from Appellee Dole Food Company, (PANEL) [03-57038] (MF) |
| /07/2005 | ☐ | 57 | Filed Appellee Shell Chemical Company's response to responses to order to show cause, served on 10/6/05 (PANEL by fed ex) [03-57038] (RT) |
| /18/2005 | ☐ | 58 | Filed Appellants counsel Howard B. Miller's reply to appellees' response to order to show cause; served on 10/17/05 (PANEL by fed ex) [03-57038] (RT) |
| /20/2005 | ☐ | 59 | Filed Appellants' counsel Thomas V. Girardi reply to appellees' response to order to show cause; served on 10/19/05 (PANEL by fed ex) [03-57038] (RT) |
| /20/2005 | ☐ | 60 | Filed Appellants counsel firm of GIRARDI & KEESE to appellees' response to order to show cause; served on 10/19/05 (PANEL by fed ex) [03-57038] (RT) |
| /20/2005 | ☐ | 61 | Filed Appellants counsel firm of ENGSTROM LIPSCOMB & LACK reply to appellees' responses re order to show cause; served on 10/19/05 (PANEL by fed ex) [03-57038] (RT) |
| /28/2006 | ☐ | 63 | Filed order ( Stephen R. REINHARDT, Alex KOZINSKI, Marsha S. BERZON, ): The crt having reviewed the response of Howard B. Miller to the order to show issued on 8/25/05 & the pertinent material in the crt's files, is satisfied that Mr. Miller committed no violation of any rules, engaged in no improper or unethical conduct, & at all times conducted himself in the manner expected of a member of the Bar of this Crt. Accordingly, the order to show cause is discharged as to him. (PHONED/FAXED: 11:30) [03-57038] (MF) |
| /28/2006 | ☐ | 64 | Filed order ( Stephen R. REINHARDT, Alex KOZINSKI, Marsha S. BERZON, ): After |

reviewing the written responses of Engstrom, Lipscomb Lack; Walter J. Lack; Paul A. Traina;            ; Girardi & Keesa; & Thomas V. Girardi to our order to show cause of 8/25/05, a copy of which is attached, & the other relevant material in the crt's files, we appoint Senior Judge A. Wallace Tashima to act as Special Master in this matter. In this capacity, he is authorized to hold hearings, adduce testimony, permit discovery, order further pleadings, & otherwise find facts, & to make a written report & recommendation to this panel regarding the matters that are the subject of the show cause order, including what, if any, sanctions should be imposed or other disciplinary action taken with respect to each of the named respondents. The Special Master may appoint such personnel to participate in the proceedings, or otherwise provide assistance, as he may deem necessary or desirable. (PHONED/FAXED: 11:30) [03-57038] (MF)

| Date | | No. | Entry |
|---|---|---|---|
| 3/28/2006 | ☐ | 67 | Filed order ( Stephen R. REINHARDT, Alex KOZINSKI, Marsha S. BERZON, ): Submission is VACATED pending completeion of the disciplinary proceedings related to the order to show cause issued on 8/25/05. (PHONED/FAXED: 11:30) [03-57038] (MF) |
| 4/06/2006 | ☐ | 158 | Case deemed submitted on (4/6/06) this date to A. W. TASHIMA as Special Master Proceedings. (See previous deferral of submission.) Order filed: 3/28/06. [03-57038] (EU) |
| 4/07/2006 | ☐ | 68 | Filed PROCEDURAL ORDER # 1 (Special Master Proceedings) (A. W. TASHIMA, Circuit Judge): A status conference to discuss and to determine further proceedings before the Special Master on the Order to Show Cause of August 25, 2005 ("OSC") shall be held on May 24, 2006, at 2:00 pm, at the James R. Browning Courthouse, Seventh & Mission Streets, San Francisco, California, in a courtroom to be designated. Each party to the OSC (inlcuding interested defendants-appellees) shall, not less than 14 days before the status conference, file a status conference report which shall address that part's (or those parties') position on: ...... All rules applicable to the filing of motions and other papers filed in connection with motions (e.g. formatting, number of copies, etc) shall apply to papers filed in connection with these proceedings before the Special Master, with the additional requirement that all such papers shall include the legend "(Special Master Proceedings)" immediately below the title or identity of the document being tendered for filing (as in the caption of this Order). [03-57038] (RT) |
| 4/11/2006 | ☐ | 73 | Received from attorney Christoper Tayback for Appellee Shell Chemical Comp re: attorney Tayback & firm of Quinn Emanuel not counsel for appellee Shell Chemical Company, counsel is David Ogden, Ethan Shenkman of Wilmer Cutler Pickering for appellee Shell Chemical. (CASEFILE) (RT) |
| 4/11/2006 | ☐ | 212 | Added attorney Ethan G. Shenkman for Shell Chemical Company, in case 03-57038. (BY) |
| 5/09/2006 | ☐ | 77 | Rec'd notice of change of address from David W. Ogden for Appellee Shell Chemical Comp dated 5/1/06. (Chg to: 1875 Pensylvania Ave., N.W., Washington, D.C., 20006) The telephone & fax numbers remain the same [03-57038] (MF) |
| 5/10/2006 | ☐ | 79 | Filed notice of appearance of attorney: Robert C. Baker, for Walter J. Lack, Paul A. Traina, and Engstrom Lipscomb & Lack. (CASEFILE) [03-57038] (RT) |
| 5/10/2006 | ☐ | 80 | Filed Walter J. Lack, Paul A. Traina,         and Engstrom Lipscomb & Lack status conference report, served on 5/9/06. (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT) |
| 5/10/2006 | ☐ | 81 | Filed Dow Chemical Company, Shell Chemical Company, Dole Food Company's status conference report, served on 5/10/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT) |
| 5/10/2006 | ☐ | 82 | Filed Girardi & Keese, Thomas V. Girardi status conference report, served on 5/9/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT) |

