# EXHIBIT 2

## General Docket
## United States Court of Appeals for the Ninth Circuit

---

**ourt of Appeals Docket #:** 08-80090                                    **Docketed:** 06/05/2008
**re Girardi, et al**
**ppeal From:** U.S. District Court for Central California, Los Angeles
**e Status:** Not Applicable

---

**ase Type Information:**
   1) miscellaneous original proceed
   2) other
   3) null

---

**riginating Court Information:**
   **District:** 0973-2 : CV-03-05094-NM
   **Date Filed:**
   **Date Order/Judgment:**                 **Date Rec'd COA:**
   10/21/2003                                11/14/2003

---

**ior Cases:**
   None

**urrent Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Companion | 03-57038 | 08-80090 | 06/05/2008 | |

---

re: THOMAS V. GIRARDI, Esquire                    Diane L. Karpman, Esquire, Attorney
         Respondent,                              Direct: 310-887-3900
                                                  [COR LD NTC Retained]
                                                  KARPMAN & ASSOCIATES
                                                  Suite 303
                                                  301 North Canon Drive
                                                  Beverly Hills, CA 90210

                                                  Thomas Jerome Nolan, Esquire, Trial Attorney
                                                  Direct: 213-687-5250
                                                  [COR LD NTC Retained]
                                                  Skadden, Arps, Slate, Meagher & Flom LLP
                                                  Suite 3400
                                                  300 South Grand Avenue
                                                  Los Angeles, CA 90071-3144

------------------------------

IRARDI & KEESE                                    Diane L. Karpman, Esquire, Attorney
         Respondent,                              Direct: 310-887-3900
                                                  [COR LD NTC Retained]
                                                  (see above)

Thomas Jerome Nolan, Esquire, Trial Attorney
Direct: 213-687-5250
[COR LD NTC Retained]
(see above)

ALTER J. LACK, Esquire
      Respondent,

Robert Craig Baker, Esquire, Attorney
Direct: 213-241-0900
[COR LD NTC Retained]
Baker, Keener & Nahra, LLP
Suite 5400
633 West Fifth Street
Los Angeles, CA 90071

Walter J. Lack, Esquire
Direct: 310-552-3800
[NTC Pro Se]
ENGSTROM LIPSCOMB & LACK
12th Floor
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4107

Robert Craig Baker, Esquire, Attorney
Direct: 213-241-0900
[COR LD NTC Retained]
(see above)

AUL A. TRAINA, Esquire
      Respondent,

Robert Craig Baker, Esquire, Attorney
Direct: 213-241-0900
[COR LD NTC Retained]
(see above)

Paul A. Traina, Esquire
Direct: 310/552-3800
[NTC Pro Se]
ENGSTROM LIPSCOMB & LACK
12th Floor
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4107

NGSTROM, LIPSCOMB & LACK
      In Re,

Robert Craig Baker, Esquire, Attorney
Direct: 213-241-0900
[COR LD NTC Retained]
(see above)

-------------------------------

Rory K. Little
Direct: 415-225-5190
[NTC Appointed Other]
Hastings College of the Law
University of California
Firm: 565-4719
200 McAllister Street
San Francisco, CA 94102

30090 Docket                                                          Page 3 of 9

Re:

THOMAS V. GIRARDI, Esq.; GIRARDI & KEESE; WALTER J. LACK, Esq.; PAUL A. TRAINA, Esq.;
        ENGSTROM, LIPSCOMB & LACK,


Respondents

| | | | |
|---|---|---|---|
| /05/2008 | ☐ 1 | | Miscellaneous case docketed. [08-80090, 03-57038] (DL) |
| /09/2008 | ☐ 2 <br> 4 pg, 36.93 KB | | Filed order (STEPHEN R. REINHARDT, ALEX KOZINSKI and MARSHA S. BERZON) This order is deemed FOR PUBLICATION. The Clerk shall open a disciplinary docket in this matter. All further proceedings involving possible sanctions or discipline, including this order, will be maintained on this new docket. The Clerk shall make a notation on the docket in 03-57038 indicating that all further proceedings involving sanctions or discipline will be maintained on docket 08-80090. [03-57038, 08-80090] (DLT) |
| /10/2008 | ☐ 3 | | Added attorney Rory K. Little as Independent Prosecutor. (RP) |
| /10/2008 | ☐ 4 <br> 1 pg, 29.24 KB | | Filed order for PUBLICATION - Before: KOZINSKI, Chief Judge, Professor Rory K. Little, University of California, Hastings College of the Law, 200 McAllister Street, San Francisco, California 94102, is appointed as Independent Prosecutor in this matter. The Clerk will provide a copy of the file in this matter to Professor Little, including matters filed under seal. Following a review of the record, Professor Little is authorized to take steps as outlined in the Court's order of June 9, 2008, which has been docketed in both case number 03- 57038 and in this disciplinary docket, number 08-80090. All further disciplinary proceedings will be maintained on this docket. (RP) |
| /19/2008 | ☐ 5 | | Terminated Rory K. Little, Esq., for Thomas V. Girardi. (DL) |
| /19/2008 | ☐ 6 | | Added attorney Diane L. Karpman and Thomas J. Nolan, Esqs., for Girardi & Keese and Thomas V. Girardi. (DL) |
| /19/2008 | ☐ 7 | | Added attorney Robert C. Baker, Esq., for Paul A. Traina,                ENGSTROM, LIPSCOMB & LACK and Walter J. Lack. (DL) |
| /20/2008 | ☐ 8 <br> 0 pg, 0 KB | | Filed order UNDER SEAL (A. WALLACE TASHIMA): See order for full text. (HH) |
| /20/2008 | ☐ 9 | | Entered Rory K. Little in this case as Independent Prosecutor. (ASW) |
| /26/2008 | ☐ 10 | | Received Appellees Dole Food Company, Inc., Dow Chemical Company and Shell Chemical Company statement in response to the court's order of June 9, 2008. PANEL and Special Master. Served on 6/25/08. (MT) |
| /30/2008 | ☐ 11 <br> 0 pg, 0 KB | | Filed order UNDER SEAL (A. WALLACE TASHIMA) See order for full text. (HH) |
| 7/16/2008 | ☐ 12 <br> 0 pg, 0 KB | | Filed order UNDER SEAL (A. WALLACE TASHIMA) See order for full text. (HH) |
| 7/22/2008 | ☐ 13 | | Received (via fax) from Attorney Robert C. Baker, Esq. for In Re Walter J. Lack, Esq., Paul A. Traina, Esq.,                and ENGSTROM, LIPSCOMB & LACK letter dated 07/22/2008, requesting a copy of the transcript from the Closed status conference held on 7/14/08. (NOTE: REQUEST GRANTED BY JUDGE AWT) (DR) |
| 8/21/2008 | ☐ 15 <br> 1 pg, 23.58 KB | | Filed clerk order (Deputy Clerk:bjb ): Judge Kozinski is no longer available for this case, Judge W. Fletcher has been drawn to replace him on the panel. [03-57038, 08-80090] (BJB) |
| 9/08/2008 | ☐ 16 | | Entered appearance of Independent Prosecutor Rory K. Little in 03-57038 and Independent Prosecutor Rory K. Little in 08-80090. [08-80090, 03-57038] (ASW) |
| 9/22/2008 | ☐ 18 | | Deleted Incorrect Docket Entry. (DL) |
| 9/22/2008 | ☐ 19 | | Filed UNDER SEAL Joint Stipulation and Proposed Order Regarging Testimony. [08-80090, 03-57038] (DL) |
| 9/23/2008 | ☐ 17 | | Mail returned on 09/08/2008 addressed to Diane L. Karpman, Esquire, re: August 21st order. |

Resending to: 3___. Canon Dr., Ste. 303, Beverly Hills___10. [03-57038, 08-80090] (HC)