'19/2006 ☐ 84    Filed attorneys/ appellants' motion to continue status reference hearing; served on 5/19/06 (Special Master Proceedings) (faxed by Calendar to Judge TASHIMA) [03-57038] (RT)

'22/2006 ☐ 88    Filed order ( A. W. TASHIMA, Circuit Judge) (Procedural Order # 2, Special Master Proceedings) : Good cause having been shown, the unopposed motion of respondents Girardi & Keese and Thomas V. Girardi to continue the status conference, now set for May 24, 2006, is granted. The status conference is continued to the date agreed on by all counsel, June 28, 2006, at 2:00 pm, at the James R. Browning Courthouse, Seventh & Mission Streets, San Francisco, California, at a courtroom to be designated. (phoned/faxed counsel for parties) [03-57038] (RT)

'07/2006 ☐ 89    Received from all parties (signed) Stipulation to Continue Status Conference (to 6/28/06). (Special Master Proceedings) (to Judge TASHIMA) (RT)

'27/2006 ☐ 92    Filed notice of appearance of attorneys: Thomas J. Nolan & Richard Marmaro for Thomas V. Girardi and Girardi & Keese. (CASEFILE) [03-57038] (RT)

'30/2006 ☐ 95    Filed order UNDERSEAL (A. W. TASHIMA, Circuit Judge) (Procedural Order # 3, Special Master Proceedings): Pursuant to the status conference held on June 28, 2006, in Courtroom No. 2 of the James R. Browning Courthouse, San Francisco, California, IT IS ORDERED.... (see text).... All papers filed in the proceeding before the Special Master shall be filed under seal with the Clerk of the Court in San Francisco. Where the parties anticipate that expedited attention of the Special Master to any filed document is needed, a courtesy copy of any such filed document should be delivered concurrently with the filing to the Special Mater or transmitted to the Special Master by telefacsimile (phoned/faxed counsel for parties) [03-57038] (RT)

/19/2006 ☐ 97    Filed (UNDER SEAL) Motion by Thomas V. Girardi and GIRARDI & KEESE to recuse defendants' and their counsel from participating in this confidential disciplinary proceeding; served on 7/19/06 (to Judge TASHIMA) [03-57038] [03-57038] (RT)

/19/2006 ☐ 98    Filed (UNDER SEAL) Motion of Walter J. Lack, Paul A. Traina,            , and ENGSTROM LIPSCOMB & LACK to remove defense attorneys and law firms from participating in special master proceedings; declaration of Elizabeth Crook in support; served on 7/19/06 (to Judge TASHIMA) [03-57038] [03-57038] (RT)

/19/2006 ☐ 99    Received from parties: "Stipulated (proposed) protective order re confidentiality of proceeding". (to Judge TASHIMA) (RT)

/19/2006 ☐ 100   Received (UNDER SEAL): Submission of declaration of Diane Karpman addressing the special master's question regarding Thomas V. Girardi's admission in the Ninth Circuit. (to Judge TASHIMA) (RT)

/24/2006 ☐ 101   Filed order ( A. W. TASHIMA, Circuit Judge) PROTECTIVE ORDER (Special Master Proceedings) : Good cause have been shown, the Special Master hereby approves the Stipulated [Proposed] Protective Order re Confidentiality of Proceedings, executed by counsel for all parties to this Special Master Proceedings and received by the Clerk on July 19, 2006, and hereby orders said Protective Order into effect. [03-57038] (RT)

:/09/2006 ☐ 103   Filed (UNDER SEAL) Appellees' Dow Chemical Company, Shell Chemical Company, Dole Food Company response to (1) Motion by Thomas V. Girardi and GIRARDI & KEESE to recuse defendants' and their counsel from participating in this confidential disciplinary proceeding and (2) motion of Walter J. Lack, Paul A. Traina,            and ENGSTROM LIPSCOMB & LACK to remove defense attorneys and law firms from participating in Special Master Proceedings, served on 8/9/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

/18/2006 ☐ 104   Filed (UNDER SEAL) reply in support of motion by Thomas V. Girardi and Girardi & Keese to recuse defendants' and their counsel from participating in confidential disciplinary proceeding; served on 8/18/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

/18/2006 ☐ 105   Filed reply (UNDER SEAL) in support of motion of Walter J. Lack, Paul Traina, and Engstrom, Lipscomb & Lack to remove defense attorneys and law firms from participating in disciplinary proceeding; declaration of Elizabeht Crooke; served on 8/18/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

/31/2006 ☐ 106   Received from parties: (UNDER SEAL) Stipulation and proposed order continuing dates for designating expert witnesses and filing expert witness reports. (Special Master Proceedings - to Judge TASHIMA) (RT)

/01/2006 ☐ 107   Filed order, Procedural Order # 3.1 (Special Master Proceedings) (UNDER SEAL) ( A. W. TASHIMA, Circuit Judge): Pursuant to the stipulation of the parties, therefor, and good cause appearing, it is ordered: 1. The deadline for designating all expert witnesses expected to be called at the evidentiary hearing shall be continued from September 1, 2006 to November 1, 2006. 2. The deadline for filing and serving and expert witness reports shall be continued from October 1, 2006 to December 1, 2006. 3. The deadline for filing and serving rebuttal expert witness reports shall be December 22, 2006. Except as herein specifically set forth, all of the provisions of Procedural Order # 3 remain in effect. [03-57038] (RT)