| Date | | Entry | Description |
|---|---|---|---|
| /30/2008 | ☐ 20<br>0 pg, 0 KB | | Filed UNDER SEAL order (A. WALLACE TASHIMA) The joint stipulation regarding testimony, filed 09/22/08 is approved. IT IS SO ORDERED. (SM) |
| /22/2008 | ☐ 21<br>0 pg, 0 KB | | Filed UNDER SEAL procedural order #1.4 order (A. WALLACE TASHIMA) See order for complete text. (SM) |
| /22/2008 | ☐ 22 | | CALENDARED: 01/15/2009 2:00 PM San Francisco, CA Courtroom 2 Status conference - CLOSED HEARING (AW) |
| /10/2008 | ☐ 23<br>4 pg, 65.32 KB | | Notice of Oral Argument on JANUARY 15 Calendar. Please return ACKNOWLEDGEMENT OF HEARING NOTICE form to: SAN FRANCISCO Office. (AM) |
| /18/2008 | ☐ 24 | | Filed order (UNDER SEAL) Procedural order #1.5 (A. WALLACE TASHIMA) See order for complete text. (SM) |
| /15/2009 | ☐ 25 | | Filed order UNDER SEAL Procedural Order #1.6 (A. WALLACE TASHIMA) See order for complete text. (HH) |
| /19/2009 | ☐ 26 | | Filed order UNDER SEAL (A. WALLACE TASHIMA): PROCEDURAL ORDER #1.7 (PLS. SEE ORDER FOR COMPLETE TEXT) (AF) |
| /31/2009 | ☐ 27 | | Filed UNDER SEAL Independent Prosecutor's status report, served on 03/30/2009 (BY) |
| /24/2009 | ☐ 28 | | Filed UNDER SEAL procedural order #1.8 (A. WALLACE TASHIMA) See order for complete text. (HH) |
| /24/2009 | ☐ 30 | | Filed [UNDER SEAL] parties' stipulation regarding due date for independent prosecutor's final report and recommendation. (MT) |
| /13/2009 | ☐ 31 | | Filed [under seal] The Independent Prosecutor's report, recommendation, and agreement with respondents; declaration relating to mitigation and exhibits in support of mitigation. (MT) |
| /19/2009 | ☐ 32 | | Filed order (A. WALLACE TASHIMA) [UNDER SEAL] First and Final Report and Recommendation of the Special Master. (KKW) |
| /08/2009 | ☐ 33 | | Filed [UNDER SEAL] Respondent Thomas V. Girardi, Esquire regarding special master's report dated May 19, 2009. (MT) |
| /14/2009 | ☐ 34<br>95 pg, 1.85 MB | | Filed order (WILLIAM A. FLETCHER, MARSHA S. BERZON and N. RANDY SMITH) Oral argument on the issue of possible discipline by this Court is scheduled for Friday, October 2, 2009, at 2:00 p.m. in Courtroom One of the James R. Browning United States Courthouse at Seventh and Mission Streets in San Francisco. (See Order for Complete Text) [7060393] (HH) |
| /14/2009 | ☐ 35 | | CALENDARED: 10/02/2009 2:00 PM San Francisco, CA Courtroom 1 ( disciplinary hearing ) [7060426] (AW) |
| /14/2009 | ☐ 36<br>4 pg, 51.17 KB | | Notice of Oral Argument on OCTOBER 2 2009 San Francisco Calendar. Please return ACKNOWLEDGEMENT OF HEARING NOTICE form to: SAN FRANCISCO Office. Please open attached documents to view details about your case. [7060435] (AW) |
| )/02/2009 | ☐ 37 | | ARGUED AND SUBMITTED TO WILLIAM A. FLETCHER, MARSHA S. BERZON and N. RANDY SMITH. [7083483] (LA) |
| )/06/2009 | ☐ 38<br>1 pg, 23.09 KB | | Filed clerk order (Deputy Clerk:MD): There will be a hearing in this matter at the James R. Browning United States Courthouse in San Francisco on Thursday, October 15, 2009 at 11:00 am in Courtroom One. The panel will hear from Walter J. Lack, Esquire and Paul A. Traina, Esquire. A total of forty minutes has been allotted for this proceeding. [7086874] |

(BY)

| /06/2009 | ☐ 39 | Filed UNDER SEAL Thomas V. Girardi request the declaration of Thomas V. Girardi relating to mitigation and all its supporting exhibits previously submitted to the court under seal on 05/13/09 remain under seal served on 10/05/2009 [7088895] (PANEL) (SM) |

/09/2009 ☐ 42
2 pg, 117.14 KB
Received letter dated re: request that court provide the public and press with access to disciplinary action. [7096054] (MT)

/13/2009 ☐ 40
Filed [under seal] In Re ENGSTROM, LIPSCOMB & LACK, Walter J. Lack, Esquire and Paul A. Traina, Esquire request concerning hearing. Served on 10/09/2009. [7092949] (MT)

/13/2009 ☐ 43
Received UNDER SEAL In Re Paul A. Traina, Esquire notice regarding request for matters to remain sealed. [7096080]--[Edited 10/15/2009 by HH] (MT)