/17/2006 ☐ 111   Filed order (Special Master Proceedings) (UNDER SEAL) ( A. W. TASHIMA, Circuit Judge): (see order for full text) Pending before the Special Master are the motions of Girardi & Keese and Thomas V. Girardi, and Engstrom, Lipscomb & Lack, Walter J. Lack, Paul A. Traina and          (collectively "respondents") to recuse or remove defendants and their attorneys (collectively "defendants") from the proceedings before the Special Master on the Order to Show Cause ("OSC"), issued on August 25, 2005..... For the reasons stated above, to the extent that the issues raised by respondents' motions are ripe for resolution, the Special Master concludes that respondents' concerns are overstated. Therefore, the motions are denied..... the Special Master intends to order that all further papers filed in these proceedings (except for any separate disciplinary proceedings that may follow) shall not be filed under seal. If respondents object to this portion of the order, they are given 15 days' leave within which to file a brief in opposition. Defendants are granted 15 days after service of respondents' brief within which to file a responding brief. An optional reply brief may be filed by respondents within 11 days after service of defendants' brief. [03-57038] (RT)

/02/2006 ☐ 112   Filed parties' joint motion (stipulation) to continue dates for designating expert witnesses and filing expert witness reports; served on 11/1/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

/06/2006 ☐ 113   Pursuant to the stipulation of the parties, and good cause appearing, IT IS ORDERED...... (see text of order) Filed order UNDER SEAL, Procedural Order 3.2 (Special Master Proceedings) (A. W. TASHIMA, Circuit Judge). (RT)

:/04/2006 ☐ 117   Filed appellees' Dow Chemical Company, Shell Chemical Comp, Dole Food Company, motion to compel adequate responses by Walter J. Lack, Paul A. Traina, Engstrom Lipscomb & Lakck, Thomas V. Girardi, and Girardi & Keese to defendants' (appellees) first set of requests for production of documents and first set of interrogatories; served on 12/1/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

:/04/2006 ☐ 118   Filed parties' joint stipulation regarding defendants' (appellees) motion to compel adequate responses .... to first set of requests for production of documents and first set of interrogatories; served on 12/1/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

| | | | |
|---|---|---|---|
| /05/2006 | ☐ | 115 | Filed order ( A    TASHIMA, ): Pursuant to the ord    d 10/17/06, & no objection having been filed to said order, all further filings in the Special Master Proceedings, including this order, shall be fild NOT under seal, & the protective order filed 7/24/06, shall not apply to said filings [03-57038] (MF) |
| /08/2006 | ☐ | 119 | Filed Dow Chemical Company motion to withdraw as counsel John C. O'Quinn; served on 12/7/06 [PANEL] (MF) |
| /21/2006 | ☐ | 121 | Filed order ( Stephen R. REINHARDT, Alex KOZINSKI, Marsha S. BERZON, Circuit Judges): Dow Chemical Company and John C. O'Quinn's motion requesting that Mr. O'Quinn be allowed to withdraw as counsel for Dow Chemical Company in this action is granted. [03-57038] (RT) |
| /26/2006 | ☐ | 122 | Filed defendants ( appellees Dow Chemical Company, Shell Chemical Comp, Dole Food Company) supplemental memorandum in support of their motion to compel adequate responses by Walter J. Lack et al. to defendants' first set of requests for production of documents and first set of interrogatories served on 12/22/06 (to Judge TASHIMA, Special Master Proceedings) [6045868] [03-57038] (RT) |
| /26/2006 | ☐ | 123 | Filed Responding attorneys (appellants) supplemental submission re: joint stipulation on privilege issues; declaration of Joe Fisher; served on 12/22/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT) |
| /27/2006 | ☐ | 124 | Received addendum to defendants' (appellees) supplemental memorandum in support of their motion to compel adequate responses by Walter J. Lack et al. to defendants' first set of request for production of documents and first set of interrogatories, served on 12/26/06 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT) |
| /27/2006 | ☐ | 126 | Filed order (UNDER SEAL) (Procedural Order 3.4) (Special Master Proceedings)( A. W. TASHIMA, Circuit Judge): Pursuant to the stipulation of the parties, reached at the telephonic status conference held on December 14, 2006, and good cause appearing, It Is Ordered.... (see text). [03-57038] (RT) |
| /08/2007 | ☐ | 127 | Rec'd notice of change of address from Michael L. Brem for Appellee Dow Chemical Company dated 1/3/07. (CASEFILE) [03-57038] (RT) |
| /21/2007 | ☐ | 128 | Filed order (Procedural order 4) (Special Master Proceedings) (A. W. TASHIMA, Circuit Judge): Pending before the Special Master is defendants' motion to compel adequate responses to defendants' first set of interrogatories and first set of requests for production of documents. For the reasons set forth below, defedants' motion is granted...... [03-57038] (RT) |
| /26/2007 | ☐ | 132 | Received District Court case file: 4 clerk's records and 1 expando of bulky documents. (RR) |
| /28/2007 | ☐ | 131 | District court casefile returned: 4 clerk's records and 1 expando of bulky documents. (RR) |
| 5/25/2007 | ☐ | 133 | Filed appelleees Dow Chemical Company, Shell Chemical Comp, Dole Food Company's status report, served on 5/24/07 (Judge TASHIMA, Special Master Proceedings). [03-57038] (RT) |
| 5/29/2007 | ☐ | 134 | Filed order ( A. W. TASHIMA, ): A telephonic status conference was held on 5/29/07, commencing at 1:00 p..m. PDT. Csl for all parties (defendants & respondents) participated. the Special Master made the following rulings: 1) The ruling in Procedural Order 4 that respondents' clients have waived the atty-client privilege applies here. Moreover, Procedural Order 4 noted that the materials to which the waiver applies include "communications...between the Responding Attys & a syndicate of plfts' csl working together on other DCBP cases." Thus the Special Master rules that the atty-client & work product privileges have been waived w/respect to Peter Schwartz to the same extent that it |