/14/2009 ☐ 41
1 pg, 23.57 KB
Filed order (WILLIAM A. FLETCHER, MARSHA S. BERZON and N. RANDY SMITH) The request of Respondents Walter J. Lack and Paul A. Traina to close to the public the hearing scheduled for tomorrow, October 15, 2009, at 11:00 a.m., and to seal the transcript of the hearing, is denied.[7095433] (KKW)

/15/2009 ☐ 44
ARGUED AND SUBMITTED TO WILLIAM A. FLETCHER, MARSHA S. BERZON and N. RANDY SMITH. [7096478] (LA)

/16/2009 ☐ 45
6 pg, 123.17 KB
Filed (ECF) Respondent Thomas V. Girardi, Esquire Correspondence: Letter to the Editor of the Daily Journal. Date of service: 10/16/2009 [7098394] (TJN)

/13/2010 ☐ 47
77 pg, 308.5 KB
Filed order (WILLIAM A. FLETCHER, MARSHA S. BERZON and N. RANDY SMITH) ...In a high-stakes gamble to enforce a foreign Judgment of nearly a half billion dollars, Respondents initiated and directed years of litigation against Defendants. Respondents efforts went beyond the use of "questionable tactics" — they crossed the line to include the persistent use of known falsehoods. This litigation was based on three falsehoods: that Dole Food Company was named as a judgment debtor by a Nicaraguan court, that the Nicaraguan court corrected any mistakes it might have made regarding Dole Food Company in its judgment by the Writ of Execution, and that Respondents had submitted the corrected Writ of Execution to the state court and the federal district court. Respondents made these false representations knowingly, intentionally, and recklessly. Their actions vexatiously multiplied the proceedings at great expense to Defendants and required the Ninth Circuit to deal with a frivolous appeal. The court cannot and will not tolerate members of the bar employing the use of known falsehoods to further their objectives, no matter how appealing the underlying cause of their clients may be. For such conduct, Respondents should face substantial sanctions commensurate with the sums at stake, the efforts and resources expended in this litigation, and the gravity of their misconduct. 52"Appellate Rule 38 and § 1912 are read in pari materia to authorize the imposition of a monetary sanction for the filing and prosecution of any frivolous appeal." Joseph, supra, § 31; see, e.g. In re George I, 322 F.3d at 591; NLRB v. Unbelievable, Inc., 71 F.3d 1434, 1441 (9th Cir. 1995). For this reason, the Special Master has not separately analyzed Respondents' liability for monetary sanctions under 28 U.S.C. § 1912 apart from their liability under Rule 38. 10064 IN RE GIRARDI The Special Master recommends to the panel that Respondents be sanctioned by being required to reimburse Defendants for the attorneys' fees and costs incurred by Defendants in the Franco appeal,53 as follows:54 1. Respondents Thomas V. Girardi and the Girardi Firm shall reimburse Defendants Dow Chemical Company, Dole Food Company, and Shell Chemical Company (collectively, "Defendants") their attorneys' fees and costs, but not to exceed the aggregate sum of $125,000.00. 2. Respondents Walter J. Lack and the Lack Firm shall reimburse Defendants their attorneys' fees and costs, but Lack's individual liability shall not exceed the aggregate sum of $250,000.00. 3. Respondent Paul A. Traina shall reimburse Defendants their attorneys' fees and costs, but not to exceed the aggregate sum of $10,000.00 53Although it may well be academic because of the per-Defendant cap on the