has been waived to Responding Attys. 2) The Special Master confirms that expert witness reports shall be due on 7/20/07 & that any rebuttal expert witness reports shall be due three (3) weeks after three initial expert witness reports are due. As of the date of this status conference, the Special Master has been informed that it is likely that dfdts will have one expert witness & respondents will have two expert witnesses. 3) With respect to documents which dfdts have declined to produce in response to document production requests on the ground of atty-client priilege or work product protection, dfdts shall serve on respondents a privilege log of all such withheld documents, except (1) intra-law firm e-mails & memos of law firms of record representing a dfdt in this case (including this proceeding), copies of which have not been provided to any person outside the law firm, & (2) e-mails, memos, & letters between law firms of record representing dfdts in this case, copies of which have not been provided to any person outside the respective law firms. Said privilege log shall be served on respondents within 14 days of the date of this status conference. The two excepted categories are not subject to discovery. 4) Dfdts shall make Kathleen Vanderziel Michael Carter available for deposition on a date or dates mutually agreeable to csl. 5) The evidentiary hearing is set to commerce on 9/17/07, at 9:30 a.m. in the U.S. Courthouse (or Roybal Courthouse), Los Angeles, CA 90012. Csl presently estimate that the hearing will last three (3) days. 6) The final pretrial conference is set for 9/6/07 at 10:00 a.m., at the USCA bldg, Pasadena, CA. Csl shall jointly lodge a proposed final pretrial conference order, conforming to the extent practicable to Local Rule 16-6, by 9/4/07.* Csl shall, at the same time, file their witness lists, exhibit lists, & any separate rpetrial conference statement csl deems required. No trial brs need be filed, except to the extent csl believes necessary to alert the Special Master to any in limine issues. Csl will be granted the opportunity to file trial brs at the conclusion of the evidentiary hearing. (MF)

/30/2007   ☐   139   Filed appellants (Respondents) status conference statement, served on 5/25/07 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

/31/2007   ☐   138   Filed order ( A. W. TASHIMA, Circuit Judge) (Procedural Order # 5.1) (Special Master Proceedings): With apologies, the Special Master overlooked a commitment to deliver a Constitution Day lecture at U.C. Berkeley on September 17, 2007. Therefore, the commencement of the evidentiary hearing is continued for two days, from September 17, 2007, to Wednesday, September 19, 2007, at 9:30 am. The final pretrial conference date remains as presently set on September 6, 2007, at 10:00 am. Counsel should endeavor to keep September 27 and 28 available (the Special Master has already scheduled other court proceedings on September 24-26) for further hearing date(s), if necessary, in the event the evidentiary hearing extends beyond the current three day estimate. [03-57038] (RT)

i/26/2007   ☐   142   Filed respondents' status report conference statement regarding Robert Hurtado Deposition; served on 6/25/07 (to Judge TASHIMA) [03-57038] (GV)

i/29/2007   ☐   143   Filed order ( A. W. TASHIMA, Circuit Judge) Procedural Order # 5.2 (Special Master Proceedings): Respondents have filed a status conference statement regarding the deposition of Robert Hurtado. Counsel have called chambers seeking a date for a telephonic status conference, presumably on the same subject. After reviewing respondents' statement and awaiting a response from defendants, the Special Master has concluded that no status conference is necessary..... Therefore, the Special Master suggests that if defendants continue to not cooperate in producing Espinosa for a deposition, respondents make an appropriate in limine motion at the final pretrial conference regardint the subject matter of that deposition. The Special Master declines to intervene further in this dispute. [03-57038] (RT)

7/09/2007   ☐   152   Received attorney Elizabeth Lane Crooke letter dated 7/5/07 re: removal of following attorneys from court's service list:          Paul Traina, Elizabeth Hernandez. (CASEFILE) [03-57038] (RT)