reimbursements recommended below, the Special Master includes as part of the "attorneys' fees and costs incurred by Defendants in the Franco appeal," attorneys' fees and costs incurred by Defendants in prosecuting their motion for sanctions. Whether such fees and costs are recoverable as part of the sanctions imposed is an open question in the Ninth Circuit and the other circuits appear to be divided. The Special Master believes that the better view is the one adopted in In re Tutu Wells Contamination Litig., 120 F.3d 368, 387-88 (3d Cir. 1997) (affirming a sanctions award imposed under the trial court's inherent powers that included attorney's fees incurred in the sanctions proceedings), overruled on other grounds by Comuso v. Nat'l R.R. Passenger Corp., 267 F.3d 331, 338-39 (3d Cir. 2001). The Ninth Circuit earlier held that fees and costs incurred in pursuing a Rule 11 sanctions motion are not recoverable. Lockary v. Kayfetz, 974 F.2d 1166, 1177-78 (9th Cir. 1992). That holding, however, was overruled by the 1993 amendments to Rule 11, which now expressly permits such awards. See Margolis v. Ryan, 140 F.3d 850, 854 (9th Cir. 1998) ("The rule in Lockary, enunciated in 1992, is no longer good law."). 54Pursuant to the Bifurcation Order, see note 2, supra, the matter of possible sanctions/discipline under Rule 46 is addressed by a separate, sealed order. IN RE GIRARDI 10065 4. Respondent [the young associate] shall reimburse Defendants their attorneys' fees and costs, but not to exceed the aggregate sum of $5,000.00. 5. Respondent the Lack Firm shall be jointly and severally liable for the sanctions imposed on Respondents Traina and the young associate so that its aggregate liability shall not exceed $265,000.00. 6. Respondents aggregate liability to each Defendant shall not exceed $130,000.00, or said Defendants' actual attorneys' fees and costs, whichever is less. 7. Counsel for Respondents and counsel for Defendants shall meet and confer and shall file a written report with the Special Master within the time to be specified by the panel on whether they have reached agreement on the sum owing from each Respondent to each Defendant. If complete agreement is not reached, their report shall set forth the issues that remain to be resolved and resolution of those remaining issues are recommitted by the panel to the Special Master. * * * * * Note to Counsel: By analogy to Fed. R. Civ. P. 72(b), any party wishing to file objections to this Report and Recommendation must do so within ten (10) days of being served with a copy of this Report. Counsel of Record Thomas V. Girardi, Howard B. Miller, Girardi & Keese, Walter J. Lack, Paul A. Traina,                    Engstrom, Lipscomb & Lack, Los Angeles, CA, for plaintiffs-appellants. Michael P. Fordas, Kirkland & Ellis, Chicago, IL, for defendant-appellee Dow Chemical Co. 10066 IN RE GIRARDI David W. Ogden, Wilmer, Cutler Pickering Hale & Dorr, Washington, DC, for defendant-appellee Shell Chemical Co. Alan E. Friedman, Jones Day, Los Angeles, CA, for defendant-appellee Dole Food Co., Inc. Thomas J. Nolan, Skadden, Arps, Slate, Meagher & Flom, Los Angeles, CA, for respondents Thomas V. Girardi and Girardi & Keese. Robert C. Baker, Baker, Keener & Nahra, Los Angeles, CA, for respondents Walter J. Lack, Paul A. Traina, and Engstrom, Lipscomb & Lack [7402838] (DL)

| /23/2010 | ☐ 48 | Filed [UNDER SEAL] Respondent Thomas V. Girardi, Esquire notice regarding court's 7/13/10 order. [7421206] (MT) |
|---|---|---|
| /30/2010 | ☐ 49<br>2 pg, 26.87 KB | Filed order (Appellate Commissioner) On July 13, 2010, the court adopted in full Judge Tashima's findings of fact, conclusions of law, and recommendations with respect to sanctions under Federal Rule of Appellate Procedure 38 and 28 U.S.C. § 1912 and § 1927, as they appear in the corrected version of the Special Master's Report and Recommendation that Judge Tashima filed on October 7, 2009. Judge Tashima's Report and Recommendation provides that counsel for respondents and counsel for defendants shall meet and confer and shall file a joint written report detailing whether they have reached agreement on the sum owing from each Respondent to each Defendant. The Report and Recommendation further provides that, if complete agreement is not reached, the joint report shall set forth the issues that remain to be resolved. The court's July 13, 2010 order refers the issue of sanctions to the Appellate Commissioner "to conduct whatever proceedings he deems appropriate and consistent with Judge Tashima's report." Accordingly, within thirty days after the filing of |

this order, the parties shall meet and confer and submit to the Appellate Commissioner the joint written report regarding the amount of sanctions. (Appellate Commissioner) [7423488] [03-57038, 08-80090] (DL)

Clear All

**Documents and Docket Summary**
**Documents Only**

**Include page numbers**

ected Pages: 0          Selected Size: 0 KB
tals reflect accessible documents only and do not include unauthorized restricted documents.

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/02/2010 10:33:37 | | | |
| PACER Login: | el1236 | Client Code: | 38000/2523 |
| Description: | Docket Report (filtered) | Search Criteria: | 08-80090 |
| Billable Pages: | 5 | Cost: | 0.40 |