| /20/2007 | ☐ 153 | Filed order ( A. W. TASHIMA, ): PROCEDURAL ORDER #5.3 (Special Master Proceedings). The jt stipulation re pretrial filings, recd by the clerk for filing on 8/17/07 is hereby approved and adopted as the order of the Special Master. The clerk shall file the stipualtion as of the date of its receipt. It is so ordered. FAXED PARTIES [03-57038] (GR) |
|---|---|---|
| /20/2007 | ☐ 154 | Filed Appellant/Aple joint stipulation re pretrial filings [03-57038] served on 8/17/07 [6265997] (GR) |
| /27/2007 | ☐ 155 | Filed order ( A. W. TASHIMA, Circuit Judge) (Procedural Order # 5.4) (Special Master Proceedings): Pursuant to the informal request of defendants, which respondents do not oppose, and good cause appearing therefor, the evidentiary hearing now set to commence September 19, 2007 is continued to the tentative dates of October 1-3, 2007 at 9:30 am. Counsel should endeavor to keep the entire week of October 1, as well as the week of October 22 available, if necessary, in the event the evidentiary hearing needs to be reset or extends beyond the current three day estimate. The final pretrial conference date remains as presently set on September 6, 2007 at 10:00 am, at the Ninth Circuit Court of Appeals Building, Pasadena, California. To repeat, the new evidentiary hearing dates are tentative, and subject to discussion and re-confirmation at the final pretrial conference. (faxed counsel for parties) [03-57038] (RT) |
| /04/2007 | ☐ 160 | Received from (defendants) Appellees' Dow Chemical Company, et al.: Defendants' Witness List. (to Judge TASHIMA, Special Master Proceedings) (RT) |
| /05/2007 | ☐ 161 | Received from (plaintiffs) Appellants Sonia Eduarda Franco Franco, et al: Respondents' Witness List. (to Judge TASHIMA, Special Master Proceedings) (RT) |
| /05/2007 | ☐ 162 | Received from parties: Joint Exhibit List. (to Judge TASHIMA, Special Master Proceedings) (RT) |
| /07/2007 | ☐ 163 | Filed order ( A. W. TASHIMA, Circuit Judge) Procedural Order #6 (Special Master Proceedings) : The final pretrial conference was held on September 6, 2007, at 10:00 am, at the Ninth Circuit Court of Appeals Building, Pasadena, Caifornia, with all parties (defendants and respondents) being represented. This order summarizes the order made at the conference. 1. The evidentiary hearing, which is estimated as 5 days, is set to commence on Monday, October 22, 2007, at 9:30 am. Counsel were instructed to reserve the consecutive days October 22-26 and 29-30 for the hearing to be held at a courtroom to be designated at the downtown Los Angeles facilites of the US District Court for the Central District of California. Because under their motions for sanctions, the panel's order to show cause, and the Special Master's bifurcation order, defendants bear the burden of proof, defendants shall present their case first, followed by respondents' presentation of their case defense, with defendants having the opportunity to present rebuttal evidence..... 3. In limine motions regarding (1) the scope of expert witness Mallen's opinion/direct testimony and (2) application of the mediation privilege shall be filed and served by September 14, 2007, opposition shall be filed and served by September 21 and any reply shall be filed and served by September 28, at which time the motions shall stand submitted for decision..... 4. Counsel shall meet and confer in a good faith effort to achieve the following: a. Review the Joint Exhibit List.... b. Review and mark joint deposition transcripts .... c. Agreement on a stipulated facts as to which evidence or proof need not be offered at the evidentiary hearing... 5. No discovery of expert witnesses will be permitted. The Special Master has determined that, given the nature of the subject matter of the experts' opinions and the pretrial exchange of expert statements, discovery is unnecessary for trial preparation, and cross examination at the evidentiary hearing will be sufficient to test the validity of said opinions. [03-57038] (RT) |
| )/14/2007 | ☐ 166 | Filed Appellees' (Defendants) Dow Chemical Company motion in limine no. 1 to exclude any reference to statements made in the course of mediation proceedings; served on 9/14/07 |

(to Judge TASHIMA, Special Master Proceedings) [6291585] [03-57038] (RT)

/17/2007 ☐ 165    Filed Appellants (Respondents)' motion to exclude the Report and Testimony of Ronald Mallen for evidentiary hearing set for October 22, 2007; served on 9/14/07 (to Judge TASHIMA, Special Master Proceedings) [6291581] [03-57038] (RT)

/21/2007 ☐ 168    Filed order ( A. W. TASHIMA, Circuit Judge) Procedural Order # 6.1 (Special Master Proceedings): Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS ORDERED that the contemplated date that the marked deposition transcripts and accompanying DVDs will be lodged directly with the Special Master (and not with the Clerk) is extended from October 5, 2007 to October 12, 2007. All other provisions of Procedural Order #6 remain in effect. [03-57038] (RT)

/21/2007 ☐ 170    Filed Appellees' (defendants) opposition to appellants' (respondents) motion to exclude the testimony of Ronald Mallen; served on 9/21/07 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

/24/2007 ☐ 169    Filed Appellants' (respondents) opposition to appellees' (defendants) motion in limine to exclude references to statements made in the course of mediation proceedings; served on 9/21/07 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

/28/2007 ☐ 171    Filed Appellees' (defendants) Dole Food Company's reply in support of its motion in limine to exclude any reference to statments made during the course of mediation; served on 9/28/07 (to Judge TASHIMA, Special Master Proceedings) [03-57038] (RT)

/09/2007 ☐ 172    Filed Procedural Order #7 Special Master Proceedings) (A. W. TASHIMA): Respondent attorneys and law firms have moved to exclude the expert rebuttal report of Ronald E. Mallen (and any associated testimony) on two principal grounds each of which is briefly addressed seriatin. 1) Legal Opinion ... 2) Not a True Rebuttal ... It is ordered that respondents' motion to exclude the Mallen report is DENIED. Respondents, however, are leave to use and to rely upon the Vairo Report in surrebuttal. [03-57038] (GV)

/09/2007 ☐ 175    Received from parties': Revised Joint Exhibit List (Special Master Proceedings). (to Judge TASHIMA) (RT)

/10/2007 ☐ 173    Filed order ( A. W. TASHIMA, Circuit Judge) Procedural Order # 8 (Special Master Proceedings): Defendant Dole Food Company has moved to exclude any reference to statements made in the course of mediation proceedings. For the reasons stated the motion will be granted.... IT IS ORDERED that defendant Dole's motion to exclude any reference to statements made by Dole in the course of mediation proceedings is GRANTED; consequently, introduction of any such statement into evidence is hereby precluded. [03-57038] (RT)

/15/2007 ☐ 176    Received from parties' Notice of Lodging: Deposition transcripts on DVD and Trial Exhibits 2-215, delived to the Special Master. (to Judge TASHIMA, Special Master Proceedings) (RT)

/18/2007 ☐ 177    Received from parties': Amended Revised Joint Trial Exhibit List. (to Judge TASHIMA, Special Master Proceedings) (RT)

/29/2007 ☐ 179    Received from parties': Defendants and Respondents Joint Notice of Filing of Deposition Excerpts Played During Trial. (to Judge TASHIMA, Special Master Proceedings) (RT)

/30/2007 ☐ 178    Received from parties': Joint Submission of Expert Reports (to Judge TASHIMA, Special Master Proceedings) (RT)

/06/2007 ☐ 180    Notice received from Appellant Sonia Eduarda Franco and Appellee Dow Chemical Company re: post evidentiary hearing briefs will be filed and served on 11/13/07. (faxed to Judge Tashima Special Master of Proceedings) (BJB)

57038 Docket

| | | | |
|---|---|---|---|
| /08/2007 | ☐ | 181 | Received from appellee Dow Chemical Company, Appellee Shell Chemical Comp, Appellee Dole Food Company, final joint trial exhibit list. (to Judge Tashima, Special Master) (BJB) |
| /13/2007 | ☐ | 182 | Filed order (A. W. TASHIMA,): Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED: (1) Post-Evidentiary hearing briefs shall be filed and served by November 13, 2007. (2) Said briefs shall comply with the length limitations for principal briefs ser forth in FRAP 32(a)(7). Said limitations are limitations per side, i.e., respondents' brief or briefs collectively shall not exceed 30 pages (or 14,000 words), and defendants brief or briefs collectively shall not exceed 30 pages (or 14,000 words). [03-57038] (BJB) |
| /14/2007 | ☐ | 184 | Filed original and 4 copies Appellant Sofia Esperanza Hernandez, Appellant Matilde Lidia Chavez Reyes, Appellant Juana De Arco Mayorga, Appellant Petrona Del Transisto Corea, Appellant Luz Idalia Alfaro Ramirez supplemental brief of 32 pages, (7,278 words) served on 11/13/07 (PANEL) [03-57038] (BJB) |
| /14/2007 | ☐ | 185 | Filed original and 4 copies Appellee Dow Chemical Company, Appellee Shell Chemical Comp, Appellee Dole Food Company, supplemental brief of 55 pages, (13,136 words) served on 11/13/07 (PANEL) [03-57038] (BJB) |
| /15/2007 | ☐ | 183 | Filed original & 3 copies supplemental brief of 29 pages [14,000]; served on 11/13/07 (PANEL) [03-57038] (GV) |
| /21/2008 | ☐ 186<br>67 pg, 256.29 KB | | Filed findings of the Special Master. (see report for full text) (SM) |
| /21/2008 | ☐ 187<br>0 pg, 0 KB | | Filed UNDER SEAL supplemental report and recommendation of the Special Master. (see report for full tex) (SM) |
| /21/2008 | ☐ | 188 | Added attorney Alan E. Friedman for Dole Food Company, Inc., in case 03-57038. (SM) |
| /03/2008 | ☐ | 191 | Filed Respondents application for an order extending time to file objections to report and recommendation of the special master. . Served on 04/02/2008. (SM) |
| /04/2008 | ☐ 189<br>2 pg, 25.64 KB | | Filed order (A. WALLACE TASHIMA) The unopposed applications of respondents for an order extending time to file objections to report and recommendation of the special master is granted to the extent specified. (BJB) |
| /08/2008 | ☐ | 190 | Filed UNDER SEAL Respondents application for an order extending time to file objections to supplemental report of the special master Served on 04/02/2008. (PANEL) (SM) |
| /08/2008 | ☐ | 192 | Filed Respondents application for an order extending time to file objections to report and recommendation of the Special Master. Served on 04/02/2008. (PANEL) (SM) |
| /08/2008 | ☐ | 193 | Filed UNDER SEAL Respondent's application for an order extending time to file objections to supplemental report of the special master. Served on 04/02/2008.(PANEL) (SM) |
| /02/2008 | ☐ | 194 | Filed UNDER SEAL Respondents motion for an order reopening proceedings relating to special master's supplemental report.. Served on 05/01/2008. (PANEL and SPECIAL MASTER) (SM) |
| /02/2008 | ☐ | 195 | Filed UNDER SEAL, Respondents' objection to supplemental report and recommendation of special master and request to reopen proceedings. . Served on 05/01/2008. (PANEL and SPECIAL MASTER) (SM) |
| /14/2008 | ☐ 196<br>2 pg, 28.8 KB | | Filed order UNDER SEAL (A. WALLACE TASHIMA) On 03/21/08, the Report and Recommendation of the Special Master was filed and served on the parties. On 04/04/08, the Special Master granted the unopposed applications of respondents for an order extending time to file objections to said report, extending the time within which to file objections to |

05/01/08. Said ⎯⎯ has expired and no objection to said ⎯⎯ort has been filed. Therefore, the Report and Recommendation of the Special Master now stands submitted to the panel without objection from any party. (SM)

| '14/2008 | ☐ 197 0 pg, 0 KB | Filed UNDER SEAL, addendum to supplemental report and recommendation of the special master (SM) |
|---|---|---|
| '05/2008 | ☐ 198 | Miscellaneous case docketed. [08-80090, 03-57038] (DL) |
| '09/2008 | ☐ 199 4 pg, 36.93 KB | Filed order (STEPHEN R. REINHARDT, ALEX KOZINSKI and MARSHA S. BERZON) This order is deemed FOR PUBLICATION. The Clerk shall open a disciplinary docket in this matter. All further proceedings involving possible sanctions or discipline, including this order, will be maintained on this new docket. The Clerk shall make a notation on the docket in 03-57038 indicating that all further proceedings involving sanctions or discipline will be maintained on docket 08-80090. [03-57038, 08-80090] (DLT) |
| '26/2008 | ☐ 201 | Received Appellees Dole Food Company, Inc., Dow Chemical Company and Shell Chemical Company statement in response to the court's order of June 9, 2008. PANEL and Special Master. Served on 6/25/08. (MT) |
| '21/2008 | ☐ 203 1 pg, 23.58 KB | Filed clerk order (Deputy Clerk:bjb ): Judge Kozinski is no longer available for this case, Judge W. Fletcher has been drawn to replace him on the panel. [03-57038, 08-80090] (BJB) |
| '08/2008 | ☐ 204 | Entered appearance of Independent Prosecutor Rory K. Little in 03-57038 and Independent Prosecutor Rory K. Little in 08-80090. [08-80090, 03-57038] (ASW) |
| '15/2008 | ☐ 205 | Filed appearance notice of Attorney(s) Theodore J. Boutrous Jr.Douglas Fuchs, William Thomson, Perlette M. Jura for party(s) Appellee Dole Food Company, Inc. Dole Food Company, Inc., in case 03-57038. Withdrew Attorney Alan E. Friedman for Appellee Dole Food Company, Inc. in 03-57038, Attorney Suzanne Cate Jones for Appellee Dole Food Company, Inc. in 03-57038, Attorney Frederick L. McKnight for Appellee Dole Food Company, Inc. in 03-57038. Served on 09/15/2008. (CW) |
| '22/2008 | ☐ 209 | Deleted Incorrect Docket Entry. (DL) |
| '22/2008 | ☐ 210 | Filed UNDER SEAL Joint Stipulation and Proposed Order Regarging Testimony. [08-80090, 03-57038] (DL) |
| '23/2008 | ☐ 206 | Mail returned on 09/08/2008 addressed to Diane L. Karpman, Esquire, re: August 21st order. Resending to: 301 N. Canon Dr., Ste. 303, Beverly Hills 90210. [03-57038, 08-80090] (HC) |
| '26/2008 | ☐ 207 1 pg, 209.41 KB | Order filed (Deputy Clerk: MD) Appellants' motion to dismiss this appeal, filed July 12, 2005 pursuant to Fed. R. App. P. 42(b) is hereby GRANTED. The dismissal of the appeal does not include a dismissal of sanction and disciplinary proceedings arising out of the appeal. (BJB) |
| '26/2008 | ☐ 208 1 pg, 27.77 KB | MANDATE ISSUED.(SR, WAF and MSB) (LC) |
| '07/2009 | ☐ 211 1 pg, 22.85 KB | Filed order (A. WALLACE TASHIMA): Although the Special Master does not contemplate that his services will be required in this case with respect to any future matters, out of an abundance of caution the Special Master hereby recuses himself from any further participation in this case. (AF) |
| '03/2009 | ☐ 213 2 pg, 55.93 KB | Filed (ECF) Appellee Shell Chemical Company Correspondence: Notice of Withdrawal of Attorney David W. Ogden. Date of service: 02/03/2009 [6795466] (EGS) |
| '07/2009 | ☐ 215 66 pg, 255.65 KB | Filed Report and Recommendation of the Special Master (As Corrected) (See Report for Complete Text) [7088381] (BJB) |

| /26/2010 | ☐ 216<br>1 pg, 34.25 KB | Received App...Shell Chemical Company letter dat...2/25/2010 re: re-appearance of David W. Ogden and appearance of Sarah G. Rapawy. Withdrawal of Ethan G. Shenkman.. [7249340] (SW) |
| /02/2010 | ☐ 217 | Added attorney Sarah G. Rapawy for Shell Chemical Company, in case 03-57038. [7249385] (SW) |
| /02/2010 | ☐ 218 | Terminated Ethan G. Shenkman for Shell Chemical Company in 03-57038 [7249395] (SW) |
| /13/2010 | ☐ 219<br>77 pg, 308.5 KB | Filed order in 08-80090, (WILLIAM A. FLETCHER, MARSHA S. BERZON and N. RANDY SMITH) ...In a high-stakes gamble to enforce a foreign Judgment of nearly a half billion dollars, Respondents initiated and directed years of litigation against Defendants. Respondents efforts went beyond the use of "questionable tactics" — they crossed the line to include the persistent use of known falsehoods. This litigation was based on three falsehoods: that Dole Food Company was named as a judgment debtor by a Nicaraguan court, that the Nicaraguan court corrected any mistakes it might have made regarding Dole Food Company in its judgment by the Writ of Execution, and that Respondents had submitted the corrected Writ of Execution to the state court and the federal district court. Respondents made these false representations knowingly, intentionally, and recklessly. Their actions vexatiously multiplied the proceedings at great expense to Defendants and required the Ninth Circuit to deal with a frivolous appeal. The court cannot and will not tolerate members of the bar employing the use of known falsehoods to further their objectives, no matter how appealing the underlying cause of their clients may be. For such conduct, Respondents should face substantial sanctions commensurate with the sums at stake, the efforts and resources expended in this litigation, and the gravity of their misconduct. 52"Appellate Rule 38 and § 1912 are read in pari materia to authorize the imposition of a monetary sanction for the filing and prosecution of any frivolous appeal." Joseph, supra, § 31; see, e.g. In re George I, 322 F.3d at 591; NLRB v. Unbelievable, Inc., 71 F.3d 1434, 1441 (9th Cir. 1995). For this reason, the Special Master has not separately analyzed Respondents' liability for monetary sanctions under 28 U.S.C. § 1912 apart from their liability under Rule 38. 10064 IN RE GIRARDI The Special Master recommends to the panel that Respondents be sanctioned by being required to reimburse Defendants for the attorneys' fees and costs incurred by Defendants in the Franco appeal,53 as follows:54 1. Respondents Thomas V. Girardi and the Girardi Firm shall reimburse Defendants Dow Chemical Company, Dole Food Company, and Shell Chemical Company (collectively, "Defendants") their attorneys' fees and costs, but not to exceed the aggregate sum of $125,000.00. 2. Respondents Walter J. Lack and the Lack Firm shall reimburse Defendants their attorneys' fees and costs, but Lack's individual liability shall not exceed the aggregate sum of $250,000.00. 3. Respondent Paul A. Traina shall reimburse Defendants their attorneys' fees and costs, but not to exceed the aggregate sum of $10,000.00 53Although it may well be academic because of the per-Defendant cap on the reimbursements recommended below, the Special Master includes as part of the "attorneys' fees and costs incurred by Defendants in the Franco appeal," attorneys' fees and costs incurred by Defendants in prosecuting their motion for sanctions. Whether such fees and costs are recoverable as part of the sanctions imposed is an open question in the Ninth Circuit and the other circuits appear to be divided. The Special Master believes that the better view is the one adopted in In re Tutu Wells Contamination Litig., 120 F.3d 368, 387-88 (3d Cir. 1997) (affirming a sanctions award imposed under the trial court's inherent powers that included attorney's fees incurred in the sanctions proceedings), overruled on other grounds by Comuso v. Nat'l R.R. Passenger Corp., 267 F.3d 331, 338-39 (3d Cir. 2001). The Ninth Circuit earlier held that fees and costs incurred in pursuing a Rule 11 sanctions motion are not recoverable. Lockary v. Kayfetz, 974 F.2d 1166, 1177-78 (9th Cir. 1992). That holding, however, was overruled by the 1993 amendments to Rule 11, which now expressly permits such awards. See Margolis v. Ryan, 140 F.3d 850, 854 (9th Cir. 1998) ("The rule in |

Lockary, enumed in 1992, is no longer good law."). Pursuant to the Bifurcation Order, see note 2, supra, the matter of possible sanctions/discipline under Rule 46 is addressed by a separate, sealed order. IN RE GIRARDI 10065 4. Respondent [the young associate] shall reimburse Defendants their attorneys' fees and costs, but not to exceed the aggregate sum of $5,000.00. 5. Respondent the Lack Firm shall be jointly and severally liable for the sanctions imposed on Respondents Traina and the young associate so that its aggregate liability shall not exceed $265,000.00. 6. Respondents aggregate liability to each Defendant shall not exceed $130,000.00, or said Defendants' actual attorneys' fees and costs, whichever is less. 7. Counsel for Respondents and counsel for Defendants shall meet and confer and shall file a written report with the Special Master within the time to be specified by the panel on whether they have reached agreement on the sum owing from each Respondent to each Defendant. If complete agreement is not reached, their report shall set forth the issues that remain to be resolved and resolution of those remaining issues are recommitted by the panel to the Special Master. * * * * * Note to Counsel: By analogy to Fed. R. Civ. P. 72(b), any party wishing to file objections to this Report and Recommendation must do so within ten (10) days of being served with a copy of this Report. Counsel of Record Thomas V. Girardi, Howard B. Miller, Girardi & Keese, Walter J. Lack, Paul A. Traina, Engstrom, Lipscomb & Lack, Los Angeles, CA, for plaintiffs-appellants. Michael P. Fordas, Kirkland & Ellis, Chicago, IL, for defendant-appellee Dow Chemical Co. 10066 IN RE GIRARDI David W. Ogden, Wilmer, Cutler Pickering Hale & Dorr, Washington, DC, for defendant-appellee Shell Chemical Co. Alan E. Friedman, Jones Day, Los Angeles, CA, for defendant-appellee Dole Food Co., Inc. Thomas J. Nolan, Skadden, Arps, Slate, Meagher & Flom, Los Angeles, CA, for respondents Thomas V. Girardi and Girardi & Keese. Robert C. Baker, Baker, Keener & Nahra, Los Angeles, CA, for respondents Walter J. Lack, Paul A. Traina,             , and Engstrom, Lipscomb & Lack [7402856] (DL)

| | | |
|---|---|---|
| /13/2010 ☐ 220 | | Sent document, Order filed 7/13/2010. [7402862] (DL) |
| /30/2010 ☐ 221<br>2 pg, 26.87 KB | | Filed order (Appellate Commissioner) On July 13, 2010, the court adopted in full Judge Tashima's findings of fact, conclusions of law, and recommendations with respect to sanctions under Federal Rule of Appellate Procedure 38 and 28 U.S.C. § 1912 and § 1927, as they appear in the corrected version of the Special Master's Report and Recommendation that Judge Tashima filed on October 7, 2009. Judge Tashima's Report and Recommendation provides that counsel for respondents and counsel for defendants shall meet and confer and shall file a joint written report detailing whether they have reached agreement on the sum owing from each Respondent to each Defendant. The Report and Recommendation further provides that, if complete agreement is not reached, the joint report shall set forth the issues that remain to be resolved. The court's July 13, 2010 order refers the issue of sanctions to the Appellate Commissioner "to conduct whatever proceedings he deems appropriate and consistent with Judge Tashima's report." Accordingly, within thirty days after the filing of this order, the parties shall meet and confer and submit to the Appellate Commissioner the joint written report regarding the amount of sanctions. (Appellate Commissioner) [7423488] [03-57038, 08-80090] (DL) |
| /06/2010 ☐ 222<br>4 pg, 11.94 KB | | Filed (ECF) Appellee Shell Chemical Company Correspondence: Notice of Withdrawal of Attorney Sarah G. Rapawy for Defendant-Appellee Shell Chemical Company. Date of service: 08/06/2010 [7431648] (DWO) |
| /11/2010 ☐ 223 | | Terminated Sarah G. Rapawy for Shell Chemical Company in 03-57038 [7436785] (RR) |
| /30/2010 ☐ 224<br>5 pg, 14.65 KB | | Filed (ECF) Appellee Shell Chemical Company status report (as required by Court order dated 07/30/2010). Date of service: 08/30/2010 [7457082] (DWO) |

57038 Docket

Clear All

**Documents and Docket Summary**
**Documents Only**

**Include page numbers**

lected **Pages:** 0          **Selected Size:** 0 KB

tals reflect accessible documents only and do not include unauthorized restricted documents.

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/02/2010 10:30:28 | | | |
| **PACER Login:** | el1236 | **Client Code:** | 38000/2523 |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 03-57038 |
| **Billable Pages:** | 15 | **Cost:** | 1.20 |