# EXHIBIT 3



EXHIBIT 14
WIT: Lack
DATE: 4-18-07
VICKI A. SABER, CSR 6212



1   TESTIMONIO:

2   ESCRITURA NUMERO SESENTA, (60) (TRADUCCION DE

3   EJECUTORIA DE SENTENCIA AL IDIOMA INGLES) En la ciudad de

4   Managua, a las ocho de la mañana del día veintitrés de Abril del año dos mil tres, ante mi: Miguel Ángel

5   Cáceres Palacios, abogado y Notario de la república de Nicaragua debidamente autorizado por la

6   Excelentísima Corte Suprema de Justicia, para ejercer la profesión del Notariado por un quinquenio que

7   expira el cinco de Septiembre del dos mil tres, comparece el Lic. Ángel Salvador Espinoza Guerra, el

8   cual es mayor de edad, soltero, abogado y del domicilio de Granada, de paso por esta ciudad, y quien se

9   identifica con su cédula número ___ y José Nicolás Ballesteros Castillo, mayor de

10   edad, casado Traductor y de este domicilio, quien se identifica con su cédula número 001-061260-0034U,

11   doy fe de conocer genералmente a los comparecientes, y tienen a mi juicio la capacidad civil necesaria

12   para obligarse y contratar, en especial para el otorgamiento de este acto, en el cual actúan en sus propios

13   nombres y представación, me exhibe el que, por el número de ellos me presenta el documento que íntegra y

14   literalmente dice: PRIMERO DOCUMENTO EN ESPAÑOL: EJECUTORIA EN NOMBRE DE

15   LA REPUBLICA DE NICARAGUA. YOLVIDA BENAVENTE PRIETO ABOGADA Y JUEZ

16   TERCERO CIVIL DEL DISTRITO DE MANAGUA, POR CUANTO EN EL JUICIO SUMARIO

17   ESPECIAL COLACION DE DAÑOS Y PERJUICIOS PROMOVIDO POR LA SEÑORA SONIA

18   EDUARDA FRANCO FRANCO Y OTROS, CONTRA LAS SOCIEDADES DOW CHEMICAL

19   COMPANY, SHELL CHEMICAL COMPANY, STANDARD FRUIT AND VEGETABLES CO. INC. Y

20   DOLE FOOD COMPANY INC. SE HA DICTADO SENTENCIA LA CUAL SE ENCUENTRA FIRME

21   E INTEGRA Y LITERALMENTE DICE: JUZGADO TERCERO CIVIL DEL DISTRITO. Managua,

22   once de Diciembre del año dos mil dos. Las once de la mañana. VISTOS RESULTA: Por escritos

23   presentados a las dos y veinte minutos de la tarde del veinticuatro de Agosto, a las dos y treinta minutos de

24   la tarde del treinta y uno de Agosto, a las dos y treinta y cinco minutos de la tarde del treinta y uno de

25   Agosto, a las dos y treinta y cinco minutos de la tarde del SIETE DE Septiembre, A las dos y treinta

26   minutos de la tarde del trece de Septiembre, a las dos y treinta y cinco minutos de la tarde del trece de

27   Septiembre, a las dos y treinta y cinco minutos de la tarde del veintiuno de Septiembre, a las dos y veinte

28   minutos de la tarde del veintiocho de Septiembre y a las dos y veinticinco minutos de la tarde del

29   veintiocho de Septiembre, los licenciados ÁNGEL SALVADOR ESPINOZA GUERRA, soltero y de

30   domicilio de Granada y BOANERGES ANTONIO OJEDA BACA, casado y de este domicilio, ambos



mayores de edad y abogados, en su carácter de apoderado generales judiciales de las siguientes personas:

SONIA EDUARDA FRANCO FRANCO, ANA MARIA PANIAGUA FRANCO, ANA MARIA ZAVALA IZQUIERDO, YADIRA MENDOZA, JUANA MARIA POVEDA, SOFIA ESPERANZA HERNANDEZ, MATILDE LIDIA CHAVEZ REYES, JUANA DE ARCO MAYORGA, PETRONA DEL TRANSITO COREA , FRANCISCA ANTONIA ARTOLA, NUBIA DEL SOCORRO DIXON ALFARO, JULIA ESTHER CRUZ CASTRO, FLOR DE MARIA PALACIOS RUIZ, MELANIA DEL SOCORRO OSORTO N., LUZ IDALIA ALFARO RAMIREZ, SUSANA DEL CARMEN VANEGAS, ANA PASTORA MARTINEZ VEGA, MELANIA DE JESUS MENDEZ, ISABEL RAMOS, CALIPTA TERESA MARTINEZ, ESTHER MATILDE PALMA, DOLORES GILMA URQUILLA VELASQUEZ, PETRONA DE LA CONCEPCION DIAZ GONZALEZ, MARIA EUDELIA HERNANDEZ ROQUE, MARIA LOURDES ROSTRAN MENDOZA, MARIA TERESA MORALES FAJARDO, ESTELA BORJA AGUIRRE, NORMA LUISA MARTINEZ AYALA, MARTHA ISABEL TERCIO VARELA, AURELIA VICTORIA MONTENEGRO ESPINOZA, ADELINA ESPINOZA, ALMA NUBIA MARADIAGA AGUILERA, PAULA ELVIRA CASTELLON, CANDIDA ROSA NUÑEZ PORTILLO, RGENTINA NATALIA CABALLERO, THELMA ZELMIRA FONSECA ARAUZ, FRANCISCA DEL SOCORRO CENTENO, MARIA PRISCILA GONZALEZ MATUTE, JUAN PAULA SOZA MONTANO, ANA LUZ ARTEAGA GUTIERREZ, MARIA GLORIA GARCIA ALFARO, JUANA FRANCISCA MUNGUIA PARRALES, OTILIA VANEGAS NARVAEZ, PETRONA VERONICA SEVILLA FLORES, ROSA MARIA RIVERA, MARIA ELENA DIAZ PEÑALBA, MARIA VICTORIA ACEVEDO LOPEZ , MAYRA ESTULINA LOPEZ FLORES, BLANCA JULIA LOPEZ PICADO, JUANA MARTHA VASQUEZ, ANTONIA MARIA AYALA MORENO, MODESTA LUCRECIA CALERO PERALTA, ANTONIA ISABEL ALFARO RAMIREZ, EGDA MARIA CACERES REYES, LUCIA OTILIA ESPINALES CARRANZA, MARIA ELSA CUADRA SILVA, MARIA CLEOFE CUADRA SILVA, ANA MARIA LUNA ARGUETA, NIEVES DE JESUS ALVAREZ RIBE, ANA JULIA RODRÍGUEZ MENDOZA, ADILIA ULLOA GRILLO, MARIA AUXILIADORA BERRIOS, MERCEDES DEL SOCORRO GAITAN VALLE, ROSA ADELA BLANCO PAIMA, MARTHA DEL CARMEN CHAVARRIA GONZALEZ, JULIA ANTONIA PANIAGUA FLORES, GLORIA JUSTINA ACEVEDO PRADO, PETRONA DEL SOCORRO CANALES ALVAREZ, MAURA FRANCISCA JO, CANDIDA TELLEZ GARCIA, MARIANO DE JESUS BORREZ ROMERO, ORLANDO ORIGUEZ PINEDA, FRANCISCO DIONISIO AGUIRRE, MATEO RODRIGUEZ MENDEZ,

Ex. 11-B
271.

1 ROJAS, ESMERALDA ACUÑA VEGA, VILMA SONIA FLORES ROMERO, EDA ISMEIDA

2 MORENO ACUÑA, TOMASA ISABEL CASTELLON MENDOZA, IGNACIA ROSIRAN TOVAL,

3 GABRIELA DEL CARMEN SILVA CHAVARRIA, PETRONA EVELINA SALAZAR, EDA

4 DOLORES RODRÍGUEZ, MARIA DEL SOCORRO SOLANO, GUADALUPE PASOS, MARIA DEL

5 CARMEN GARCIA ESPINOZA, LAURA RAMONA CHAVARRIA ESPINOZA, PETRONA

6 ZACARIAS PEREZ ACUÑA, RAMONA DEL CARMEN GARCIA PERALTA, MARIA DEL

7 CARMEN MARTINEZ PILARTE, APOLONIA SABINA CHEVEZ, JUANA FRANCISCA PINEDA

8 ORDOÑEZ, PETRONA DEL SOCORRO Munguía, ALBA NUBIA SUAZO BENAVIDES, MARIA

9 ALICIA CACERES GRANADO, SAHARA DE LOS ANGELES ORDOÑEZ M., MARITZA BEATRIZ

10 CACERES GRANADO, JOSEFA MARIA CASTILLO SEQUEIRA, OLIVIA DEL CARMEN SOZA,

11 MARIA ANTONIA FLORES, ALICIA ANDINO GARCIA, MARIA ISABEL DOMINGUEZ LOPEZ,

12 JULIA ELENA ZAVALA CASTRO, MAYRA DEL SOCORRO CARRILLO RAMIREZ, MARÍA DE

13 LOS SANTOS MUNGUIA PINEDA, MARIA ISABEL MONTENEGRO BERMUDEZ, JUANA

14 BAUTISTA ANDRADE, GLORIA ESPERANZA MONTES MOJICA, SABINA CRISTINA MEDINA,

15 JUANA OLIVIA SALMERON, FRANCISCA DE LOS ANGELES PINEDA, ROSA AMANDA

16 GARCIA JIRON, PAULA MARINA SANTOS DIAZ, PETRONA DE LOS ANGELES TORREZ

17 VALDEZ, DORA DEL SOCORRO QUEZADA TORREZ, GERTRUDIS CHAVEZ TORREZ,

18 VIRGINIA ESPERANZA LIRA CHAVEZ, JUANA MARIA COREA PEREZ, ROSARIO MARTINEZ

19 PERALTA, MERCEDES URBINA, CANDIDA ROSA PEREZ ROMERO, LUCIA LLORECIA CASCO

20 GONZALEZ, JUANA FRANCISCA LOPEZ CAMPOS, FLOR DE MARIA MENDOZA SOLANO,

21 MARALINA CELESTINA ESCALANTE QUINTERO, ZOILA CORTEZ VARGAS, ALEJANDRINA

22 GARCIA LOPEZ, ROSALINA MORALES GOMEZ, DENORA MENDEZ MENDOZA, TOMASA

23 HERNANDEZ, LUCIA JULIANA FIGUEROA GARCIA, ROSA ARGENTINA LOPEZ CORTEZ,

24 MARIA AUXILIADORA GOMEZ MORALES, JULIA LIDIA CATIN, EMELINA RIOS CASTILLO,

25 DIONICIA VERONICA PAZ, MARIA MARTINEZ NORORI, MARTHA ANDREA NUÑEZ

26 MENDOZA, JUANA FRANCISCA GONZALES MENDOZA, ADRIANA PAULINA URBINA, FLOR

27 DE MARIA RIVAS, ANA JULIA URBINA POVEDA, FRANCISCA TEODORA NUÑEZ, MARIA

28 JOSE BONILLA CRUZ, MARIA DE LA CONCEPCIÓN CHAVEZ TORREZ, FRANCISCA CENTENO

29 APATA, JUANA CATALINA CHAVEZ TORREZ, JUANA PASTORA CANO, MARIANA MIRIAM

30 ORTIZ, LINA ISABEL RIVERA RUIZ, PAULA MARIA MENDOZA BENAVIDES, MARTHA



1  ARCADIA CALIZ ESPINOZA, PETRONA SILVA FLORES,

2  GLORIA ESPERANZA MONDRAGÓN, JUANA BERTILDA

3  LOPEZ ROMERO, MARLYNG EUFEMIA CASTILLO JIRON,

4  DORIS MARISELA RIOS, MARIA ELENA MUNGUIA, GUILLERMINA ELOISA RUIZ, MARIA

5  EDUARDA SÁNCHEZ, MARIA HILARIA MEDINA GRILLOS, SANTOS APOLONIA ESPINOZA H.

6  AZUCENA DEL SOCORRO GUTIERREZ CRUZ, ANA CRISTINA SANDOVAL CASTILLO,

7  AUXILIADORA OLIVARES LEYTON, MARTHA VALENTINA LOPEZ BETANCO, PAULA PAZ

8  MONCADA, MARIA INES RODRIGUEZ QUINTERO, ANA MARIA VILLALTA MENDEZ,

9  PELAGIA ARGENTINA PEREZ SOMARRIBA, LUCILA PENCE MEJIA, JUANA FRANCISCA

10  LAGUNA, MARIA DE LA CONCEPCION LUNA CARDOZA, IGNACIA DEL SOCORRO

11  RODRIGUEZ MIRANDA, FRANCISCA CELESTINA LOPEZ, MARIANA DEL SOCORRO

12  RODRIGUEZ, ELVIA IRENE SALMERON MARTINEZ, PETRONILA NARVAEZ H., JOSEFA DE

13  JESUS ESPINOZA, GOMERA LILIAM ZAMORA CALERO, LEONOR DEL CARMEN PINEDA

14  ERNESTINA DORA CANALES CAMPO, ANA JACOBA MARTINEZ, PAULA VICTORIA

15  VALLE MAGDALENA MALTEZ, ENEIDA, AMALIA DEL CARMEN MALTEZ

16  ALMENDARES CANDIDA MONTIEL, MARIA LUISA LEYBA JARQUIN, MARIA CRISTINA

17  CALERO SALVADOR, PURA DEL SOCORRO JIRON ROMERO, MARIA LUISA ORELLANA

18  VELÁSQUEZ, TRINIDAD DE LOS A. REYES ALVENDA, MIRIAM DEL ROSARIO BERRIOS,

19  MARIA ELSA JIRON ROMERO, ELOIDA NEYRA SÁNCHEZ, MARIA SALOME MEDINA, PABLA

20  PETRONA ESTRADA, CANDIDA ROSA MONCADA QUIROZ, IBANA VILMA MENDOZA

21  MAIRENA, VALENTINA OSORTO CARRASCO, ROSA MARIA MENDOZA, MERCEDES

22  NATALIA ORTEGA RODRIGUEZ, LUISA MATILDE VALLE PANIAGUA, JULIA BERTHA

23  VELÁSQUEZ ABELARES, FRANCISCA ANTONIA UCEDA CARVAJAL, MARTHA ISABEL

24  GONZALEZ MENDOZA, GUADALUPE MORAN DIAZ, ALTAGRACIA DEL SOCORRO SOLIZ

25  NAVAS, MAGDALENA ANTONIA BLANCA, GERTRUDIS A. SUAREZ, ISIDRA DE LA

26  ASUNCIÓN RAMOS PADILLA, MARIA VICTORIA DUARTE CASCO, MARIA DE LOS ANGELES

27  HERNÁNDEZ LARIOS, CELSA DE JESÚS BAUTISTA MAYA, MARIA DE LOS ANGELES

28  ORTEGA, BERNARDA BETANCO RAMOS, MARIA ELSA MARTINEZ ALBARENGA, MARIA

29  FRANCISCA RODRÍGUEZ, NIDIA DEL SOCORRO JIMÉNEZ SÁNCHEZ, MARIA DEL CARMEN

30  SILVA CENTENO, MARGARITA DE LA CONCEPCIÓN MARTINEZ, ISIDRA ALEYDA



1   MARTINEZ, ROSAURA MARTINA PEREZ, MARIA DEL SOCORRO CANDA GUTIERREZ, ANA

2   JULIA RAMOS PADILLA, ANGELA RODRIGUEZ, SANTOS MELANIA RIVERA MUNGUIA,

3   DOMINGA LIDIA DIAZ CABALLERO, MARIA DOLORES MARAVILLA, EPIFANIA DE LOS

4   SANTOS RUIZ CENTENO, HAYDEE EDUVIGES GOMEZ GUTIERREZ, MIGDALIA GERTRUDIS

5   ROMERO, LILIAM DEL SOCORRO ARAUZ COREA, GLORIA JUSTINA ACEVEDO PRADO,

6   SILVIA CONCEPCIÓN ROMERO AYALA, OFELIA AGUIRRE, VILMA TÉLLEZ GARCIA,

7   GLADYS TÉLLEZ GARCIA, NOELIA TÉLLEZ GARCIA, MIRIAM DEL TRANSITO RIOS

8   ARRIAZA, MARIA EUFEMIA CARMONA NÚÑEZ, JULIA MARIA AYALA ORTIZ, JULIANA

9   VALLECILLA LOPEZ, RAMONA FRANCISCA SILVA, SOFIA ESPERANZA GARCIA, MARIANA

10  DE LOS ANGELES GARCIA, MARIA ELENA MALTA, LIDIA ESPERANZA CHAVARRIA

11  GONZALEZ, JUANA FRANCISCA SALAZAR, PETRONILA JIRON CASTELLON, JUANA

12  CASTILLO ORTEGA, MARIA DE JESUS FLORES, GLORIA ZOYLA TOVAL, FLORENTINA

13  MARADIAGA RODRIGUEZ, EUGENIO NARVAEZ MONTES, FEDERICO PEREZ ALTAMIRANO,

    SANTOS RAFAEL MAYORGA, CLAUDIO CASTILLO TRUJILLO, MIGUEL RAFAEL CERNA

    RUEDA, EDUARDO JOSE ESTÉVEZ AGUIRRE, MARIANO CASTAÑO SALMERON, EMILIO

16  MALDONADO MERLO, PABLO FLORES ESPINOZA, IVAN HIPOLITO NAVARRO UBROZ, JOSE

17  SANTOS VILLALOBOS VILLALOBOS, FREDDY VICTORICO CACERES FLORES, LUIS

18  MANUEL FIALLOS MENDOZA, CARLOS JOSE MENDOZA, MACARIO TORREZ GONZALEZ

19  RICARDO RAFAEL ESTRADA ORTIZ, JOSE ISABEL ALVENDA, PEDRO PABLO CASTELLON

20  GONZALEZ, ERNESTO JUSTINO GUERRERO, BLADIMIR CECILIO SALAZAR, RAMON

21  URBINA, ELOY ENRIQUE LANZAS Munguía, JULIO ALBERTO CENTENO ORDOÑEZ, AMADO

22  DE JESUS RIOS CACERES, PEDRO JOSE LOPEZ, SILVIO JOSE MEJIA, MANUEL DE JESUS

23  GAITAN LOPEZ, JULIO ROBERTO BLANDON ESTRADA, JERONIMO VALLECILLO HERRERA,

24  JUAN PAULO MENESES HERNANDEZ, ANGEL AUGUSTO ALVAREZ IBARRA, JUAN

25  FRANCISCO PINEDA PALMA, EMILIO MALDONADO MERLO, PABLO FLORES ESPINOZA

26  JOSE ISIDRO GARCIA CASTELLON, CANDELARIO AGENOR MEDINA JUAREZ, FRANCISCO

27  RAMOS VANEGA, MARIANO DE JESUS GARCIA , PEDRO CELESTINO RAMIREZ OPORTA

28  EVA LUZ TORREZ MEDINA, MARIA AUXILIADORA ROMERO BUSTAMANTE, MARIA DEL

    OSARIO REYES, MARIA ERNESTINA MARTINEZ CANG, CRISTINA DE LA C. ROMERO,

    ARGENTINA DEL C. RODRIGUEZ QUINTERO, BERNARDA CHAVARRIA MORALES, JUANA

Lc



SERIE "K"

1
2   FRANCISCA GAYTAN MARTINEZ, MARCIA JEANNETTE
3   SUAZO MEDINA, MARIA LOURDES GUEVARA NAVARRO,
    MARIA DE LOS ANGELES DIAZ MARTINEZ, MARIA
4   ESPERANZA CASTELLON MENDOZA, MARIA AUXILIADORA CALERO PERALTA,
5   GUILLERMINA BERTILDA CARRAZCO NUÑEZ, NORMA RAMONA CASTRO NUÑEZ, ISABEL
6   CASTRO RIVERA, PETRONA FRANCISCA PANIAGUA, MARIA ESTELA MONCADO
7   ESPINALES, EULALIA ESTHER MAYORGA, IGNACIA DEL SOCORRO ARAUZ ESPINOZA,
8   MARIA CRISTINA ALVIN MUNGUIA, JUANA DE LA C. CARRAZCO MORALES, CANDIDA
9   VICENTA RASOS AGUILERA, MANUELA PEREZ ACEDA, MARIA ISABEL VEGA,
10  JULIA ROSA CENTENO BORRES, HEYDIA CACERES GARCIA, JUANA FRANCISCA
11  HERNANDEZ MEZA, PERFECTO CAMPOS HERNANDEZ, MARIA DE LA CRUZ HERRERA NUÑEZ,
12  MARTHA ADELA OTERO GUADAMUZ, MARLING DE LOS ANGELES ARRIOLA E., MIRNA
13  ANTONIA MENDIAGA, ROSARIO DE LOS ANGELES SALAZAR L. PETRONA VILMA
14  CACERES ZERDA, IRENE BERTRAND, RODRIGO ALEJANDRO FUENTES GONZALEZ,
15  MANUEL ESPIRITO MEDINA POZO, MANUEL DE JESUS DELGADILLO A., JORGE
16  DOMINGO BENAVIDEZ ARRIAZA, GERARDO ELIAS PADILLA MORENO, FAUSTO ZELAYA
17  TABORA, MARIO ANTONIO CACERES MARTINEZ, JUAN RAMON LOPEZ BENAVIDES,
18  ELEODORO HERRERA AGUILERA ESPINOZA, JOSE DOLORES ROMERO, SANTIAGO
19  CRISTOBAL MARIN AVALA, GUSTAVO MIGUEL RODRIGUEZ BLANCO, DONALD
20  ANTONIO GUILLEN PICADO, JUAN OBANDO MARTINEZ GONZALEZ ESTEBAN ROBERTO
21  ROMERO MARTINEZ, JOSE EUGENIO VIVAS ESPINO, JULIO ALBERTO CALVO ROJAS,
22  CESAR GUADALUPE MENDOZA FARELA GILBERT TEODORO POVEDA URBINA, CARLOS
23  ALBERTO TENORIO GAUNA, DENIE ALFORSO CACERES GRANADO, RAMON ANDRES
24  HERRERA DEGRANDE, JOSE FRANCISCO CENTENO HERNANDEZ, CRISTOBAL ACUÑA
25  BENAVIDES, JOSE ESTEBAN GONZALEZ, SEGUNDO ALBERTO ALVARADO, JOSE MANUEL
26  GOMEZ CERDA, ROGOBERTO ANTONIO CASTILLO RODRIGUEZ, FRANCICO ALTAMIRANO,
27  FRANCISCO VALERIO GOMEZ MENESES, RENE JOAQUIN MONTESINOS HERNANDEZ, JUAN
28  PABLO VAZQUEZ ALONSO, GUMERCINDO RERYES ESPINOZA, MODESTO DE JESUS VIDEA
29  REYES, APOLONIO DANIEL PARRALES MORENO, MARCIAL ANDRES OLIVAS, JUAN
30  RAMON LOPEZ MENDEZ, JOSE RAMON ROJAS VEGA, JOSE RODRIGUEZ MORALES, JOSE

Ex. 11-B
276.



BENITO CHAVARRIA MEMBREÑO, MAURICIO GARCIA VALDIVIA, DANIEL ROJAS CARVAJAL, SANTOS ADOLFO RIOS GARCIA, JOSE FRANCISCO SÁNCHEZ, JORGE IVAN PEREZ, ROBERTO JOSE ORTIZ MENDOZA, JOSE FRANCISCO BALDELOMAR, PEDRO RAMON MONTOYA, MARIANO DE JESÚS PEREZ, ESTEBAN SALAZAR SILVA, JOSE DE LA ASUNCIÓN MARTINEZ, JOSE FRANCISCO CASTILLO ZEPEDA, JOSE REYNALDO PINEDA, JOSE RAMON MEMEBREÑO, JOSE DOLORES CASTILLO GUERRERO, RODOLFO DE JESÚS LOPEZ GONZALEZ, RAUL FEDERICO PANIAGUA, ROMAN EVENOR ESTRADA RIVERA, RAMON ANTONIO RODRÍGUEZ, RODOLFO CALIXTO RAMIREZ, JOSE EMILIO MARTINEZ RODRÍGUEZ, Compareciendo exponiendo en cada una de sus demandas lo siguiente: Que sus representados fueron expuestos al producto químico denominado DIBROMOCLOBIDOPROPANO abreviado como DBCP y comercializado como NEMAGON y como Fumazone. Que dicha exposición les ha causado a sus representados y sus familias daños de carácter físico y orgánicos, los cuales fueron detallados en las demandas correspondientes y por tal razón demandaban en la vía sumaria especial y de conformidad y de conformidad con la Ley No 364 y con acción de pago por daños y perjuicios a las empresas y sus representantes legales: DOW CHEMICAL COMPANY también conocida como DOW AGRO SCIENCES, SHELL CHEMICAL COMPANY, OCCIDENTAL CHEMICAL CORPORATION, STANDARD FRUIT AND VEGETABLES CO. INC, DOLE FOOD COMPANY INC, CHIQUITA BRANDS INTERNATIONAL INC, DEL MONTE TROPICAL FRUIT, también conocida como DEL MONTE FOODS, para que pagasen a los demandantes sumas de dinero en dólares de los Estados Unidos de América, o su equivalente en córdobas debidamente detalladas en cada una de las demanda interpuestas en concepto de pago por daños específicos y compensación por daños morales y punitivos. Solicitaron que las empresas demandadas hiciesen un depósito de CIEN MIL DOLARES o su equivalente en moneda nacional, por cada uno de los demandantes de conformidad con el Arto. 4 de la Ley No 364 para garantizar las resultas del juicio. Se les dio intervención de ley a los referidos apoderados en cada una de las demandas interpuestas y se emplazó las sociedades demandadas en el término de ley para que contestasen las demandas, previniéndoseles que depositasen la suma de Cien mil dólares en cada uno de los juicios, como condición procesal para tener participación en los mismos y se nombró como traductor al señor Jorge Nicolás Ballesteros Castillo, mayor de edad, casado, traductor y de te domicilio, quien aceptó el cargo, tomó posesión del mismo y procedió a traducir las demandas referidas para que por medio de la vía diplomática fueran notificadas las sociedades, por ser éstas del

Ex. 11-B
277.



1    domicilio de los Estados Unidos de América y para el se envió el

2    suplicatorio correspondiente a la Excelentísima Corte Suprema de

3    Justicia. Después de notificar a las empresas demandadas, compareció

4    el Doctor ROLANDO MAYORGA OROZCO, mayor de edad, casado, abogado y de este domicilio, en su

5    carácter de representante legal de CHIQUITA BRANDS INTERNATIONAL INC., interponiendo la

6    excepción de incompetencia de jurisdicción, de exclusión de su representada y falta de

7    personería de surepresentada. También compareció el doctor ROBERTO SÁNCHEZ CORDERO, mayor

8    de edad, casado, Abogado y de este domicilio, en su carácter de apoderado especial judicial de la empresa

9    demandada SHELL CHEMICAL COMPANY, expresando que interponía incidente de nulidad por que la

10   Ley No. 364 confirme un conjunto de disposiciones violatorias a la Constitución Política vigente y que no

11   hacía el depósito pues se sometería al requisito en el Artículo 7 de la Ley No. 364. También compareció el

12   doctor ROBERTO Argüello HURTADO, mayor de edad, casado, Abogado y de este domicilio, en su

13   carácter de apoderado judicial de DOLE FRESH FRUIT COMPANY alegando la inconstitucionalidad de

14   los procedimientos especiales que se pretenden aplicar con la ley no. 364 y pidió el cambio de

15   procedimiento, se declarase la inconstitucionalidad de la ley referida. La parte actora solicitó en cada

16   juicio que se le tuviesen incidentes a las citadas DOW CHEMICAL COMPANY, DOLE FOOD

17   COMPANY, SHELL CHEMICAL COMPANY. De la constancia secretarial en la que se expresa que la

18   empresa demandada DOW CHEMICAL no compareció a hacer uso de sus derechos. Por tal razón en auto

19   posterior se declaró rebelde a dicha empresa. La parte actora desistió de la demanda interpuesta contra las

20   empresas OCCIDENTAL CHEMICAL CORPORATION, CHIQUITA BRANDS INTERNATIONAL

21   INC. Y DEL MONTE TROPICAL FRUIT CORPORATION. El Dr. Rolando Mayorga Orozco en su

22   calidad de apoderado especial judicial de Chiquita Brands International Inc, expresó que aceptaba dicho

23   desistimiento. La parte actora pidió se tuviesen por no presentados los escritos de los apoderados de las

24   empresas demandas que comparecieron, pues no cumplieron con el depósito de la suma ordenada en la Ley

25   No. 364. El Juzgado proveyó que dado que las sociedades demandadas no había efectuado el depósito de

26   ley, no cabía pronunciamiento alguno acerca de lo alegado por esas mismas empresas. De dicha resolución

27   las demandadas apelaron. Dicha apelación fue denegada por cuanto no hicieron el depósito

28   correspondiente ordenado en la Ley No.364, habiendo los apelantes recurrido de hecho. Posteriormente la

29   parte actora pidió se acumulasen los juicios registrados bajo los siguientes Números; 1159/01, 1212/01,

30   1213/01, E260/01, 1303/01, 1304/01, 1354/01, 1400/01 y 1401/01 y que se tuviese como procurador

EX. 11-B
278



1  común de los actores de tales juicios al Licenciado ÁNGEL SALVADOR ESPINOZA GUERRA, de

2  generales ya referidas, a lo cual se accedió de conformidad con lo preceptuado en los Artos. 840 y 841 Pr.

3  Se dictó providencia mediante el cual se expreso que los apoderados que comparecieron en representación

4  de las sociedades demandadas Shell Chemical Company y Dole Fresh Fruit Company se sometieron

5  tácitamente a la competencia de este Juzgado. Previa solicitud de la parte actora se abrió a pruebas el juicio

6  por el término de ley. El Doctor Roberto Argüello Hurtado en su carácter expresado pidió la nulidad de lo

7  actuado expresando que era falsa la afirmación de que hayan contestado la demanda; a dicha nulidad se le

8  dio el trámite de ley y se declaró sin lugar dicho incidente con fundamento en el hecho de que las

9  demandas si habia sido contestadas al impugnarse y negarse los fundamentos legales de tales demandas. El

10  Doctor Argüello Hurtado en el carácter indicado adjuntó minuta de depósito efectuado en el Banco de la

11  Producción S.A por la suma de CIEN MIL DÓLARES NETOS para hacer uso de sus derechos como parte

12  procesal y pidió se le diese intervención de ley. Se mando a oir a la parte actora de dicho depósito quien

13  expreso que el mismo se había efectuado fuera del término legal y que debía de procederse conforme a lo

14  establecido en el Arto. 8 de la Ley No 364. El Juzgado proveyó resolviendo que el depósito referido había

15  sido efectuado fuera de término, sin embargo por haberse sometido tácitamente el depositante a este

16  Juzgado se le dio la intervención de ley que previamente había solicitado. El Doctor Roberto Sánchez

17  Cordero apeló de la providencia mediante el cual se abrió a pruebas el juicio. La parte actora pidió se

18  recibiesen las testificales propuestas. El Juzgado denegó dicha apelación interpuesta por el Doctor Roberto

19  Sánchez Cordero al tenor del Arto Pr. y mando a recibir las testificales ofrecidas, los cuales no se

20  recibieron por estar suspendido el periodo probatorio por la tramitación de un incidente de nulidad, el cual

21  fue declarado sin lugar en la sentencia dictada a las once de la mañana del veintiuno de Agosto del año en

22  curso. Se tuvo como pruebas a favor de la parte actora los documentos adjuntados, todo con citación de la

23  parte contraria. Se personó el Doctor YALI MOLINA PALACIOS, mayor de edad, casado, Abogado y de

24  este domicilio expresando ser apoderado especial de la empresa THE DOW CHEMICAL COMPANY

25  pidiendo se le diese intervención de ley y expresando que rechazaba la jurisdicción de este juzgado y

26  promovía cuestión de competencia por declinatoria. Se dictó sentencia a las ocho de la mañana del cuatro

27  de octubre del presente año, dando lugar al desistimiento de la demanda especial contra la empresa

28  Chiquita Brands International Inc, quien había aceptado tal desistimiento y ordenándose la continuación

29  del proceso contra las empresas Dow Chemical, Shell Chemical Company, Standard Fruit and Vegetables

30  Co. Inc y Dole Food Company Inc., y mandándose a oir a la parte contraria del desistimiento precitado

Ex. 11-B
279.



1  por la parte actora con relación a las empresas que aún no habían

2  comparecido, las cuales fueron Occidental Chemical Corporation y

3  Del Monte Tropical Fruit Corporation, quien expresó lo que tuvo a

4  bien. Posteriormente la parte actora promovió la ilegitimidad de personería del Doctor Roberto Argüello

5  Hurtado, expresando que la empresa a la que dicho Abogado representaba no estaba siendo demandada.

6  Este Juzgado por auto posterior resolvió dicha excepción declarándola con lugar, teniendo por no

7  presentados los escritos del doctor Roberto Argüello Hurtado y declarando nulo todo lo actuado por dicho

8  Abogado por no ser parte en el presente juicio y revocándosele la intervención que se le había otorgado,

9  por cuanto en autos consta tal ilegitimidad por ser una de las empresas demandadas de dicho apoderado. Contra dicha

10  resolución fue interpuesto el recurso de reposición el cual se declaró sin lugar. En escrito

11  siguiente la parte actora presentó testigos así como la reposición al lo que apareció mandando a recibir

12  las testificales ofrecidas y verificándose una ocular en las tierras que contenían DBCP con auxilio del

13  perito traductor nombrado en autos, la cual debía realizarse en el municipio de El Viejo, departamento de

14  Chinandega, librando para tal efecto el correspondiente exhorto. Se recibieron las declaraciones de los

15  testigos. El Juzgado Comisionado El Viejo, remitió a este Juzgado las diligencias de inspección ocular.

16  Compareciendo el Dr. ROBERTO ARGÜELLO HURTADO, como apoderado de DOLE FOOD COMPANY

17  manifestando que la litis presentada podía ser afectada en sus intereses Por la demanda solicitando la

18  intervención de ley, la cual le fue concedida por no ser su representada una de las empresas demandadas,

19  previniéndole a dicho Abogado que hiciera uso de sus derechos en la vía correspondiente.- Y siendo el

20  término para dictar sentencia SE CONSIDERA: I- Que habiéndose interpuesto las demandas a que se hizo

21  referencia en la parte expositiva de la misma sentencia, en contra de las empresas: DOW CHEMICAL

22  COMPANY también conocida como DOW CHEMICAL, SHELL CHEMICAL COMPANY,

23  OCCIDENTAL CHEMICAL CORPORATION, STANDARD FRUIT AND VEGETABLES CO. INC.,

24  DOLE FOOD COMPANY INC., CHIQUITA BRANDS INTERNATIONAL INC., DEL MONTE

25  TROPICAL FRUIT también conocida como DEL MONTE FOODS, tal demanda después fue desistida

26  por lo que hace a las empresas OCCIDENTAL CHEMICAL CORPORATION, CHIQUITA BRANDS

27  INTERNATIONAL INC., DEL MONTE TROPICAL FRUIT, conocida también como DEL MONTE

28  FOODS. Y se hizo como procurador común de los actores al Dr. Ángel Salvador Espinoza Guerra II. Que

29  tales demandas no fueron contradecidas ni negadas por las empresas demandadas en el término de

30  contestación de las mismas, por ello de conformidad con el Arto. 1051 Pr., deben tenerse como admitidas y

Ex. 11-1

280.

conocidas por dichas empresas demandadas; III. Que la oposición a las pretensiones de los actores se basó en lo siguiente: a) El Doctor Roberto Sánchez Cordero como apoderado especial judicial de la empresa Shell Chemical Company, en su primera comparecencia solicitó se le tuviese como tal apoderado y se le diera la intervención de ley; además promovió un "incidente de nulidad del juicio" por estar basado en la Ley No 364 que según el contenía "un sin número de disposiciones violatorias a la Constitución ...", también expresó que su representada "nunca ha tenido negocios de ningún tipo en territorio nicaragüense" y que su representada no haría el depósito a que se refiere los Artos. 4, 7 y 8 de la Ley No. 364, "asumiendo las consecuencias establecidas en el citado Arto 7 de la Ley No 364".. b). El Doctor Roberto Argüello Hurtado solicitó el cambio de procedimiento y alegó que la Ley No. 364 era inconstitucional, pero do hizo accionando en representación de una sociedad que no había sido demandada, por lo cual no cabe pronunciamiento alguno al acerca de sus alegaciones pues se encuentra firme una resolución previa, mediante la cual se le negó a tal honorable Abogado la intervención en este proceso; c) El Doctor Yali Molina Palacios compareció en su carácter de apoderado especial de The Dow Chemical Company protestando la falta de competencia de los tribunales nacionales, pero este último apoderado no tuvo intervención porque la empresa a la cual representaba había sido declarada rebelde y no solicitó el levantamiento de tal rebeldía; d) La compañía Standard Fruit and Vegetable Co. Inc., no compareció a oponerse a las demandas; e) Acerca del resto de las compañías demandadas, los actores desistieron respecto de ellas de sus pretensiones y no cabe por tanto tenerlas como parte en este juicio ni examinar sus alegaciones. IV. Si examinamos lo relativo a la competencia de este despacho judicial, invocado por quienes se constituyeron como parte demandada en este proceso, tenemos que considerar en primer lugar que no se limitaron a protestar la competencia o a reclamar que el juicio debía ventilarse en los tribunales de los Estados Unidos de Norteamérica, sino que reclamaron que se declaran nulidades y pidieron se sentenciara al respecto y negaron que sus mandantes hubiesen tenido negocios en Nicaragua. Y a la misma vez expresaron que este Juzgado no era el competente. Entonces tenemos que sustentaron dos posturas excluyentes y totalmente contradictorias entre sí, pues al reclamaron pronunciamientos o sentencia de este órgano jurisdiccional, primero se sometieron a la competencia de este juzgado y hasta después impugnan tal competencia. Y puesto que reclamaron sentencia acerca de algunos puntos alegados por ellas, dictan esa sentencia para no dejar de resolver sobre todos los puntos en controversia, pues el Arto. 13 de la Ley Orgánica del Poder Judicial manda a los jueces que en sus sentencias se analicen ellos argumentos expresados por las partes en defensa de sus derechos." Además una vez pronunciada la sentencia de la



1   competencia de este juzgado, la misma Ley No. 364 en su Arto. 12 in

2   fine, determina que los juzgados competentes para conocer de estos

3   casos y que sean los Juzgados de Distrito para lo Civil, podrán resolver

4   sobre las reclamas de indemnizaciones conforme a derecho. Es más, del mismo texto de la ley se

5   desprende (Arto. 12) que para que el litigio sea trasladado a la jurisdicción extranjera, además de

6   someterse "incondicionalmente" a esa otra jurisdicción, deberán renunciar a la excepción "Forum NO

7   Conveniente" y según ese mismo texto legal si "las empresas demandadas deciden que el proceso continúe

8   en los tribunales nicaragüenses, estas deberán depositar la cantidad establecida en el Artículo 4 de la

9   presente Ley." En consecuencia, las demandadas no han hecho ese depósito, existiendo otros requisitos

10  que no fueron cumplidos por las demandadas para que fueran los tribunales extranjeros los que tomaran las

11  decisiones definitivas. Y además si las empresas demandadas hubieran querido que el juicio fuese

12  radicado en Nicaragua debían haber efectuado el depósito pero eso es por lo que hace a los demandados

13  más nada, cuestión distinta con los demandantes actores, que desean que el juicio sea radicado en Nicaragua aun

14  cuando no hubiere efectuado las demandadas el depósito, por lo cual en ese caso para la ley procesal

15  común que abre y cierra el derecho de sometimiento de las demandadas a una competencia distinta de las de

16  sus propios domicilios. Antes de entrar a conocer de esas causas del proceso, hemos de considerar lo

17  de la nulidad intentada por hecho de los demandados, con fundamento, según él, en la

18  inconstitucionalidad del derecho de la ley No. 364 al respecto debe señalarse que la Ley

19  de Amparo (Ley No. ___) en su Arto. 2 contempla como procedimiento la inconstitucionalidad de

20  alguna ley, decreto o reglamento, que puedan hacerse en el proceso y que no sean de casación. Pero, los

21  Artos. 11 y 20 de esa Ley. Constitucional ratifican por su parte que debe formularse solicitud expresa

22  para que se declare la inconstitucionalidad. En efecto el que pide la inconstitucionalidad debe obrar

23  con poder especial para ello y, por otra parte, es únicamente la Corte Suprema de Justicia la que al ratificar

24  una sentencia priva la que declara la inconstitucionalidad de una ley, la única que pude proceder a declarar

25  la inaplicabilidad de la misma. Y al leer los autos, esta judicial concluye de que no existe esa solicitud

26  expresa y nadie ha presentado poder especial para alegar la inconstitucionalidad de alguna ley y que lo que

27  se solicita es que yo declare la inaplicabilidad de la ley 364 a lo cual no puedo acceder bajo ninguna

28  circunstancia so pena de apropiarme de funciones que son exclusivas y privativas del Supremo Tribunal.

29  En consecuencia no se accedió en el juicio a la nulidad a que nos hemos referido. VI. En cuanto a que una

30  de las empresas demandadas alegó no haber tenido ningún negocio en Nicaragua ni vendido productos

Ex. 11-B
282.



conocidos como Nemagon y Fumazone, cabe confirmar que el Arto. 2 de la Ley 364 establece la responsabilidad civil y penal de las empresas fabricantes y, además el Dr. Roberto Sánchez Cortez hizo llegar a los autos una declaración jurada de Stephen F. Quien fue empleado de Shell Chemical Company (Shell) quien declaró que esa empresa fabricó Nemagon y lo vendió a la Standard Fruit y Castle And Cooke quienes distribuyeron ese producto en Centro América, por lo cual esta viene a formar convicción plena de que tal empresa fabricó ese producto y que las otras dos empresas nominadas lo distribuyen en Nicaragua, pues esta república forma parte de Centro América. VII. Que por si lo antes expresado resultara insuficiente para fundar lo que se resolverá en esta sentencia, cabe agregar que durante la tramitación del presente juicio la parte actora presentó pruebas a sú favor consistente en Epicrisis médicos, informes de laboratorio, y declaraciones testificales, todo con citación de la parte contraria, las cuales no fueron impugnadas. VIII. Que según el mismo Arto. 1051 Pr., en su párrafo segundo, las documentales no impugnadas se tienen como aceptadas por la parte contraria y el Arto. 9 de la Ley 364 establece: "Los afectados que demuestren, durante la tramitación y sustanciación del juicio, haber estado expuestos a la sustancia o plaguicida referido en el artículo 1 de la presente Ley, y que a consecuencia del mismo hayan quedado en estado de esterilidad, gozarán del beneficio y la presunción irrefutable de que esta fue causada por los mismos, siendo bastante y suficiente medio de prueba, la presentación de dos exámenes médicos certificados, los que deben ser reconocidos por el laboratorio de Referencia Nacional del Ministerio de Salud o por el Instituto de Medicina Legal o en su defecto por un laboratorio debidamente acreditado por el Ministerio de Salud" y que las pruebas documentales adjuntadas a los autos, cumplen con lo estipulado en las disposiciones legales referidas. IX. Que se recibieron las testificales ofrecidas por la parte actora de los señores LUIS FELIPE GODOY MEDINA, médico cirujano, BAYARDO JOSÉ BARRIOS VELÁSQUEZ, tecnólogo médico, FRANCISCO ALÍ GARCÍA MEZA, contador, SERGIO ALBERTO RIVAS, agricultor, JUAN RAMÓN ZAPATA CASTILLO, agricultor, MANUEL EDILBERTO MEDINA POZO, agricultor, MIGUEL ÁNGEL RAMÍREZ BENAVIDEZ, agricultor, SERGIO EDELBERTO HERNÁNDEZ PORRAS, zapatero, MONICO ALVARADO LAGUNA, agricultor, JULIO CESAR BLANCO, jornalero, CARLOS WILLIAM WALDAN, jornalero, SALOMÓN DE LA CRUZ BRAVO, obrero, JUAN FRANCISCO ORTIZ ROCHA, agricultor, JULIAN ISIDRO MORALES MEDINA, jubilado, JOSE REYNALDO MENDEZ TEJADA, jornalero, JOSE HERIBERTO CARRANZA CHAVARIA, jornalero, todos mayores de edad y del domicilio de Chinandega quienes fueron contestes de forma afirmativa al interrogatorio presentado por los demandados. X. Que en sus

Ex. 11-B
283.



1  declaraciones testificales, los Señores:

2

3  GODOY MEDINA Y BAYARDO JOSÉ BARROS

VELÁSQUEZ, quienes según su propio dicho son

4  productores de la salud, establecieron que la exposición a la que fueron sometidos los actores contribuyó

5  a que ellos padecieran de un sinnúmero de enfermedades que además se transmitían a su descendencia,

6  máxime que el pesticida al que fueron expuestos es considerado como cancerígeno también por reportes

7  norteamericanos. XI. Expresan los referidos testigos que todos los casos que ellos conocieron o que les

8  fueron consultadas por los mismos actores son consecuencia directa de la exposición al pesticida

9  denominado DBCP, conocido ................ de los padecimientos crónicos de dicha

10  exposición se encuentra ........................

11  órgano visual, alteración ...................... perdida de uno y otro

12  cáncer prostático .............................. potencia sexual frigidez

13  piel, tejido ................................ de problemas en la

14  conoció ................................ LUIS FELIPE GODOY MEDINA expresó que

15  seguidas ................................ varios abortos

16  testigo BAYARDO JOSÉ BARROS VELÁSQUEZ ..................... XIII. Que el

17  Nemagón y ...................... los hombres expuestas al pesticida

18  como, oligoespermia .......................... engendrar; así

19  tratocospermia ...................... disminuido, y además

20  disminuida, tales padecimientos ...................... pero la velocidad está

21  que la exposición al DBCP causa ...................... asimismo expresó, también

22  veces hereditaria, que además el pesticida ...................... cáncer cutáneo severo y algunas

23  leche materna, que la exposición al DBCP causa trastornos cerebrales. Que conoció de casos de mujeres

24  que tuvieron varios abortos seguidos. XIV. Que los otros testigos señores: FRANCISCO ALI GARCIA

25  MEZA, SERGIO ALBERTO RIVAS, JUAN RAMON ZAPATA CASTILLO, MANUEL EDILBERTO

26  MEDINA POZO, MIGUEL ÁNGEL RAMÍREZ BENAVIDEZ, SERGIO EDELBERTO HERNÁNDEZ

27  PORRAS, MONICO ALVARADO LAGUNA, JULIO CESAR BLANCO, CARLOS WILLIAM

28  WALDAN, SALOMÓN DE LA CRUZ BRAVO, JUAN FRANCISCO ORTIZ ROCHA, JULIAN

29  ISIDRO MORALES MEDINA, JOSÉ REYNALDO MENDEZ TEJEDA Y JOSÉ HERIBERTO

30  CARRANZA CHAVARRIA coincidieron en afirmar que en las fincas donde trabajaron nunca les hicieron

EX-11-B
284



1   recomendaciones acerca de la prevención en el uso del pesticida denominado DBCP, conocido como

2   Nemagon y Fumazone y nunca se les brindó el equipo de la protección necesario para evitar el contacto

3   directo como el pesticida DBCP y mucho menos advertirles que el contacto con el mismo acarreaba

4   perjuicio para la salud ya que al aplicar dicho pesticida por lo general se mojaban con el mismo y después

5   de aplicarlo ni siquiera les daban las condiciones mínimas para enjuagarse en un baño para eliminar los

6   residuos de pesticida, sino que aún con el pesticida en sus ropas se iban a sus casas. XIV. Que de la

7   inspección judicial realizada a las once de la mañana del once de Noviembre del dos mil dos por la Juez

8   Local Único del municipio de El Viejo, departamento de Chinandega se desprende que en los barriles

9   inspeccionados no se encontraban leyenda que adviertan del peligro y las consecuencias de la exposición al

10   DBCP, no tienen leyendas en español, sino en inglés; que algunos de los barriles se aprecia el nombre de

11   una de las empresas demandadas denominada "The Dow Chemical Company". XVI. Que es obligación

12   de los tribunales de Justicia asegurar el pleno respeto de las garantías constitucionales de los ciudadanos

13   Nicaragüenses y que el Arto. 2 de la Ley No. 260 "Ley Orgánica del Poder Judicial" expresa que la

Justicia emana del pueblo y es impartida en su nombre y delegación de manera exclusiva por los

Tribunales de Justicia del Poder Judicial. XVII. Que se debe garantizar el derecho de los afectados por el

16   pesticida denominado NEMAGON Y FUMAZONE, máxime que dichos ciudadanos han sido afectados

17   por dichos pesticidas de conformidad con las pruebas aportadas en el presente juicio y relacionadas en los

18   considerandos que anteceden, que la ley No. 364, establece que el Juez podrá tomar en consideración para

19   la cuantificación de la indemnización los medios de prueba consistentes en la valoración médica

20   especializada, la cual, rola en autos en las pruebas documentales adjuntadas a los autos así como la

21   declaración de testigos profesionales de la salud y referidos en los considerandos precedentes de esta

22   misma sentencia. XVIII. Que en las demandas se presentaron diferentes sumas de dinero que deben ser

23   pagadas a los actores, y en el caso de los expedientes 1354/01, 1400/01 y 1401/01, las sumas que se piden

24   se pague a cada uno de los actores, no coincide con la sumatoria total hecho por el apoderado de los

25   actores, por lo que para la salvaguarda de los derechos de los afectados, se hizo una simple operación

26   aritmética de las sumas demandadas por cada uno de los actores, cuyos valores se emiten en la parte

27   resolutiva de esta sentencia. XIX. Que en todo el presente esta judicial ha estado con apego a las leyes

28   procesales y sustantivas, respetando el principio soberano de la vigencia y aplicación de la Ley

nicaragüense en todo el ámbito nacional. Esa respeto al orden legal vigente ha permitido acoger y declarar

con lugar el reclamo de docenas de ciudadanos que sufrieron el contacto con sustancias contaminantes para

Ex. 11-B
285.



1
2  el ser humano, al cual causan daños irreversibles y más aún
3  cuando no se tomaron las prevenciones más elementales para
4  evitar que los trabajadores que operaban esos productos o
5  entraban en contacto con el mismo no fuesen afectados y terminaron sufriendo los efectos de esos
6  productos, a pesar de la existencia de acuerdos y tratados internacionales que obligaron a prohibir el uso de
7  esos productos. POR TANTO.- De conformidad con las consideraciones hechas, disposiciones legales
8  citadas de Arto. 424, 434, 436 Pn. Y Arto. 12 de la Ley No. 364, la suscrita Juez RESUELVE: I. HA
9  LUGAR a la demanda sumaria especial y con acción de pago por daños y perjuicios interpuesta por el
10  Dr. FRANCISCO SALVADOR ... ... en carácter de procurador común y apoderado
11  general judicial de Sonia ... ... Juana Vilma Meza, Paula Franco, Ana María Zavala
12  Izaguirre y otros, ... ... en contra de las empresas y sus representantes legales siguientes: DOW
13  CHEMICAL COMPANY también conocida como DOW AGRO SCIENCES, SHELL CHEMICAL
14  COMPANY, STANDARD FRUIT AND VEGETABLES CO. INC. Y DOLE FOOD COMPANY INC.
15  II. En consecuencia las sociedades demandadas referidas deberán pagar las siguientes sumas de dinero, a:
16  las siguientes personas: A).- A las señoras: SONIA EDUARDA FRANCO FRANCO, ANA MARIA
17  PANIAGUA FRANCO, ANA MARIA ZAVALA IZAGUIRRE, YADIRA MENDOZA, JUANA MARIA
18  PÓVEDA, PERLA ESPERANZA HERNÁNDEZ, MATILDE ELIDA CHÁVEZ REYES, JUANA DE
19  ARCO MAYORGA, PETRONA DEL TRANSITO CORTA Y FRANCISCA ANTONIA ARTOLA, la
20  suma de: CUATRO MILLONES DE DOLARES NETOS (US$4.000.000.00) en moneda de los Estados
21  Unidos de América, a ser pagados en córdobas A CADA UNA DE ELLAS en concepto de pago por
22  daños específicos y compensatorios y por daños morales y psíquicos; B).- A las señoras:  NUBIA DEL
23  SOCORRO DIXON ALFARO, JUDITH DEL ROSARIO ARTIAGA CASTRO, FLOR DE MARIA PALACIOS
24  RUIZ, MELANIA DEL SOCORRO OSORTO N., LUZ IDALIA ALFARO RAMÍREZ, SUSANA DEL
25  CARMEN VANEGAS, ANA PASTORA MARTÍNEZ VEGA, MELANIA DE JESÚS MENDEZ,
26  ISABEL RAMOS, CALIPTA TERESA MARTÍNEZ, ESTHER MATILDE PALMA, DOLORES GILMA
27  URQUILLA VELÁSQUEZ, PETRONA DE LA CONCEPCIÓN DIAZ GONZALEZ, MARIA EUDELIA
28  HERNÁNDEZ ROQUE, MARIA LOURDES ROSTRAN MENDOZA, MARIA TERESA MORALES
29  FAJARDO, ESTELA BORJA AGUIRRE, NORMA LUISA MARTÍNEZ AYALA, MARTHA ISABEL
30  TURCIO VARELA, AURELIA VICTORIA MONTENEGRO ESPINOZA, ADELINA ESPINOZA,
   ALMA NUBIA MARADIAGA AGUILERA, PAULA ELVIRA CASTELLÓN, CANDIDA ROSA

Ex. 11-I
286

NÚÑEZ PORTILLO, ARGENTINA NATALIA CABALLERO, THELMA ZELMIRA FONSECA

2   ARAUZA FRANCISCA ; DEL SOCORRO CENTENO, MARIA PRISCILA GONZÁLEZ MATUTE,

3   JUANA PAULA SOZA MONTANO, ANA LUZ ARTEAGA GUTIÉRREZ, MARIA GLORIA GARCIA

4   ALFARO, JUANA FRANCISCA MUNGUIA PARRALES, OTILIA VANEGAS NARVÁEZ,

5   PETRONA VERÓNICA SEVILLA FLORES, ROSA MARIA RIVERA, MARIA ELENA DIAZ

6   PEÑALBA, MARIA VICTORIA ACEVEDO LÓPEZ, MAYRA ESTULINA LÓPEZ FLORES,

7   BLANCA JULIA LOPEZ PICADO, JUANA MARTHA VASQUEZ, ANTONIA MARIA AYALA

8   MORENO, MODESTA LUCRECIA CALERO PERALTA, ANTONIA ISABEL ALFARO RAMÍREZ,

9   EGDA MARIA CACERES REYES, LUCIA OTILIA ESPINALES CARRANZA, MARIA ELSA

11   CUADRA SILVA, MARIA CLEOFE CUADRA SILVA, ANA MARIA LUNA ARGUETA, NIEVES DE

12   JESÚS ALVAREZ RUIZ, ANA JULIA RODRÍGUEZ MENDOZA, ADILIA ULLOA GRILLO, MARIA

13   AUXILIADORA BERRIOS, MERCEDES DEL SOCORRO GAITAN VALLE, ROSA ADELA

   BLANCO PALMA, MARTHA DEL CARMEN CHAVARRIA GONZÁLEZ, JULIA ANTONIA

   PANIAGUA FLORES, GLORIA JUSTINA ACEVEDO PRADO, PETRONA DEL SOCORRO

   CANALES ALVAREZ, MAURA FRANCISCA CANO, Y CANDIDA TELLEZ GARCÍA, la suma de

16   UN MILLON DE DOLARES NETOS (US$1,000,000.00), en moneda de los Estados Unidos de América,

17   o su equivalente en córdobas. A CADA UNA DE ELLAS, en concepto de pago por daños específicos y

18   compensación por daños morales y punitivos; C) Al señor MARIANO DE JESÚS TORREZ ROMERO,

19   la suma de SETECIENTOS MIL DOLARES NETOS (US$700,000.00) en moneda de los Estados Unidos

20   de América, o su equivalente en córdobas, en concepto de pago por daños específicos y compensación por

21   daños morales y punitivos;  D) A los señores:  ORLANDO RODRÍGUEZ PINEDA, FRANCISCO

22   DIONISIO AGUIRRE, MATEO RODRÍGUEZ MÉNDEZ, FRANCISCO RAYMUNDO MOLINA,

23   PABLO ANTONIO MORALES, JULIO GUZMÁN, PEDRO ELIGIO MEZA CENTENO, FELIX

24   PICADO NEYRA, ROGELIO ROBERTO CASTILLO, MARIA ISABEL REYES, LIDIA MARIA

25   GUMERCINDA CARVAJAL, DOMINGA LUCIA CORDERO DIAZ, DIGNA EMERITA

26   GUADAMUZ LÓPEZ, MARIA ISABEL GONZÁLEZ NÚÑEZ, TOMASA DEL SOCORRO LUNA,

27   ANDREA MELANIA RODRÍGUEZ, YOLANDA MERCEDES ALEMÁN ESPINOZA, JUANA MARIA

28   ESCOTO LEZAMA, JUANA ANTONIA ALEMÁN, JUANA ANTONIA FLORES, VERÓNICA

   MARIA BETANCO, MARIA ELENA AGUILERA DAVILA, SONIA SOZA GALLEGO, CÁNDIDA

   ROSA REYES AGUILERA, CONCEPCIÓN SANTOS BRENES, MARIA ELENA SUAZO CANTY,

Ex. 11-B
287.



1
2  MARIA MUNGUIA PEREZ, MARIA MAGDALENA
3  MARTINEZ, LUISA AMANDA BALLADARES VARGAS,
4  NOEMI ERAZO BELTRAN, HERMINIA H. CASTELLON
5  HERNANDEZ, GLORIA MARIA GARCIA GARCIA, JULIA MERCEDES ALEMAN SARRIA, ANA
6  LIZ ANTONIA CENTENO, MARIA TERESA RODRIGUEZ, JULIA BERTA BAQUEDANO
7  AGUERRA, CARMEN MARIA MELENDEZ, IGNA IDOLINA ORELLANA VELASQUEZ,
8  MARTINA LAGUNA MEZA, MARIA ADILIA ZÚNIGA, MARCELINA LÓPEZ RAMÍREZ, JUANA
9  DEL CARMEN DIAZ CALERO, VIRGINIA MENDOZA, SILVIA ELENA CANDIA SANTOS,
10 ERMILIA DE LAS NIEVES PICHARDO, MARÍA TALMA RODRÍGUEZ, EVA LUZ
11 CALERO PERALTA, FRANCISCA ESPERANZA MENDOZA, AURORA RIVERA GARCÍA,
12 LILIAM ANTONIA ZÚNIGA, MARÍA MERCEDES CARRAZCO, NINANTHA, MARÍA DE LA
13 CRUZ MARTÍNEZ, GERTRUDIS ALBA MARGARITA OJEDA ROMERO, JOSEFA MARÍA
14 GUTIERREZ, IRIS MARTHA ROQUE ALVAREZ, ANA MARÍA HERRERA CORDERO, MARÍA
15 DE LA CONCEPCION ACEVEDO GARCIA, MARIA DE LOS ANGELES HERNANDEZ, MARIA DE
16 JESUS RIVERA RODRIGUEZ, AURELIA FUNEZ ALEMAN, ANGELA DEL
17 CARMEN LÓPEZ CASTRO, IGNACIA MEZA MIRANDA, RODRÍGUEZ, IMELDA
18 ZAMORA LÓPEZ, LISTA CASTILLO SÁNCHEZ, MARÍA DEL ... REINA ISABEL
19 MEZA CASTELLÓN, ... BAQUEDANO, LUISA ANTONIA MARTÍNEZ LUNA,
20 NIMIA ESPERANZA RIVAS, JUANA FRANCISCA HERNÁNDEZ HURTADO, GUADALUPE
21 SENDRA SANTOS, MARIA DIAZ JUAN, MARIA MAGDALENA TREJOS RIVERA,
22 MARÍA LUISA MELÉNDEZ, ... MEZA, ISABEL CRISTINA RODRÍGUEZ TORREZ,
23 JEANINE ESQUIVEL, GLORIA ... LÓPEZ, SONIA DEL CARMEN
24 CENTENO ROJAS, ESMERALDA ACUÑA VEGA, VILMA SONIA FLORES ROMERO, EDA
25 ISMELDA MORENO ACUÑA, TOMASA ISABEL CASTELLON MENDOZA, IGNACIA ROSTRAN
26 TOVAL, GABRIELA DEL CARMEN SILVA CHAVARRIA, PETRONA EMELINA SALAZAR, EDA
27 DOLORES RODRÍGUEZ, MARIA DEL SOCORRO SOLANO, GUADALUPE PASOS, MARIA DEL
28 CARMEN GARCÍA ESPINOZA, LAURA RAMONA CHAVARRIA ESPINOZA, PETRONA
29 ZACARIAS PEREZ ACUÑA, RAMONA DEL CARMEN GARCÍA PERALTA, MARIA DEL
30 CARMEN MARTINEZ PILARTE, APOLONIA SABINA CHEVEZ, JUANA FRANCISCA PINEDA
   ORDÓÑEZ, PETRONA DEL SOCORRO MUNGUIA Y ALBA NUBIA SUAZO BENAVIDES, la mera

Ex. 11-B

288.

19.

de QUINIENTOS MIL DOLARES NETOS (US$500,000.00), en moneda de los Estados Unidos de

América, o su equivalente en córdobas. A CADA UNO DE ELLOS, en concepto de pago por daños

específicos y compensación por daños morales y punitivos; E) A las señoras: MARIA ALICIA

CACERES GRANADO, SAHARA DE LOS ANGELES ORDÓÑEZ M. MARITZA BEATRIZ

CACERES GRANADO, JOSEFA MARIA CASTILLO SEQUEIRA, OLIVIA DEL CARMEN SOZA

MARIA ANTONIA FLORES, ALICIA ANDINO GARCIA, SABINA CRISTINA MEDINA, JUANA

OLIVIA SALMERON, FRANCISCA DE LOS ANGELES PINEDA, ROSA AMANDA GARCIA

JIRON, PAULA MARINA SANTOS DIAZ, PETRONA DE LOS ANGELES TORREZ VALDEZ

DORA DEL SOCORRO QUEZADA TORREZ, GERTRUDIS CHAVEZ TORREZ, MARTA ISABEL

DOMINGUEZ LÓPEZ, JULIA ELENA ZAVALA CASTRO, MAYRA DEL SOCORRO CARRILLO

RAMÍREZ, MARIA DE LOS SANTOS MUNGUIA PINEDA, MARIA ISABEL MONTENEGRO

BERMÚDEZ, JUANA BAUTISTA ANDRADE, GLORIA ESPERANZA MONTES MOJICA,

VIRGINIA ESPERANZA LIRA CHAVEZ, JUANA MARIA COREA PEREZ, ROSARIO MARTINEZ

PERALTA, MERGEDES URBINA, CANDIDA ROSA PEREZ ROMERO, LUCIA LUCRECIA CASCO

GONZALEZ, JUANA FRANCISCA LÓPEZ CAMPOS, FLOR DE MARIA MENDOZA SOLANO,

MARALINA CELESTINA ESCALANTE QUINTERO, ZOILA CORTEZ VARGAS, ALEJANDRINA

GARCIA LÓPEZ, ROSALINA MORALES GOMEZ, DINORA MENDEZ MENDOZA, TOMASA

HERNANDEZ, LUCIA JULIANA FIGUEROA GARCIA, ROSA ARGENTINA LÓPEZ CORTEZ,

MARIA AUXILIADORA GÓMEZ MORALES, JULIA LIDIA CATIN, EMELINA RIOS CASTILLO

DIONICIA VERÓNICA PAZ, MARIA MARTÍNEZ NORORI, MARTHA ANDREA NÚÑEZ

MENDOZA, JUANA FRANCISCA GONZALEZ MENDOZA, ADRIANA PAULINA URBINA, FLOR

DE MARIA RIVAS, ANA JULIA URBINA POVEDA, FRANCISCA TEODORA NÚÑEZ, MARIA

JOSÉ BONILLA CRUZ, MARIA DE LA CONCEPCIÓN CHAVÉZ TORREZ, FRANCISCA CENTENO

ZAPATA, JUANA CATALINA CHAVEZ TORREZ, JUANA PASTORA CANO, MARLINK MIRIAM

ORTIZ, LINA ISABEL RIVERA RUIZ, PAULA MARIA MENDOZA BENAVIDES, MARTHA

ARCADIA CALIZ ESPINOZA, PETRONA SILVA FLORES, GLORIA ESPERANZA MONDRAGÓN,

JUANA BERTILDA LÓPEZ ROMERO, MARLYNG EUFEMIA CASTILLO JIRÓN, DORIS

MARICELA RIOS, MARIA ELENA MUNGUIA, GUILLERMINA ELOISA RUZ, MARIA

DUARDA SÁNCHEZ, MARIA HILARIA MEDINA GRILLOS, SANTOS APOLONIA ESPINOZA H,

AZUCENA DEL SOCORRO GUTIÉRREZ CRUZ, ANA CRISTINA SANDOVAL CASTILLO



1  AUXILIADORA OLIVARES LEYTON, MARTHA

2  VALENTINA LÓPEZ BETANCO, PAULA PAZ

3  MONCADA, MARIA INES RODRÍGUEZ QUINTERO,

4  ANA MARIA VILLALTA MENDEZ, PELAGIA ARGENTINA PERALTA SOMARRIBA, LEONOR

5  PONCE MENA, JUANA FRANCISCA LAGUNA, MARIA DE LA CONCEPCIÓN LUNA CARDOZA

6  E IGNACIA DEL SOCORRO RODRÍGUEZ MIRANDA, la suma de UN MILLON DE DOLARES

7  NETOS (US$1,000,000.00), en moneda de los Estados Unidos de América, o su equivalente en córdobas,

8  A CADA UNA DE ELLAS, en concepto de pago por daños específicos y compensación por daños

9  morales y punitivos: F. A las señoras: ROSA LILLIAM CRISTINA LÓPEZ, MARIANA DEL

10  SOCORRO RODRÍGUEZ BACA, IRENE ALMIRON MARTINEZ, PETRONILA NARVÁEZ H.,

11  JOSEFA DE JESÚS MENDOZA GOMEZ, LILIAM ZAMORA CALERO, LEONOR DEL CARMEN

12  PINEDA, ERNESTINA HERRERA CANALES CAMPO, ANA JACOBA MARTINEZ, PAULA

13  VICTORIA LARIOS, MAGDALENA VALLECILLO PINEDA, AMALIA DEL CARMEN MALTEZ

14  ALMENDAREZ, BEATRIZ MONTIEL, MARIA LUISA LEYVA TERCERO, MARIA CRISTINA

15  CALERO, CANDIDA ALBA DEL SOCORRO, IRION ROMERO, MARIA LUISA ORELLANA

16  VELÁSQUEZ, TRINIDAD DE LOURDES REYES ALVENDAÑO, MIRIAM DEL ROSARIO BERRIOS,

17  MARIA ELSA ROMERO, ELOIDA NEYRA SÁNCHEZ, DARIA SALOME MEDINA, PABLA

18  PETRONA ESCALON CANDIDA, ROSA MONCADA QUIROZ, JUANA VILMA MENDOZA

19  MAIRENA, VALENTINA OSORIO CARRASCO, ROSA MARIA MENDOZA, MERCEDES

20  NATALIA ORTEGA RODRÍGUEZ, LUISA MATILDE VALLE PANIAGUA, JULIA BERTHA

21  VELÁSQUEZ ABELARES, FRANCISCA ANTONIA UCEDA, CARVAJAL, MARTHA ISABEL

22  GONZALEZ MENDOZA, GUADALUPE ALTAGRACIA DEL SOCORRO SOLIS

23  NAVAS, MAGDALENA ANTONIA BLANCA GERTRUDIS A. SUAREZ, ISIDRA DE LA

24  ASUNCIÓN RAMOS PADILLA, MARIA VICTORIA DUARTE CASCO, MARIA DE LOS ANGELES

25  HERNÁNDEZ LARIOS, CELSA DE JESÚS BAUTISTA MAYA, MARIA DE LOS ANGELES

26  ORTEGA, BERNARDA BETANCO RAMOS, MARIA ELSA MARTINEZ ALBARENGA, MARIA

27  FRANCISCA RODRÍGUEZ, NIDIA DEL SOCORRO JIMÉNEZ SÁNCHEZ, MARIA DEL CARMEN

28  SILVA CENTENO, MARGARITA DE LA CONCEPCIÓN MARTINEZ, ISIDRA ALÉYDA

29  MARTINEZ, ROSAURA MARTINA PÉREZ, MARIA DEL SOCORRO CANDA GUTIÉRREZ, ANA

30  JULIA RAMOS PADILLA, ANGELA RODRÍGUEZ, SANTOS MELANIA RIVERA MUNGUIA,

Ex. 11-1
290.



DOMINGA LIDIA DÍAZ CABALLERO, MARÍA DOLORES MARAVILLA, EPIFANIA DE LOS SANTOS RUIZ CENTENO, HAYDEE EDUVIGES GÓMEZ GUTIÉRREZ, MIGDALIA GERTRUDIS ROMERO, LILIAM DEL SOCORRO ARAUZ COREA, GLORIA JUSTINA ACEVEDO PRADO, SILVIA CONCEPCIÓN ROMERO, AYALA, OFELIA AGUIRRE, VILMA TÉLLEZ GARCÍA, GLADYS TÉLLEZ GARCÍA, NOELIA TÉLLEZ GARCÍA, MIRIAM DEL TRANSITO RIOS ARRIAZA, MARÍA EUFEMIA CARMONA NÚÑEZ, JULIA MARIA AYALA ORTIZ, JULIANA VALLECILLO LÓPEZ, RAMONA FRANCISCA SILVA, SOFIA ESPERANZA GARCIA, MARIANA DE LOS ANGELES GARCIA, MARIA ELENA MALTA, LIDIA ESPERANZA CHAVARRIA GONZALEZ, JUANA FRANCISCA SALAZAR, PETRONILA JIRON CASTELLON, JUANA CASTILLO ORTEGA, MARIA DE JESÚS FLORES, GLORIA ZOYLA TOVAL Y FLORENTINA MARADIAGA RODRÍGUEZ, la suma de UN MILLON DE DOLARES NETOS (US$1,000,000.00), en moneda de los Estados Unidos de América, o su equivalente en córdobas, A CADA UNA DE ELLAS, en concepto de pago por daños específicos y compensación por daños morales y punitivos. E) EUGENIO NARVÁEZ MONTES, FEDERICO PÉREZ ALTAMIRANO, SANTOS RAFAEL MAYORGA CLAUDIO CASTILLO TRUJILLO, MIGUEL RAFAEL CERNA RUEDA, EDUARDO JOSÉ ESTÉVEZ AGUIRRE, MARIANO CASTAÑO SALMERON, EMILIO MALDONADO MERLO, Y PABLO FLORES ESPINOZA, la suma de NOVECIENTOS MIL DOLARES NETOS (US$900,000.00), en moneda de los Estados Unidos de América, o su equivalente en córdobas, A CADA UNO DE ELLOS, en concepto de pago por daños específicos y compensación por daños morales y punitivos. H) A los señores: IVÁN HIPÓLITO NAVARRO URROZ, JOSÉ SANTOS VILLALOBOS VILLALOBOS, FREDDY VICTORINO CACERES FLORES, LUIS MANUEL FIALLOS MENDOZA, CARLOS JOSÉ MENDOZA, MACARIO TORREZ GONZALEZ, RICARDO RAFAEL ESTRADA ORTIZ, JOSÉ ISABEL ALVENDA Y PEDRO PABLO CASTELLON GONZALEZ, la suma de SEISCIENTOS MIL DOLARES NETOS (US$ 600,000.00), en moneda de los Estados Unidos de América, o su equivalente en córdobas, A CADA UNO DE ELLOS, en concepto de pago por daños específicos y compensación por daños morales y punitivos; I) A los señores: ERNESTO JUSTINO GUTIERREZ, BLADIMIR CECILIO SALAZAR, PEDRO JOSE LOPEZ, SILVIO JOSE MEJIA, MANUEL DE JESUS GAITAN LOPEZ, JULIO ROBERTO BLANDON ESTRADA, JERONIMO VALLECILLO HERRERA, JUAN PABLO MENESES HERNANDEZ, Y ANGEL AUGUSTO ALVAREZ IBARRA, la suma de SETECIENTOS MIL DOLARES NETOS (US$ 700,000.00), en moneda de los Estados Unidos de América, o su



equivalente en córdobas; A CADA UNO DE ELLOS, en concepto de pago por daños específicos y compensación por daños morales y punitivos; J) A los señores: RAMON URBINA ELDA ENRIQUE LANZAS MINGUIA, JULIO ALBERTO CENTENO ORDOÑEZ, AMADO DE JESUS RIOS CACERES, JUAN FRANCISCO PINEDA PALMA, EMILIO MARTIN JAIME MERLO, PABLO FLORES ESPINOZA, JOSE ISIDRO GARCIA CASTELLON, CANDELARIA GENOR MEDINA JUAREZ, FRANCISCO RAMOS VANEGA, MARIANO DE JESUS GARCIA Y PEDRO CELESTINO RAMIREZ OPORTA, la suma de NOVECIENTOS MIL DOLARES NETOS (US$ 900,000.00) en moneda de los estados Unidos de América, o su equivalente en córdobas; A CADA UNO DE ELLOS, en concepto de pago por daños específicos y compensación por daños morales y punitivos; K) A las señoras: EVA LUZ TORREZ MEDINA, MARIA AUXILIADORA ROMERO HUETE, VICENTE MARIA DEL ROSARIO REYES, MARIA LOURDES GUEVARA NAVARRO, MARIA DE LOS ANGELES DIAZ MARTINEZ, MARIA ESPERANZA CASTELLON MENDOZA, MARIA AUXILIADORA CALERO PERALTA, GUILLERMINA BERTILDA CARRAZCO NUÑEZ, NORMA RAMONA CASTRO NUÑEZ, ISABEL CASTRO RIVERA, PETRONA FRANCISCA PANIAGUA, MARIA ESTER MERCADA ESPINAL, IGNACIA DEL SOCORRO ... ESPINOZA, MARIA CRISTINA ALVIN MUNGUIA, JUANA DE LA C. CARRAZCO MORENO, MARIA VICENTA PASTORA ROTHSCHUH, MARIA ELSA REYES BALMACEDA, MARIA FRANCISCA HERNANDEZ, MARIA FELIX ORELLANO HERNANDEZ MARIA DE LA CRUZ HUEMBES NUÑEZ, MARTHA ADILIA SOZA GUADAMUZ Y IRENE BERTRAND, la suma de UN MILLON DE DOLARES NETOS (US$ 1,000,000.00), en moneda de los Estados Unidos de América, o su equivalente en córdobas, A CADA UNA DE ELLAS, en concepto de pago por daños específicos y compensación por daños morales y punitivos; L) A las señoras: MARIA ERNESTINA MARTINEZ CANO, CRISTINA DE LA CRUZ ROMERO, ARGENTINA DEL C. RODRIGUEZ QUINTERO, BERNARDA CHAVARRIA MORALES, JUANA FRANCISCA GAYTAN MARTINEZ, MARCIA JEANNETTE SUAZO MEDINA Y PETRONA VILMA CACERES GARCIA, la suma de UN MILLON CIEN MIL DOLARES NETOS (US$ 1,100,000.00), en moneda de los estados Unidos de América, o su equivalente en córdobas, A CADA UNA DE ELLAS; en concepto de pago por daños específicos y compensación por daños morales y punitivos; LL) A las señoras: EULALIA ESTER MAYORGA, MARIA ISABEL VEGA, JULIA ROSA CENTENO TORREZ, FELICITA CACERES

Ex. 11-B

292.

GARCIA, MARLING DE LOS ANGELES ARRIOLA E., MIRNA ANTONIA MARADIAGA Y

ROSARIO DE LOS ANGELES SALAZAR L, la suma de CUATRO MILLONES DE DOLARES NETOS

(US$ 4,000,000.00), en moneda de los Estados Unidos de América, o su equivalente en córdobas, A

CADA UNA DE ELLAS, en concepto de pago por daños específicos y compensación por daños morales y

punitivos;  M) A los señores:  GUSTAVO MIGUEL RODRIGUEZ BLANCO, DONALD ANTONIO

GUILLEN PICADO, JUAN OBANDO MARTINEZ GONZALEZ, ESTEBAN ROBERTO ROMERO

MARTINEZ, JOSE EUGENIO VIVAS ESPINO, JULIO ALBERTO CALVO ROJAS, CESAR

GUADALUPE MENDOZA GARCIA, GILBERTO ELEODORO POVEDA MARTINEZ, CARLOS

ALBERTO TENORIO RAUDEZ, DENIS ALFONSO CACERES GRANADO, RAMON ANDRES

HERRERA DEGRANDE, JOSE FRANCISCO CENTENO HERNÁNDEZ, CRISTÓBAL ACUÑA

BENAVIDES, JOSE ESTEBAN GONZALEZ, SEGUNDO ALBERTO ALVARADO, JOSE MANUEL

GOMEZ CERDA, RIGOBERTO ANTONIO CASTILLO RODRIGUEZ, FERNANDO ALTAMIRANO,

FRANCISCO VALERIO GOMEZ MENESES, RENE JOAQUIN MONTESINOS HERNÁNDEZ, JUAN

PABLO VAZQUEZ ALONSO, GUMERCINDO REYES ESPINOZA, MODESTO DE JESÚS VILLA

REYES, JORGE IVAN PEREZ Y JOSE FRANCISCO SÁNCHEZ, la suma de NOVECIENTOS MIL

DOLARES NETOS (US$ 900,000.00), en moneda de los Estados unidos de América o su equivalente en

córdobas, A CADA UNO DE ELLOS, en concepto de pago por daños específicos y compensación por

daños morales y punitivos;  N) A los señores: APOLONIO DANIEL PARRALES MORENO, MARCIAL

ANDRES OLIVAS, JUAN RAMON LOPEZ MENDEZ, JOSE RAMON ROJAS VEGA, JOSE

RODRIGUEZ MORALES, JOSE BENITO CHAVARRIA MEMBREÑO, MAURICIO JOSE GARCIA

VALDIVIA, ROBERTO JOSE ORTIZ MENDOZA, JOSE FRANCISCO BALDELOMAR, PEDRO

RAMON MONTOYA, MARIANO DE JESÚS PEREZ, FRANCISCO JERÓNIMO MOLINA, JOSE

ESTEBAN SALAZAR SILVA, JOSE DE LA ASUNCIÓN MARTINEZ, JOSE FRANCISCO

CASTILLO ZEPEDA, JOSE REYNALDO PINEDA, JOSE RAMON MEMBREÑO, JOSE DOLORES

CASTILLO GUERRERO, RODOLFO DE JESÚS LOPEZ GONZALEZ, RAUL FEDERICO

PANIAGUA, ROMAN EVENOR ESTRADA RIVERA, RAMON ANTONIO RODRIGUEZ, RODOLFO

CALIXTO RAMÍREZ Y JOSE EMILIO MARTINEZ RODRÍGUEZ, la suma de SETECIENTOS MIL

DOLARES NETOS (US$ 700,000.00), en moneda de los Estados unidos de América, o su equivalente en

córdobas, A CADA UNO DE ELLOS, en concepto de pago por daños específicos y compensación por

daños morales y punitivos;  O) A los señores: FAUSTO ZELAYA TABORA, MARCOS ANTONIO

Ex. 11-B
293.



1   ON BEHALF OF THE REPUBLIC OF NICARAGUA, I, *VIDA BENAVENTE PRIETO*, AN

2   ATTORNEY AND JUDGE OF THE THIRD CIVIL DISTRICT COURT FOR MANAGUA. *WHEREAS*

3   IN THE SPECIAL SUMMARY PROCEEDINGS WITH AWARD FOR DAMAGES AND INJURIES

4   FILED BY MRS.: SONIA EDUARDA FRANCO FRANCO AND OTHERS, AGAINST DOW

5   CHEMICAL COMPANY, SHELL CHEMICAL COMPANY, STANDARD FRUIT AND

6   VEGETABLES CO. INC., AND DOLE FOOD COMPANY INC. HAVE PRONOUNCED FINAL

7   JUDGEMENT WHICH STANDS FIRM IN ITS ENTIRETY AND LITERALLY STATES: THIRD

8   CIVIL DISTRICT COURT. Managua, On December eleven, two thousand two. At ten o'clock in the

9   morning. FINDING OF FACTS.- By briefs filed at two o'clock and twenty minutes in the afternoon on

10  August twenty four; at two o'clock and thirty minutes in the afternoon on August thirty one; at two o'clock

11  and thirty five minutes in the afternoon on August thirty one; at two o'clock and thirty five minutes in the

12  afternoon on September seven; at two o'clock and thirty minutes in the afternoon on September thirteen; at

13  two o'clock and thirty five minutes in the afternoon on September thirteen; at two o'clock and thirty five

    minutes in the afternoon on September twenty one; at two o'clock and twenty minutes in the afternoon on

    September twenty eight; and at two o'clock and twenty five minutes in the afternoon on September twenty

16  eight, by lawyer ANGEL SALVADOR ESPINOZA GUERRA, single, and domiciled in Granada and

17  BOANERGES ANTONIO OJEDA BACA, married, and domiciled herein, both of legal age and Attorneys

18  at law, with their capacity of Judicial Power of attorneys for: SONIA EDUARDA FRANCO FRANCO,

19  ANA MARIA PANIAGUA FRANCO, ANA MARIA ZAVALA IZQUIERDO, YADIRA MENDOZA,

20  JUANA MARIA POVEDA, SOFIA ESPERANZA HERNANDEZ, MATILDE LIDIA CHAVEZ

21  REYES, JUANA DE ARCO MAYORGA, PETRONA DEL TRANSITO COREA o FRANCISCA

22  ANTONIA ARTOLA, NUBIA DEL SOCORRO DIXON ALFARO, ZULLA ESTHER CRUZ CASTRO,

23  FLOR DE MARIA PALACIOS RUIZ, MELANIA DEL SOCORRO OSORTO N., LUIS DALIA

24  ALFARO RAMIREZ, SUSANA DEL CARMEN VANEGAS, ANA PASTORA MARTINEZ VEGA,

25  MELANIA DE JESUS MENDEZ, ISABEL RAMOS, CALIXTA TERESA MARENEZ, ESTHER

26  MATILDE PALMA, DOLORES GILMA URQUILLA VELASQUEZ, PETRONA DE LA

27  CONCEPCION DIAZ GONZALEZ, MARIA EUDELIA HERNANDEZ ROQUE, MARIA LOURDES

28  ROSTRAN MENDOZA, MARIA TERESA MORALES FAJARDO, ESTELA BOJJA AGUIRRE,

    NORMA LUISA MARTINEZ AYALA, MARTHA ISABEL TURCIO VARELA, AURELIA VICTORIA

    MONTENEGRO ESPINOZA, ADELINA ESPINOZA, ALMA NUBIA MARADIAGA AGUILERA,



SERIE "K"

1

2   PAULA ELVIRA CASTELLON, CANDIDA ROSA NÚÑEZ

3   PORTILLO, ARGENTINA NATALIA CABALLERO, THELMA

4   ZELMIRA FONSECA ARAUZ, FRANCISCA DEL SOCORRO
CENTENO, MARIA PRISCILA GONZALEZ MATUTE, JUAN PAULA SOZA MONTANO, ANA LUZ

5   ARTEAGA GUTIERREZ, MARIA GLORIA GARCIA ALFARO, JUANA FRANCISCA MUNGUIA

6   PARRALES, OTILIA VANEGAS NARVÁEZ, PETRONA VERÓNICA SEVILLA FLORES, ROSA

7   MARIA RIVERA, MARIA ELENA DIAZ PEÑALBA, MARIA VICTORIA ACEVEDO LOPEZ,

8   MAYRA ESPULINA LOPEZ FLORES, BLANCA JULIA LOPEZ PICADO, JUANA MARTHA

9   VASQUEZ ANTONIA MARIA ... TERESA LUCRECIA CALERO PERALTA,

10  ANTONIA ISABEL ALFARO RAMIREZ, POLLA MARIA CACERES REYES, LUCIA OTILIA

11  ESPINALES CABRERA, MARIA ELSA CUADRA SILVA, MARIA LOPEZ CUADRA SILVA,

12  ANA MARIA ... ARGUELLO, NIEVES DE JESUS ALVAREZ RUIZ, ANA JULIA RODRÍGUEZ

13  MENDOZA, ADELA ELIGIA SMEDO, MARIA AUXILIADORA BERRIOS, MERCEDES DEL

14  SOCORRO ... DE VALLE, ROSA ADELA BLANCO PALMA, MARTHA DEL CARMEN

15  CHAVARRIA ... ... ANTONIA PANIAGUA FLORES, GLORIA JUSTINA ACEVEDO

16  PRADO, PETRONA DEL SOCORRO CANALES ALVAREZ, MAURA FRANCISCA CANO

17  CANDIDA TELLEZ GARCIA, MARIANO DE JESUS PEREZ ROMERO, ORLANDO RODRÍGUEZ

18  PINEDA, FRANCISCO ROMERO AGUIRRE, MATEO RODRÍGUEZ MÉNDEZ, FRANCISCO

19  RAYMUNDO MATUS ... PABLO ANTONIO MORALES, JULIO GUZMÁN, PEDRO ELIGIO MEZA

20  CENTENO, FELIX ... ... ROGELIO ROBERTO CASTILLO, MARIA ISABEL REYES,

21  LIDIA MARIA GUMERCINDA ... DOMINGA LUCIA CORDERO DIAZ, DIGNA

22  EMERITA GUADAMUZ LOPEZ, MARIA ... ... NÚÑEZ, TOMASA DEL SOCORRO

23  LUNA, ANDREA MELANIA RODRÍGUEZ, YOLANDA MERCEDES ALEMAN ESPINOZA, ANA

24  MARIA ESCOBO LEZAMA, JUANA ANTONIA ALEMAN, JUANA ANTONIA FLORES,

25  VERÓNICA MARIA BETANCO, MARIA ELENA AGUILERA DAVILA, SONIA SOZA GALLEGO,

26  CANDIDA ROSA REYES AGUILERA, CONCEPCIÓN SANTOS BRENES, MARIA ELENA SUAZO,

27  ANA MARIA MUNGUIA PEREZ, MARIA MAGDALENA MARTINEZ, LUISA AMANDA

28  BALLADARES VARGAS, NOEMI ERAZO BELTRÁN, HERMINIA H. CASTELLON HERNÁNDEZ,

29  GLORIA MARIA GARCIA GARCIA, JULIA MERCEDES ALEMAN SARRIS, ANA LIZ ENRIQUEZ

30  CENTENO, MARIA THERESA RODRÍGUEZ, JULIA BERTA BAQUEDANO AGUILERA, CARMEN

Ex. 11-B
296.



1   MARIA MELÉNDEZ, IGNA IDOLINA ORELLANA VELÁSQUEZ, MARTINA LAGUNA MEZA,

2   MARÍA ADILIA ZÚNIGA, MARCELINA LÓPEZ RAMÍREZ, JUANA DEL CARMEN DIAZ

3   CALERO, VIRGINIA MENDOZA, SILVIA ELENA CANDIA SANTOS, ERMILIA DE LAS NIEVES

4   PANIAGUA, BERNARDA GLADYS PALMA RODRÍGUEZ, EVA LUZ CALERO PERALTA,

5   FRANCISCA ESPERANZA MEMBREÑO, AURORA RIVERA GARCIA, LILIAN ANTONIA

6   ESPINOZA, MARIA MERCEDES CARRAZCO MIRANDA, MARIA DE LA CRUZ MARTINEZ

7   RODRÍGUEZ, ALBA MARGARITA CERDA ROMERO, JOSEFA MARIA GUTIERREZ LEIA

8   MARTHA ROQUE ALVAREZ, ANA MARIA HERRERA CORDERO, MARIA DE LA CONCEPCIÓN

9   CACERES GARCIA, MARIA DE LOS ANGELES HERNANDEZ, MARIA DE JESUS REYES,

10  MARIA OLIVIA RODRÍGUEZ, AUDELIA FUNEZ ALEMAN, ANGELA DEL CARMEN

11  HERNÁNDEZ CASTRO, IGNACIA MARIA MIRANDA RODRÍGUEZ, ISMELDA ZAMORA

12  DOLMOS, LUCILA CASTILLO SÁNCHEZ, MARIA DILIA URBINA, REYNA ISABEL MEZA

13  CASTELLON, MARIA CELINA BAQUEDANO, LUISA ANTONIA MARTINEZ LUNA, NIMIA

14  ESPERANZA REYES, JUANA FRANCISCA HERNÁNDEZ HURTADO, GUADALUPE SENERA

15  SANTOS, THELMA MARIA DIAZ TRAÑAS, MARIA MARGARITA TREJOS RIVERA, MARIA

16  LUISA MELÉNDEZ, EVARISTA MEZA, ISABEL CRISTINA RODRÍGUEZ TORRES, JEANNINE

17  ESQUIVEL, GLORIA DEL SOCORRO ALVARADO LÓPEZ, SONIA DEL CARMEN CENTENO

18  ROJAS, ESMERALDA ACUÑA VEGA, VILMA SONIA FLORES ROMERO, EDA ISMELDA

19  MORENO ACUÑA, TOMASA ISABEL CASTELLON MENDOZA, IGNACIA ROSIBAN TOVAL

20  GABRIELA DEL CARMEN SILVA CHAVARRIA, PETRONA EVELINA SALAZAR, EDA

21  DOLORES RODRÍGUEZ, MARIA DEL SOCORRO SOLANO, GUADALUPE PASOS, MARIA DEL

22  CARMEN GARCIA ESPINOZA, LAURA RAMONA CHAVARRIA ESPINOZA, PETRONA

23  ZACARIAS PÉREZ ACUÑA, RAMONA DEL CARMEN GARCIA PERALTA, MARIA DEL

24  CARMEN MARTINEZ PILARTE, APOLONIA SABINA CHEVEZ, JUANA FRANCISCA PINEDA

25  ORDÓÑEZ, PETRONA DEL SOCORRO MUNGUÍA, ALBA NUBIA SUAZO BENAVIDES, LIDIA

26  ALICIA CACERES GRANADO, SAHARA DE LOS ANGELES ORDÓÑEZ M., MARITZA BEATRIZ

27  CACERES GRANADO, JOSEFA MARIA CASTILLO SEQUEIRA, OLIVIA DEL CARMEN SOZA,

28  MARIA ANTONIA FLORES, ALICIA ANDINO GARCIA, MARIA ISABEL DOMINGUEZ LÓPEZ,

29  JULIA ELENA ZAVALA GASTRO, MAYRA DEL SOCORRO CARRILLO RAMÍREZ, MARIA DE

30  LOS SANTOS MUNGUIA PINEDA, MARIA ISABEL MONTENEGRO BENAVIDES, GILDA

Ex. 11-B
297.



BAUTISTA ANDRADE, GLORIA ESPERANZA MONTES

MOJICA, SABINA CRISTINA MEDINA, JUANA OLIVIA

SAEMERON, FRANCISCA DE LOS ANGELES PINEDA, ROSA

AMELIA GARCIA JIRON, PAULA MARINA SANTOS DIAZ, PETRONA DE LOS ANGELES

TORREZ MALDEZ, DORA DEL SOCORRO QUEZADA TORREZ, GERTRUDIS CHAVEZ TORREZ

VIRGENIA ESPERANZA LIRA CHAVEZ, JUANA MARIA COREA PEREZ, ROSARIO MARTINEZ

PERALTA, MERCEDES URBINA, CANDIDA ROSA PEREZ ROMERO, LUCIA LUCRECIA CASCO

GONZALEZ, JUANA FRANCISCA LOPEZ CAMPOS, FLOR DE MARIA MENDOZA SOLANO,

MARJLINA CELESTINA ESCOTO, PERLA ORTIZ, ADA CORTEZ VARGAS, ALEJANDRINA

GARCIA LOPEZ, ROSIBINA MORALES GOMEZ, DEBORA JENNIA MENDOZA, TOMASA

HERNANDEZ, LUCILA JULIANA FIGUEROA GARCIA, ROSA ARGENTINA LOPEZ CORTEZ

MARIA AUXILIADORA GOMEZ MORALES, JULIA LIDIA CATIN, EMELINA RIOS CASTILLO

DIONICIA VERONICA PAZ, MARIA MARTINEZ NORORE, MARTHA ANDREA NUÑEZ

MENDOZA, JUANA FRANCISCA GONZALES MENDOZA, ADRIANA PAULINA URBINA, FLOR

DE MARIA DIAZ, ANA JULI URBINA POVEDA, FRANCISCA TEODORA NUÑEZ, MARIA

JOSE BONT GUTIERREZ, MARIA DE LA CONCEPCION CHAVEZ TORREZ, FRANCISCA CENTENO

ZAPATA, JUANA CATALINA CHAVEZ TORREZ, JUANA PASTORA GAGO, MARIANA MIRIAM

ORTIZ, LINA SUAREZ JUAREZ RUIZ, PAULA MARIA MENDOZA BENAVIDES, MARTHA

ARCADIA CALIX ESPINOZA, PETRONA SILVA FLORES, GLORIA ESPERANZA MONDRAGÓN,

JUANA BERTILDA LOPEZ, ROMELIA MARTINEZ, EUFEMIA CASTILLO JIRON, DORIS

MARICELA RIOS, MARIA RENE MENGUIA, GUILLERMINA ELOISA RUIZ, MARIA

EDUARDA SÁNCHEZ, MARIA HILDA DIAZ, SANTOS APOLONIA ESPINOZA H.,

AZUCENA DEL SOCORRO GUTIERREZ CRUZ, ANA CRISTINA SANDOVAL CASTILLO,

AUXILIADORA OLIVARES LEYTON, MARTHA VALENTINA LOPEZ BETANCO, PAULA PAZ

MONCADA, MARIA INES RODRÍGUEZ QUINTERO, ANA MARIA VILLALTA MENDEZ,

PELAGIA ARGENTINA PERALTA SOMARRIBA, LEONOR PONCE MEJIA, JUANA FRANCISCA

LAGUNA, MARIA DE LA CONCEPCIÓN LUNA CARDOZA, IGNACIA DEL SOCORRO

RODRÍGUEZ MIRANDA, FRANCISCA CELESTINA LOPEZ, MARIANA DEL SOCORRO

RODRIGUEZ, LETICIA IRENE SALMERON MARTINEZ, PETRONILA NARVAEZ H., JOSEFA DE

JESUS ESPINOZA GOMEZ, LILIAM ZAMORA CALERO, LEONOR DEL CARMEN PINEDA,



ERNESTINA ISIDORA CANALES CAMPO, ANA JACOBA MARTINEZ, PAULA VICTORIA

2  VALLEJOS, MAGDALENA VALLECILLO PINEDA, AMALIA DEL CARMEN MALTEZ

3  ALMENDARES, CANDIDA MONTIEL, MARIA LUISA LEYBA JARQUIN, MARIA CRISTINA

4  CALERO SALGADO, AURA DEL SOCORRO JIRON ROMERO, MARIO LUISA ORELLANA

5  VELÁSQUEZ, TRINIDAD DE LOS A. REYES ALVENDA, MIRIAM DEL ROSARIO BERRIOS,

6  MARIA ELSA JIRON ROMERO, ELOIDA NEYRA SÁNCHEZ, MARIA SALOME MEDINA, PABLA

7  PETRONA ESTRADA, CANDIDA ROSA MONCADA QUIROZ, JUANA VILMA MENDOZA

8  MAIRENA, VALENTINA OSORTO CARRASCO, ROSA MARIA MENDOZA, MERCEDES

9  NATALIA ORTEGA RODRÍGUEZ, LUISA MATILDE VALLE PANIAGUA, JULIA BERTHA

10  VELÁSQUEZ ABELARES, FRANCISCA ANTONIA UCEDA CARVAJAL, MARTHA ISABEL

11  GONZALEZ MENDOZA, GUADALUPE MORAN DIAZ, ALTAGRACIA DEL SOCORRO SOLIZ

12  NAVAS, MAGDALENA ANTONIA BLANCA, GERTRUDIS A. SUAREZ, ISIDRA DE LA

13  ASUNCIÓN RAMOS PADILLA, MARIA VICTORIA DUARTE CASCO, MARÍA DE LOS ANGELES

HERNÁNDEZ LARIOS, CELSA DE JESÚS BAUTISTA MAYA, MARIA DE LOS ANGELES

ORTEGA, BERNARDA BETANCO RAMOS, MARIA ELSA MARTINEZ, ALBAHNGA, MARIA

16  FRANCISCA RODRÍGUEZ, NIDIA DEL SOCORRO JIMÉNEZ SÁNCHEZ, MARIA DEL CARMEN

17  SILVA CENTENO, MARGARITA DE LA CONCEPCIÓN MARTINEZ, ISIDRA ALENDA

18  MARTINEZ, ROSAURA MARTINA PEREZ, MARIA DEL SOCORRO CANDA GUTIERREZ, ANA

19  JULIA RAMOS PADILLA, ANGELA RODRÍGUEZ, SANTOS MELANIA RIVERA MUNGUIA,

20  DOMINGA LIDIA DIAZ CABALLERO, MARIA DOLORES MARAVILLA, EPIFANIA DE LOS

21  SANTOS RUIZ CENTENO, HAYDEE EDUVIGES GOMEZ GUTIERREZ, MAGDALENA GERTRUDIS

22  ROMERO, LILIAM DEL SOCORRO ARAUZ COREA, GLORIA JUSTINA ACEVEDO PRADO,

23  SILVIA CONCEPCIÓN ROMERO AYALA, OFELIA AGUIRRE, VILMA TÉLLEZ GARCIA,

24  GLADYS TÉLLEZ GARCIA, NOELIA TÉLLEZ GARCIA, MIRIAM DEL TRANSITO DIOS

25  ARRIAZA, MARIA EUFEMIA CARMONA NÚÑEZ, JULIA MARIA AYALA SAEZ, JULIANA

26  VALLECILLA LOPEZ, RAMONA FRANCISCA SILVA, SOFIA ESPERANZA GARCIA, MARIANA

27  DE LOS ANGELES GARCIA, MARIA ELENA MALTA, LIDIA ESPERANZA CHAVARRIA

28  GONZALEZ, JUANA FRANCISCA SALAZAR, PETRONILA JIRON CASTELLON, JUANA

CASTILLO ORTEGA, MARIA DE JESÚS FLORES, GLORIA ZOYLA TOVAL, FLORENTINA

30  MARADIAGA RODRÍGUEZ, EUGENIO NARVAEZ MONTES, FEDERICO PEREZ ALTAMIRANO,

Ex. 11-B
299.



1  SANTOS RAFAEL MAYORGA, CLAUDIO CASTILLO

2  TRUJILLO, MIGUEL RAFAEL CERNA RUEDA,

3  EDUARDO JOSE ESTÉVEZ AGUIRRE, MARIANO

4  CASTAÑO SALVATERON, EMILIO MALDONADO MERLO, PABLO FLORES ESPINOZA, IVAN

5  HIPOLITO NAVARRO URROZ, JOSE SANTOS VILLALOBOS VILLALOBOS, FREDDY

6  VICTORINO CACERES FLORES, LUIS MANUEL FIALLOS MENDOZA, CARLOS JOSE

7  MENDOZA, MACARIO TORREZ GONZALEZ, RICARDO RAFAEL ESTRADA ORTIZ, JOSE

8  ISABEL ALMENDA, PEDRO PABLO CASTELLON GONZALEZ, ERNESTO JUSTINO

9  GUERRERO, BLADIMIR CRUZ SALAZAR, JUAN ULLOA, ELOY ENRIQUE LANZAS

10  MUNGUIA, JULIO ALBERTO GUTIERREZ, AMADO DE LOS RIOS CACERES, PEDRO

11  JOSE LOPEZ SEVILLA, JOSE VILLA, MANUEL DE JESUS GAITAN LOPEZ, JULIO ROBERTO

12  BLANDON, FREDDY VALLECILLO, HERRERA, JUAN PABLO MENESES

13  HERNANDEZ, MARTIN TERCERO ALVAREZ IBARRA, JUAN FRANCISCO PINEDA PALMA,

14  EMILIO MALDONADO MERLO, PABLO FLORES ESPINOZA, JOSE ISIDRO GARCIA

15  CASTELLON, BALDELARIO ASENOR MEDINA JUAREZ, FRANCISCO RAFAEL VANEGAS

16  MARIANO DE JESUS GARCIA, PEDRO SANCHEZ NUÑEZ, OPORTA, EVA LUZ TORREZ

17  MEDINA, ALEXANDER ROMERO BUSTAMANTE, MERLIN DEL ROSARIO REYES,

18  MARIA ERENIA DIAZ CANO, CRISTINA DEL CARMEN ROMERO, ARGENTINA DEL C.

19  RODRIGUEZ CENTENO, BERNARDA CHAVARRIA MORALES, JUANA FRANCISCA GAYTAN

20  MARTINEZ, MARCILE JANETTE SUAZO MEDINA, MARIA LOURDES GUEVARA NAVARRO,

21  MARIA DE LOS ANGELES DIAZ MARTINEZ, MARIA ESTEFANA CASTELLON MENDOZA,

22  MARIA AUXILIADORA CALERO, FIALLOS, CRUZ PRIMA BERTILDA CARRAZCO NUÑEZ,

23  NORMA RAMONA CASTRO NUÑEZ, ISABEL CASTRO RIVERA, PETRONA FRANCISCA

24  PANIAGUA, MARIA ESTELA MONCADO ESPINALES, EULALIA ESTHER MAYORGA,

25  IGNACIA DEL SOCORRO ARAUZ ESPINOZA, MARIA CRISTINA ALVIN MUNGUIA, JUANA DE

26  LA C. CARRAZCO MORALES, CANDIDA VICENTA PASOS AGUILERA, MARIA ELSA REYES

27  BALMACEDA, MARIA ISABEL VEGA, JULIA ROSA CENTENO TORREZ, FELICITA CACERES

28  GARCIA, JUANA FRANCISCA HERNÁNDEZ, MARIA FELIX CAMPOS HERNÁNDEZ, MARIA

29  DE LA CRUZ HERRERA NUÑEZ, MARTHA ADILIA SOTO GUADAMUZ, MARLING DE LOS

30  ANGELES ARRIOLA E., MIRNA ANTONIA MARADIAGA, ROSARIO DE LOS ANGELES

JOSE "K"

Ex. 11-B
500.



1  SALAZAR, LPETRONA VILMA CACERES GARCIA , IRENE BERTRAND, RODRIGO

2  ALEJANDRO FUENTES GONZALEZ MANUEL EDILBERTO MEDINA POZO, MANUEL DE

3  JESÚS DELGADILLO A., JORGE DOMINGO BENACIDEZ ARRIAZA, GERARDO ELIAS PADILLA

4  MORENO, FAUSTO ZELAYA TABORA, MARCOS ANTONO CACERES MARTINEZ, JUAN

5  RAMON LOPEZ BENAVIDES, ELEODORO PAZ, JOSE FREDDY AGUILERA ESPINOZA JOSE

6  DOLORES ROMERO, SANTIAGO CRISTÓBAL MUNGUIA ZAVALA, GUSTAVO MIGUEL

7  RODRIGUEZ BLANCO, DONALD ANTONIO GUILLEN PICADO, JUAN OBANDO MARTINEZ

8  GONZALEZ, ESTEBAN ROBERTO ROMERO MARTINEZ, JOSE EUGENIO NIVAS ESPINO,

9  JULIO ALBERTO CALVO ROJAS, , CESAR GUADALUPE MENDOZA GARCIA GILBERTO

10  ELEODORO POVEDA URBINA, CARLOS ALBERTO TENORIO GAUNA DENIS ALFONSO

11  CACERES GRANADO, RAMON ANDRES HERRERA DEGRANDE JOSE FRANCISCO CENTENO

12  HERNÁNDEZ, CRISTÓBAL ACUÑA BENAVIDES, JOSE ESTEBAN GONZALEZ, SEGUNDO

13  ALBERTO ALVARADO, JOSE MANUEL GOMEZ CERDA, ROGOBERTO ANTONIO CASTILLO

   RODRÍGUEZ, FRANCICO ALTAMIRANO, FRANCISCO VALERIO GOMEZ MENESES, RENE

   JOAQUIN MONTESINOS HERNÁNDEZ, JUAN PABLO VAZQUEZ ALONSO GUMERCINDO

16  RERYES ESPINOZA, MODESTO DE JESÚS VIDEA REYES, APOLONIO DANIEL FARRALES,

17  MORENO, MARCIAL ANDRES OLIVAS, JUAN RAMON LOPEZ MENDEZ, JOSE RAMON ROJAS

18  VEGA, JOSE RODRÍGUEZ MORALES, JOSE BENITO CHAVARRIA MEMBREÑO, MAURICIO

19  GARCIA VALDIVIA, DANIEL ROJAS CARVAJAL , SANTOS ADOLFO RIOS GARCIA JOSE

20  FRANCISCO SÁNCHEZ, JORGE IVAN PEREZ ROBERTO JOSE ORTIZ MENDOZA, JOSE

21  FRANCISCO BALDELOMAR, PEDRO RAMON MONTOYA, MARIANO DE JESÚS PEREZ

22  ESTEBAN SALAZAR SILVA, JOSE DE LA ASUNCIÓN MARTINEZ JOSE FRANCISCO

23  CASTILLO ZEPEDA, JOSE REYNALDO PINEDA JOSE RAMON MEMBREÑO, JOSE

24  DOLORES CASTILLO GUERRERO, RODOLFO DE JESÚS LOPEZ GONZALEZ , RAUL

25  FEDERICO PANIAGUA, ROMAN EVENOR ESTRADA RIVERA, RAMON ANTONIO

26  RODRÍGUEZ, RODOLFO CALIXTO RAMÍREZ, JOSE EMILIO MARTINEZ RODRÍGUEZ, who

27  appeared and stated in each of the complaints: That their clients were exposed to the chemical product

28  named DIBROMOCHLOROPROPANE abbreviated as (DBCP) and commercialized under the name of

   NEMAGON and FUMAZONE. That such exposure caused physical and psychological damages to their

   clients and families, which have been detailed in the corresponding complaints and therefore were moved in



1  this court for a summary judgment rendered through special

2  proceedings in accordance with law No: 364 to request payment for

3  actual and punitive damages, from defendants and legal

4  representative of DOW CHEMICAL CO. also known as DOW AGRO SCIENCES, SHELL CHEMICAL

5  COMPANY, OCCIDENTAL CHEMICAL CORPORATION; STANDARD FRUIT AND VEGETABLES

6  CO. INC.  DOLE FOOD COMPANY INC; CHIQUITA BRANDS INTERNATIONAL INC. DEL

7  MONTE TROPICAL FRUIT, also known as DEL MONTE FOODS, to pay plaintiffs the amounts in US

8  Dollars, or its equivalent in Cordobas, duly detailed in each one of the complaints filed, in concept of

9  payment for compensation for actual damages and moral or punitive damages. To guarantee payment of the

10  outcome of the trial. The two companies must deposit with the Court, pursuant to Article 4 of Law

11  364, the sum of ONE HUNDRED THOUSAND UNITED STATES DOLLARS or its equivalent in legal

12  currency for each labor suit filed, which was given to each one of the legal representatives for

13  plaintiffs for each suit filed, and the defendants were summoned to appear before this court

14  and answer the complaints in the period established by the law, requesting them to deposit the sum of ONE

15  HUNDRED THOUSANDS US dollars for each of the labor suit filed as a condition to be part and be able to

16  have legal standing in the same.  MS. VIRGILI NICOLASA BALLESTEROS CASTILLO, of legal age,

17  married, housewife, domiciled herein, with a maestria Master in Foreign Language Education, was

18  appointed as translator, who accepted the position became in charge of it and proceeded to

19  translate the mentioned documents, in order that the defendant be notified via diplomatic channels, since

20  the defendants are domiciled in the US of America. A Letters Rogatory was sent to the Supreme Court of

21  Justice for service. Once notified as was ordered Dr. ROLANDO AYORGA OROZCO, of legal

22  age, Married, an attorney and domiciled herein, appeared before this court in his capacity as legal general

23  representative for CHIQUITA BRANDS INTERNATIONAL INC. and filed a Motion to dismiss for lack

24  of jurisdiction, the exclusion and lack of legitimacy of legal capacity to sue his principal Dr. ROBERTO

25  SANCHEZ CORDERO, of legal age, Married, an attorney and domiciled herein, also appeared in his

26  capacity as special legal representative for: SHELL CHEMICAL COMPANY and filed a motion to

27  dismiss, stating that law 364 contains an endless number of provisions which violates the Political

28  Constitution in force and therefore he didn't make the deposit, abiding to the established in article 7 of law

29  364. ROBERTO ARGUELLO HURTADO, of legal age, Married, an attorney and domiciled herein have

30  also appeared in his capacity as legal representative for: DOLE FRESH FRUIT COMPANY, pleading the

EX. 11-B
302.



1  unconstitutionality of the especial proceedings, which was enforced with law No. 364, and moved to change

2  the procedure and declare unconstitutional the mentioned law. The plaintiffs moved this court in each

3  complaint to declare the companies DOW CHEMICAL, DOLE FOOD CO, AND SHELL CHEMICAL

4  CO. in contempt of Court. A clerk affidavit was attached to the court record stating that the defendant

5  DOW CHEMICAL CO. didn't appear before this court to exercise its rights, therefore in a subsequent

6  court order, it was declared in contempt of court. The plaintiffs dismissed the actions filed against the

7  companies: OCCIDENTAL CHEMICAL CORPORATION, CHIQUITA BRAND INTERNATIONAL

8  INC. AND DEL MONTE TROPICAL FRUIT CORPORATION. Dr. ROLANDO MAYORGA

9  OROZCO in his capacity as legal representative for Chiquita Brands International Inc., stated that he

10  accepted the dismissal. The plaintiffs requested that briefs filed by the legal representatives of the sued

11  companies, should not be admitted, since they didn't make the required deposit established by law 364.

12  The Court decided that, since the sued companies didn't make the deposit established by law, it was not

13  possible any pronouncement about the pleadings filed by the same companies. The defendants appealed

14  this decision. Such appeal was denied, since they appealed in fact and didn't make the corresponding

15  deposit established by law No. 364. The plaintiffs subsequently requested to try jointly the complaints

16  number 1159/01, 1212/01, 1213/01, 1260/01, 1303/01, 1304/01, 1354/01, 1400/01 and 1401/01 and admit

17  ANGEL SALVADOR ESPINOZA GUERRA of general alleady mentioned as joint legal representative

18  for the plaintiffs in the abovementioned complaints. The motion was approved according to the established

19  in articles 840 and 841 Pr. The Court issued an order, stating that the legal representatives who appeared in

20  court, for the defendants Shell Chemical Company and Dole Fresh Fruit Company, tacidly abided

21  themselves to the jurisdiction of this court. On plaintiffs' previous motion for Discovery, this court began

22  taking testimony in accordance with the term established by the Law, Dr. ROBERTO ARGUELLO

23  HURTADO in his above stated capacity moved to declare the nullity of all the judicial acts performed,

24  stating that it was not a true statement that they had answered the complaints. Such motion proceeds in

25  accordance with Law but was dismissed, based upon the facts that the complaints were answered by

26  challenging and denying the legal grounds of the complaints. Dr ARGUELLO HURTADO in his above

27  stated capacity, attached a bank note of the Banco de la Produccion S.A for the amount of ONE

28  HUNDRED THOUSAND DOLLARS deposited to exercise his rights as a party in the proceedings and

29  requested to be given legal standing. The plaintiffs were called to be heard concerning the mentioned

30  deposit, thereupon they stated that the deposit had not been made within the period established by law and

Ex. 11-B
303.

34



1   it should proceed in accordance with article 8 of ... court
2   issued an order, deciding that the mentioned deposit wasn't made in
3   the established term; however, since the depositor abided tacitly to the
4   jurisdiction of the court, the depositor was given legal standing that he previously asked for. Dr. Roberto
5   Sanchez Cordero appealed the court's decision to begin discovery. The plaintiffs moved the court to
6   receive the witnesses already proposed but were not allowed since all discovery proceedings were
7   suspended while the appeal was been heard. The court dismissed the appeal filed by Dr. Roberto Sanchez
8   Cordero according to art. 1081 Pr. and ordered to receive the witnesses proposed. The Motion for dismissal
9   was denied in this court order issued ... in the institution on August twenty six, of the current year. It
10  has been admitted, as ... of the ... of the plaintiffs, the attached documents, notifying the
11  opposing party of DR. WALLMODEN PALACIOS, ... as ... attorney and domiciled
12  herein, appears ... his capacity as special legal representative for DOW CHEMICAL COMPANY
13  requesting to ... legal standing, and stating that he refused the jurisdiction of this court, and
14  questioned ... by declinatory exception. Sentence was rendered at eight o'clock in the
15  morning, on ... the matter by approving the dismissal of the special action against the
16  company ..., and ordering to continue with the ... against the ... dismissed and ordering to continue
17  the action against ... Dow Chemical, Shell Chemical Company, Standard Fruit and Vegetables
18  Co., Inc. and ... ... ... the proceedings against ... party of the ... dismissal filed by the
19  plaintiffs, construing ... admitted that ... it was ... party ... which was Occidental Chemical Corporation and
20  Del Monte Tropical ... Corporation there was an agreement. Subsequently, The plaintiffs filed a motion
21  to dismiss the legal representation of ... ROBERTO ARGUELLO HURTADO stating that the company he
22  represented to, was not the one being ... by him ... subsequent order, decided on this motion,
23  approving it, having as not admitted the briefs filed by Dr. Roberto Arguello Hurtado and nullifying all the
24  judicial acts performed by the above mentioned lawyer, since he was not a part in this complaint, revoking
25  the legal standing he had been given, whereas his Lack of legitimacy of legal capacity to sue was recorded
26  in a court order and has been admitted by the same abovementioned attorney. A Motion to replace order
27  was filed and denied by the court. In the next brief, the plaintiff filed a motion to extend the period to
28  present evidence which was approved, ordering to receive the witnesses proposed and carry out the visual
29  inspection of the barrels which contained DBCP, with the assistance of the expert translator appointed in
30  the court order, in the municipality of El Viejo, Department of Chinandega, through the corresponding

EX. II-B
304



petition. The Witnesses were received and The Local Court of El Viejo delivered the report of the visual

2   inspection to this court. Dr. ROBERTO ARGUELLO HURTADO appeared in his capacity as legal

3   representative for DOLE FOOD COMPANY stating that the interests of his client could be affected by the

4   complaint, and requesting to be given legal standing, which was denied since his client was not one of the

5   companies sued and warning the mentioned attorney to exercise his rights, according to the procedure. And

6   being the term to pronounce judgment, We consider: CONSIDERATIONS That: I. Having the complaints

7   previously filed and made reference to in the finding of facts in this judgment, against the companies

8   DOW CHEMICAL CO., also known as DOW AGRO SCIENCES, SHELL CHEMICAL COMPANY,

9   OCCIDENTAL CHEMICAL CORPORATION, STANDARD FRUIT AND VEGETABLES CO. INC.

10  DOLE FOOD COMPANY INC., CHIQUITA BRANDS INTERNATIONAL INC., DEL MONTE

11  TROPICAL FRUIT, also known as DEL MONTE FOODS, such action was later dismissed regard to the

12  companies OCCIDENTAL CHEMICAL CORPORATION, CHIQUITA BRANDS INTERNATIONAL

13  INC., DEL MONTE TROPICAL FRUIT, DEL MONTE FOODS and Attorney Angel Salvador Espinoza

    Guerra was admitted as general legal representative for the plaintiffs. II. The defendants didn't disprove

    nor deny the complaints filed against them in the term established to answer the same, therefore pursuant

16  to Art. 1051 Pr. (Civil Procedure) they have to be considered as admitted and consented by the mentioned

17  companies. III. Defendants' opposition to the plaintiffs' arguments was based on the following: a) Dr.

18  Roberto Sanchez Cordero, in the first brief filed requested to be admitted as special legal representative for

19  Shell Chemical Company moved the court to admit him as such Attorney and being his legal standing,

20  moreover he filed a motion to dismiss the complaints, since they were based on law 364 which in his

21  opinion, contains "an endless number of provisions that violates the Constitution ..." he also stated that

22  his client "has never had any kind of business in Nicaragua because ..." therefore the company he

23  represented will not deposit the amount sets forth in Art. 4, 7, and 8 of law 364, accepting the legal

24  consequences established in Art. 7 of law 364". b) Dr. Roberto Arguello Hurtado attorney for Dole Food

25  Company, Inc., moved to change the special proceedings, pleading that law 364 was inconstitutional, but

26  he made it in his capacity as legal representative for one of the companies that has not been sued, therefore

27  it's not necessary any pronouncement about his pleading since there is no previous judicial pronouncement

28  to this honorable attorney legal standing. c) Dr. Yali Molina Palacios appeared in his capacity as legal

    legal representative for Dow Chemical Company pleading the lack of jurisdiction of National courts but

    this legal representative was not given legal standing, since the company he represented had not been sued



1    in contempt of court and he didn't move the court to dismiss the

2    contempt ruling. d) The Standard Fruit and Vegetables Co. Inc.

3    Company didn't appear to object the complaints. e) With regard to

4    this other named companies, the plaintiff dismissed the actions against them; therefore it's not necessary to

5    have them as one of the defendants in this complaint nor evaluate their pleas. IV. Considering all with

6    regard to the Jurisdiction of this court, which has been argued by the defendants in this proceedings; we

7    have to consider first: That they didn't limit themselves to declare the lack of Jurisdiction, nor claim that

8    the complaint has to be heard in the Courts of the United States of North America, instead they claimed to

9    declare the complaints null and void; the courts declared a judgment concerning their arguments; they

10    denied that there's lack of jurisdiction since the business is Nicaragua and also stated that it was not of the

11    jurisdiction of this court. The defendants stated that they supported two excluding and totally opposed positions,

12    since they requested to pronounce judgments of this jurisdictional orders; first they abided to the jurisdiction

13    of this court, and later they challenge the competence of this court. Since they claimed to pronounce a

14    judgment about all of the points they pleaded, they will have that judgment to resolve all the points of

15    the litigation in agreement with Art. 424 of the Judiciary; which orders judge to analyze in their Judgments

16    the "pleas stated by the parties in the course of their trial". Moreover, Once the Jurisdiction of this court

17    has been accepted, Art. 12 of the same law 364 provides that the competent authority to try these cases,

18    will be the Civil District courts which will try the complaints for compensation in accordance to Law.

19    Furthermore the same law sets forth Art. 122 that to transfer the complaints to the jurisdiction of foreign

20    courts, the defendants not only have to abide unconditionally to the other Jurisdiction, but to waive

21    expressly to the exception of "Litispendency Convenience" and according to the same law in case the

22    defendants decide to continue the suit in jurisdiction court where they have to deposit the amount established in

23    Art. 4 of the present law". As a consequence, it isn't enough Not to make the deposit, there are other

24    requirements that the defendants must fulfill in order to have the final decision made by the foreign courts;

25    furthermore if the defendants wanted to try the case in Nicaragua they had to make the deposit, that's the

26    duty of the defendants, but law doesn't Barr plaintiff from proceeding with the trial in Nicaragua even if

27    the defendants didn't make the deposit, therefore General legal procedure is in force in this case, which

28    establishes that the defendants have to abide to this court's jurisdiction. V) Before analyzing some other

29    aspects of the proceeding. We have to consider the motion for dismissal pleaded by one of the defendants

30    based in one of the unconstitutionality of a series of provisions in Law 364: In this regard, it's

EX 11-I 306.

7



possible to point out that Law of Protection (Law No. 49), Article 21 provides for the cases of unconstitutionality Law, Executive orders or regulations, which could be made in judgments that were not by cassation. But Articles 11 and 20 of that constitutional Law set forth that on one hand it has to be made an express request and who moves for the unconstitutionality has to do it in the capacity of legal special representative; on the other hand, only the Supreme Court of Justice once it ratifies a previous Judgment can declare the unconstitutionality of a law, it's the only one that can declare unenforceable the same law. This judge has read the court orders and decides that there is no express request and nobody has filed a special power of attorney to plead the unconstitutionality of any law, what is requested of me is to declare Law 364 unenforceable, but I can not accede to this request under any circumstances, since those are exclusive and private functions of the Supreme Court. Therefore the abovementioned Motion for dismissal was not accepted in the proceedings. VI. Since one of the defendants pleaded that it had never had any business in Nicaragua, nor sold the products known as Nemagon and Fumazone, therefore it's possible to earmark that Art. 2 of law 364 sets forth civil and criminal liability for the manufacturing Companies; in addition Dr. Roberto Sanchez Cordero filed an affidavit of Stephen F., who was a Shell Chemical Company employee, who declared under oath that this company manufactured Nemagon and sold it to the Standard Fruit and Castle and Cooke, which distributed that product in Central America thereby it is an open confession that the mentioned company manufactured that product and the other two abovementioned companies distributed it in Nicaragua, since this republic is a member of the Central American countries. VII. If the abovementioned statement were not enough for the foundation of the conclusions of this Judgment, it's possible to add that during the procedure of this complaint, the plaintiffs filed means of proof in their favor, such as medical reports, medical laboratory tests, and testimony as evidence, which were been notified to the opposing parties and were not challenged. VIII. Pursuant to Art. 1051 Pr. in its second paragraph establishes that the writing evidences, which were not challenged, are considered as accepted by the opposing party and Art. 9 of Law 364 also sets forth that "All the persons affected who proved, during the proceedings of the case, that have been exposed to the pesticide mentioned in art. 1 of this law, and as a result of the exposure has develop sterility, will have the right and the irrefutable presumption that it was caused by the products. Therefore the presentation of two medically certified by a national laboratory of the Ministry of Health or the Institute of Medical Jurisprudence or by a laboratory duly authorized by the Ministry of Health Care will be enough and sufficient" and taking into account that the writing evidences attached to the court orders fulfill the provisions of the abovementioned Law IX.

38



1   ..... That the testimonial evidence received and given by Messrs. LUIS

2   FELIPE GODOY MEDINA, surgeon, BAYARDO JOSE BARRIOS

3   VELASQUEZ, medical technologist, FRANCISCO ALI GARCIA

4   ALFARO ATILIO........ MEZA, accountant, SERGIO ALBERTO RIVAS, agricultural

5   worker, JUAN RAMON ZAPATA CASTILLO, agricultural worker, MANUEL EDILBERTO MEDINA

6   POZO, agricultural worker, MIGUEL ANGEL RAMIREZ BENAVIDES, agricultural worker, SERGIO

7   EDILBERTO HERNANDEZ PORRAS, shoemaker, MONICO ALVARADO ALAGUNA, agricultural

8   worker, FELIX CESAR BLANCO, day laborer, CARLOS WILLIAM WALDOM, day laborer,

9   SALOMON DE LA CRUZ BRAVO........ISABEL FRANCISCO DIAZ RODRIGUEZ ROCHA, agricultural worker,

10   JULIAN ISIDRO MORALES MEDINA, pensioner, JOSE REYNALDO MENDEZ TEJADA, day

11   laborer, JOSE HERIBERTO CARRAZCO CHAVARRIA, day laborer....all of legal age, domiciled in the

12   department of ...................who every received as witnesses, testified and confirmed the testimony,

13   answering the questions presented by defendant "X". That in their witness testimony LUIS FELIPE

14   GODOY, M.........BAYARDO JOSE BARRIOS VELASQUEZ, who affirmed, in his professional

15   personnel....................confirmed that the plaintiffs' exposure to the pesticide has contributed to develop

16   a number of ............................................................all the more that the pesticide they

17   were exposed ...........................................................taking into account the exposure and according to them is

18   was considered ...............................................................All the above mentioned.....................state that all the

19   cases they have ..............................................................................result by the plaintiffs.................as a result of the exposure to

20   DBCP, known as Nemagon ...........................Among the chronic illnesses caused as a result of the

21   exposure are: the male and female ....................................................Central nervous system disorder, congenital

22   defect, impotence and frigidity, prostate.............................................and also kidney disorder, liver and lung

23   illnesses, as well as skin, muscular and bony tissue diseases, etc. XII. Mr. LUIS FELIPE GODOY

24   MEDINA stated that he knew cases of females exposed to the above mentioned pesticide, suffered several

25   and successive abortions as a result of deformities caused by the exposure to Nemagon and Fumazone

26   pesticides. XIII. The witness BAYARDO JOSE BARRIOS VELASQUEZ stated that the males exposed

27   to Nemagon and Fumazone pesticides had developed total Azoospermia, which means that the male is not

28   able to reproduce, as well as Oligoazoospermia, where the sperm count is significantly reduced and

29   teratozoospermia, that is when the sperm count can be high or normal, but the velocity is diminished and

30   Increased which cause sterility. He also stated that the exposure to DBCF contributed to hepatic and

Ex. 11-1
508.



1  severe coetaneous cancer and in some cases these diseases were hereditary. Moreover the pesticide could

2  be absorbed by newborn babies through breast feeding with mother's exposed to DBCP, and that exposure

3  to DBCP caused brain disorders. He stated that knew cases of females who suffered several and

4  consecutive abortions. XIV the other witnesses, Messrs.: FRANCISCO ALI GARCIA MEZA, JUAN

5  RAMON ZAPATA CASTILLO, MANUEL EDILBERTO MEDINA POZAO, MIGUEL ANGEL

6  RAMIREZ BENAVIDEZ, SERGIO EDILBERTO HERNÁNDEZ PORRAS, MÓNICO ALVARADO

7  LAGUNA, JULIO CESAR BLANCO, CARLOS WILLIAM WALDAN, SALOMÓN DE LA CRUZA

8  BRAVO, JUAN FRANCISCO ORTIZ ROCHA, JULIÁN ISIDRO MORALES MEDINA, JOSE

9  REYNALDO MENDEZ TEJEDA Y JOSE HERIBERTO CARRANZA CHAVARRIA were coincided

10  when they affirmed that in the plantations they worked, nobody made them any recommendations or

11  warnings of DBCP use, known as Nemagon and Fumazone and they never received the recommended

12  preventing clothing to protect them from skin contact with DBCP, much less warnings that the contact

13  with the same caused damages to health, since when they applied the mentioned pesticide they had

14  generally direct contact with it and after the application they didn't get minimum conditions to wash or

15  take a shower and eliminate the residue of the pesticide instead they went home drenched with the residue

16  in their clothes.  XV. The Judicial Inspection carried out at eleven in the morning on November eleven

17  two thousand and two by the local Judge for the Municipality of El Viejo, Department of Chinandega,

18  stated that in the inspected barrels no inscriptions were found that give warning about the dangers and

19  consequences of the exposure to DBCP. There is no Spanish inscriptions only in English that in some of

20  the barrels where it's possible to read the name of one of those sued companies "The Dow Chemical

21  Company". XVI. That it's the duty of the Courts of Justice to guarantee the full respect of the

22  constitutional rights of Nicaraguan citizens and in accordance with art. 2 of Law No 260, Organic Law of

23  Judicial System, which sets forth that Justice emanates from the people and is demanded in its name and

24  delegated exclusively to the Courts of the Judicial System. XVII. The rights of individuals affected by the

25  pesticide known as Nemagon, and Fumazone have specially to be guaranteed since they were affected by

26  these pesticide according with the evidences presented during the trial and mentioned in the above legal

27  foundation that the law No 364 sets forth that the judge can take into considerations as means of proof each

28  the Specialized Medical reports, which were attached to the court orders and documentary evidences,

29  moreover the testimony of health expert witnesses, mentioned in the above legal foundation of the same

30  judgment, to establish the amount of the compensation. XVIII. That the complaints established in their



1

2    amounts for payment to the plaintiffs and in the cases No.

3    1354/01, 1400/01, 1401/01 the legal representative moved for

4    a total amount that does not coincide with the sum of each

    one of the plaintiffs, therefore to protect the rights of the affected, it has been made a simple arithmetical

5    operation based on the amounts requested by the plaintiffs, which is set forth in the final decision of this

6    judgment. XIX: That during this trial the Judge heard this case in accordance with all the procedural and

7    substantive laws respecting the sovereignty and force of Nicaraguan law throughout the whole country.

8    This respect to the legal order in force has allowed to accept and approve the claim of tens of citizens who

9    suffered the exposure with potent chemical substance that caused irreversible damages

10    and furthermore the

11    worked that had

12    suffering the

13    treatment

14    considerations and the product: CONCLUSIONS: Therefore, in accordance with the

15    law 364, the invoked laws, of legal provisions and articles 424, 434, 436 and article 12 of

16    action, law, payment of compensation and filed in this action. ANGEL SALVADOR ESPINOZA

17    GUERRA in his capacity as joint and several legal representative for Sonia Eduarda Flores Franco, Ana

18    Maria Paniagua

19    companies and the

20    SCIENCES, SHELL CHEMICAL COMPANY, STANDARD FRUIT AND VEGETABLES AND DOLE

21    FOOD COMPANY INC. II. The

22    in legal currency to: A) Mmes.: SONIA EDUARDA FLORES FRANCO, ANA MARIA PANIAGUA

23    FRANCO, ANA MARIA ZAVALA IZQUIERDO, YADIRA MENDOZA, JUANA MARIA POVEDA,

24    SOFIA ESPERANZA HERNANDEZ, MATILDE LIDIA CHAVEZ REYES, JUANA DE ARCO

25    MAYORGA, PETRONA DEL TRANSITO COREA , FRANCISCA ANTONIA ARTOLA, the amount

26    OF FOUR MILLION US DOLLARS ( US$ 4,000,000.00), or its equivalent in Cordobas, TO EACH OF

27    THEM as compensation for special damages, moral and punitive damages; B) To Mmes: NUBIA DEL

28    SOCORRO OLIVAS ALFARO, JULIA ESTHER CRUZ CASTRO, FLOR DE MARIA PALACIOS

29    RUIZ, JEANNETTE DEL SOCORRO OSORTO N., LUZ IDALIA ALFARO RAMIREZ, SUSANA DEL

30    CARMEN VANEGAS, ANA PASTORA MARTINEZ VEGA, MELANIA DE JESUS MENDEZ

41

ISABEL RAMOS, CALIPTA TERESA MARTINEZ, ESTHER MATILDE PALMA, DOLORES GEMA

2 URQUILLA VELASQUEZ, PETRONA DE LA CONCEPCION DIAZ GONZALEZ, MARIA EUDELIA

3 HERNANDEZ ROQUE, MARIA LOURDES ROSTRAN MENDOZA, MARIA TERESA MORALES

4 FAJARDO, ESTELA BORJA AGUIRRE, NORMA LUISA MARTINEZ AYALA, MARTHA ISABEL

5 TURCIO VARELA, AURELIA VICTORIA MONTENEGRO ESPINOZA, ADELINA ESPINOZA,

6 ALMA NUBIA MARADIAGA AGUILERA, PAULA ELVIRA CASTELLON, CANDIDA ROSA

7 NUÑEZ PORTILLO, ARGENTINA NATALIA CABALLERO, THELMA ZELMIRA FONSECA

8 ARAUZ, FRANCISCA DEL SOCORRO CENTENO, MARIA PRISCILA GONZALEZ MATUTE,

9 JUANA PAULA SOZA MONTANO, ANA LUZ ARTEAGA GUTIERREZ, MARIA GLORIA GARCIA

10 ALFARO, JUANA FRANCISCA MUNGUIA PARRALES, OTILIA VANEGAS NARVAEZ,

11 PETRONA VERONICA SEVILLA FLORES, ROSA MARIA RIVERA, MARIA ELENA DIAZ

12 PEÑALBA, MARIA VICTORIA ACEVEDO LOPEZ, MAYRA ESTULINA LOPEZ FLORES,

13 BEANCA JULIA LOPEZ PICADO, JUANA MARTHA VASQUEZ, ANTONIA MARIA AYALA

MORENO, MODESTA LUCRECIA CALERO PERALTA, ANTONIA ISABEL ALFARO RAMIREZ,

EDGA MARIA CACERES REYES, LUCIA OTILIA ESPINALES CARRANZA, MARIA ROSA

16 CUADRA SILVA, MARIA CLEOFE CUADRA SILVA, ANA MARIA LUNA ARGUETA, NIEVES

17 DE JESUS ALVAREZ RUIZ, ANA JULIA RODRIGUEZ MENDOZA, ADILIA LILGA GRILLO,

8 MARIA AUXILIADORA BERRIOS, MERCEDES DEL SOCORRO GAITAN VALLE, ROSA ADELA

9 BLANCO PALMA, MARTHA DEL CARMEN CHAVARRIA GONZALEZ, JUANA ANTONIA

0 PANIAGUA FLORES, GLORIA JUSTINA ACEVEDO PRADO, PETRONA DEL SOCORRO

1 CANALES ALVAREZ, MAURA FRANCISCA CANO AND CANDIDA TELLEZ GARCIA, the amount

2 of ONE MILLION US Dollars (US$ 1,000,000.00) TO EACH OF THEM, or its equivalent in Córdobas,

3 as compensation for specific damages, moral and punitive damages; C) To Mr. MARIANO DE JESUS

4 TORREZ ROMERO, the amount of SEVEN HUNDRED THOUSAND US Dollar (US$ 700,000.00) or

5 its equivalent in Córdoba, as compensation for specific damages and moral and punitive damages; D) To

6 Messrs and Mmes: ORLANDO RODRIGUEZ PINEDA, FRANCISCO DIONISIO AGUIRRE, MATEO

7 RODRIGUEZ MENDEZ, FRANCISCO, RAYMUNDO MOLINA, PABLO ANTONIO MORALES,

8 JULIO GUZMAN, PEDRO ELIGIO MEZA CENTENO, FELIX PICADO NEYRA, ROGELIO

9 OBERTO CASTILLO, MARIA ISABEL REYES, LIDIA MARIA GUMERCINDA GARCIA AL

0 DOMINGA LUCIA CORDERO DIAZ, DIGNA EMERITA GUAGAMUCA LOPEZ, MARIA ENRIETA

Ex. 11-B
311.

42



1. GONZALEZ NUÑEZ, TOMASA DEL SOCORRO LUNA,
2. ANDREA MELANIA RODRÍGUEZ, YOLANDA
3. NIDIAG MERCEDES ALEMAN ESPINOZA,
4. ANTONIA SOTO LEZAMA, JUANA ANTONIA ALEMAN, JUANA ANTONIA FLORES,
5. VERONICA MARIA BELANGO, MARIA ELENA AGUILERA DAVILA, SONIA SOZA GALLEGO,
6. CARMEN ROSA REYES AGUILERA, CONCEPCIÓN SANTOS BRENES, MARIA ELENA SUAZO,
7. ANA MARIA MUNGUIA PEREZ, MARIA MAGDALENA MARTINEZ, LUISA AMANDA
8. BALLADARES VARGAS, NOEMI ERAZO BELTRAN, HERMINIA H. CASTELLON HERNÁNDEZ,
9. GLORIA MARIA GARCIA GARCIA, MERCEDES SARRIA, ANA LIZ ENRIQUEZ,
10. CENTENO, MARIA TERESA CRUZ, ALBERTA ROQUE, AGUILERA, CARMEN
11. MARIA MELENDEZ, IDOLINA CRUZ, ANA VELASQUEZ, MARINA LAGUNA MEZA,
12. MARIA ADILIA MENDOZA, MARCELINA LOPEZ RAMIREZ, JUANA DEL CARMEN DIAZ
13. CALERO MENDOZA, SILVIA ELENA CANDIA SANTOS, ERMILIA DE LAS NIEVES
14. PANIAGUA ALVAREZ, GLADYS PALMA RODRÍGUEZ, EVA LUZ CALERO PERALTA,
15. FRANCISCO PEDROZA MEMBREÑO, AURORA RIVERA GARCIA, LILIAN ANTONIA
16. ESPINOZA, MERCEDES GALEAZO, MIRANDA, MARIA DE LA CRUZ MARTINEZ
17. RODRIGUEZ, MARGARITA CHUA ROMERO, JOSEFA MARIA GUTIERREZ, LILA
18. MARTHA ROSA CACERES, DOMINGA HERRERA CORTEZ, MARIA DE LA CONCEPCIÓN
19. CACERES GARCIA, PERLA DE LOS ANGELES HERNÁNDEZ, MARIA DE JESÚS REYES,
20. MARIA OLIVIA RODRIGUEZ, AUXILIA FONEZ, ALEMAN, ANGELA DEL CARMEN
21. HERNÁNDEZ CASTRO, MARIA MIRANDA RODRIGUEZ, IMELDA ZAMORA
22. DOLMOS, LUCILA CASTILLO S., MARIA URBINA, REYNA ISABEL MEZA
23. CASTELLON, MARIA CELINA BAQUEDANO, LUISA ANTONIA MARTINEZ LUNA, NIMIA
24. ESPERANZA REYES, JUANA FRANCISCA HERNÁNDEZ HURTADO, GUADALUPE SENEIRA
25. SANTOS, THELMA MARIA DIAZ TRAÑAS, MARIA MARGARITA TREJOS RIVERA, MARIA
26. LUISA MELÉNDEZ, EVARISTA MEZA, ISABEL CRISTINA RODRIGUEZ TORREZ, JEANNINE
27. ESQUIVEL, GLORIA DEL SOCORRO ALVARADO LOPEZ, SONIA DEL CARMEN CENTENO
28. ROJAS, ESMERILA ACUÑA VEGA, VILMA SONIA FLORES ROMERO, EDA ISMELDA
29. MORENO ACUÑA, TOMASA ISABEL CASTELLON MENDOZA, IGNACIA ROSTRAN TOVAL
30. GABRIELA DEL CARMEN SILVA CHAVARRIA, PETRONA EMELINA SALAZAR, EDA

Ex. 11-B
312.

3



DOLORES RODRÍGUEZ, MARÍA DEL SOCORRO SOLANO, GUADALUPE PASOS, MARÍA DEL CARMEN GARCÍA ESPINOZA, LAURA RAMONA CHAVARRIA ESPINOZA, PETRONA ZACARIAS PÉREZ ACUÑA, RAMONA DEL CARMEN GARCÍA PERALTA, MARÍA DEL CARMEN MARTÍNEZ PILARTE, APOLONIA SABINA CHEVEZ, JUANA FRANCISCA OJEDA ORDÓÑEZ, PETRONA DEL SOCORRO MUNGUIA AND ALBA NUBIA SUAZO BENAVIDES, the amount of FIVE HUNDRED THOUSAND US dollars (US$500,000.00) TO EACH OF THEM or its equivalent in Córdobas as compensation for specific damages and moral and punitive damages; E) To Mmes: MARÍA ALICIA CACERES GRANADO, SAHARA DE LOS ANGELES ORDÓÑEZ M., MARITZA BEATRIZ CACERES GRANADO, JOSEFA MARÍA CASTILLO SEQUEIRA, OLIVIA DEL CARMEN SOZA, MARIA ANTONIA FLORES, ALICIA ANDING GARCÍA, SABINA CRISTINA MEDINA, JUANA OLIVIA SALMERÓN, FRANCISCA DE LOS ANGELES PINEDA, ROSA AMANDA GARCÍA JIRÓN, PAULA MARINA SANTOS DÍAZ, PETRONA DE LOS ANGELES TORREZ VALDEZ, DORA DEL SOCORRO QUEZADA TORREZ, GERTRUDIS CHAVEZ TORREZ, MARÍA ISABEL DOMÍNGUEZ LÓPEZ, JULIA ELENA ZAVALA CASTRO, MAYRA DEL SOCORRO CARRILLO RAMIREZ, MARÍA DE LOS SANTOS MUNGUIA PINEDA, MARÍA ISABEL MONTENEGRO BERMÚDEZ, JUANA BAUTISTA ANDRADE, GLORIA ESPERANZA MONTES MOJICA, VIRGINIA ESPERANZA LIRA CHAVEZ, JUANA MARÍA COREA PEREZ, ROSARIO MARTÍNEZ PERALTA, MERCEDES URBINA, CANDIDA ROSA PEREZ ROMERO, LUCIA LUCRECIA CASCO GONZALEZ, JUANA FRANCISCA LÓPEZ CAMPOS, FLOR DE MARÍA MENDOZA SOLANO, MARALINA CELESTINA ESCALANTE QUINTERO, ZOILA CORTEZ VARGAS, ALEJANDRINA GARCÍA LÓPEZ, ROSALINA MORALES GÓMEZ, DINORA MENDEZ MENDOZA, TOMASA HERNANDEZ, LUCIA JULIANA FIGUEROA GARCÍA, ROSA ARGENTINA LÓPEZ CORTEZ, MARÍA AUXILIADORA GÓMEZ MORALES, JULIA LIDIA CATIN, EMELINA RIOS CASTILLO, DIONICIA VERÓNICA PAZ, MARÍA MARTÍNEZ NORORI, MARTHA ANDREA NUÑEZ MENDOZA, JUANA FRANCISCA GONZALEZ MENDOZA, ADRIANA PAULINA URBINA, FLOR DE MAYO RIVAS, ANA ROSA URBINA POVEDA, FRANCISCA TEODORA NÚÑEZ, MARÍA JOSE BONILLA CRUZ, ROSA DE LA CONCEPCIÓN CHAVEZ TORREZ, FRANCISCA CENTENO ZAPATA, JUANA CATALINA CHAVEZ TORREZ, JUANA PASTORA CANO, MARIANA MERLAN ORTIZ, LINA MABEL RIVERA RUIZ, PAULA MARIA MENDOZA BENAVIDES, MARTHA ARCADIA CALERO JAIME,



1. ESPINOZA, PETRONA SILVA BENAVIDEZ, GLORIA

2. ESPERANZA MONDRAGÓN, JUANA BERTILDA LOPEZ

3. ROMERO, MARLYNG EUFEMIA CASTILLO JIRÓN,

4. DORIS MARIBEL RIOS, MARIA ELENA MUNGUIA, GUILLERMINA ELOISA RUIZ, MARIA

5. EDELMIRA SÁNCHEZ, MARTA HILARIA MEDINA GRILLOS, SANTOS APOLONIA ESPINOZA H.

6. AZUCENA DEL SOCORRO GUTIERREZ CRUZ, ANA CRISTINA SANDOVAL CASTILLO,

7. ALEJANDORA OLIVARES LEYTON, MARTHA VALENTINA LOPEZ BETANCO, PAULA PAZ

8. MONCADA, MARIA INES RODRIGUEZ QUINTERO, ANA MARIA VILLALTA MENDEZ,

9. PELAGIA ARGENTINA PERALTA SOMARRIBA, ELOISA PONCE MEJIA, JUANA FRANCISCA

10. LAGUNA, MARIA DILIA CONCEPCIÓN LUNA CARDOZA, ANA IGNACIA DEL SOCORRO

11. RODRIGUEZ MIRANDA, the amount of ONE MILLION US dollars (US$ 1,000,000.00), or its

12. equivalent in Córdobas, TO EACH OF THEM, as compensation for specific damages and moral and

13. punitive damages; and to Maria and Mines: FRANCISCA CELESTINA LOPEZ, MARIANA DEL

14. SOCORRO SÁNCHEZ, LETICIA IRENE SALMERON MARTINEZ, PETRONILA NARVAEZ H.,

15. JOSEFA EXPOSA ESPINOZA GOMEZ, LILIAM ZAMORA CALERO, LEONOR DEL CARMEN

16. PINEDA, CRISTINA EXDOFANA ALFARO CAMPA, ANA JACOBA MARTINEZ, PAULA

17. VICTORIA RELIZ, MAGDALENA VALLECILLO PINEDA, AMALIA DEL CARMEN MALTEZ

18. ALMENDAREZ, CORNELIA MONTIEL, MARIA LUISA REYNA TERCERO, MARIA CRISTINA

19. CALERO SALVADO, ALBA DEL SOCORRO JIRÓN ROMERO, MARIA LUISA ORELLANA

20. VELÁSQUEZ, TRINIDAD DE LOS ANGELES REYES ALEMÁN, MIRIAM DEL ROSARIO

21. BERRIOS, MARIA ELSA JIRÓN ROMERO, FLOIDA REYBA SÁNCHEZ, MARIA SALOME

22. MEDINA, PAULA PETRONA ESTRADA CANTILLANO, MONCADA QUIROZ, JUANA VILMA

23. MENDOZA MAIRENA, VALENTINA OSORTO CARRASCO, ROSA MARIA MENDOZA,

24. MERCEDES NATALIA ORTEGA RODRÍGUEZ, LUISA MATILDE VALLE PANIAGUA, JULIA

25. BERTHA VELÁSQUEZ ABELARES, FRANCISCA ANTONIA UCEDA CARVAJAL, MARTHA

26. ISABEL GONZÁLEZ MENDOZA, GUADALUPE MORAN DIAZ, ALTAGRACIA DEL SOCORRO

27. SOLIS NAVAS, MAGDALENA ANTONIA BLANCA, GERTRUDIS A. SUAREZ, ISIDRA DE LA

28. ASUNCIÓN RAMOS PADILLA, MARIA VICTORIA DUARTE CASCO, MARIA DE LOS ANGELES

29. HERNÁNDEZ RAMOS, CELSA DE JESÚS BAUTISTA MAYA, MARIA DE LOS ANGELES

30. ORTEGA HERNANDA BETANCO RAMOS, MARIA ELSA MARTINEZ ALBARENGA, MARIA



1  FRANCISCA RODRÍGUEZ, NIDIA DEL SOCORRO JIMÉNEZ SÁNCHEZ, MARÍA DEL CARMEN

2  SILVA CENTENO, MARGARITA DE LA CONCEPCIÓN MARTÍNEZ, INGRIA ALEYDA

3  MARTÍNEZ, ROSAURA MARTINA PEREZ, MARIA DEL SOCORRO CANDA GUTIERREZ, ANA

4  JULIA RAMOS PADILLA, ANGELA RODRÍGUEZ, SANTOS MELANIA RIVERA MURGIA

5  DOMINGA LIDIA DIAZ CABALLERO, MARIA DOLORES MARAVILLA, EPIFANIA DE LOS

6  SANTOS RUIZ CENTENO, HAYDEE EDUVIGES GOMEZ GUTIERREZ, MIGDALIA GERTRUDIS

7  ROMERO, LILIAM DEL SOCORRO ARAUZ COREA, GLORIA JUSTINA ACEVEDO PRADO,

8  SILVIA CONCEPCIÓN ROMERO AYALA, OFELIA AGUIRRE, VILMA TÉLLEZ GARCIA,

9  GLADYS TÉLLEZ GARCIA, NOELIA TÉLLEZ GARCIA, MIRIAM DEL TRANSITO RIOS

10  ARRIAZA, MARIA EUFEMIA CARMONA NÚÑEZ, JULIA MARIA AYALA ORTIZ, JULIANA

11  VALLECILLO LOPEZ, RAMONA FRANCISCA SILVA, SOFIA ESPERANZA GARCIA, MARIANA

12  DE LOS ANGELES GARCIA, MARIA ELENA MALTA, LIDIA ESPERANZA CHAVARRIA

13  GONZALEZ, JUANA FRANCISCA SALAZAR, PETRONILA JIRON CASTELLON, JUANA

14  CASTILLO ORTEGA, MARIA DE JESUS FLORES, GLORIA ZOYLA TOVAL, AND FLORENTINA

16  MARADIAGA RODRÍGUEZ, the amount of ONE MILLION US dollars ( US$ 1,000,000.00) or its

equivalent in Córdobas, TO EACH OF THEM as compensation for specific damages and moral and

17  punitive damages. G) EUGENIO NARVAEZ MONTES, FEDERICO PEREZ ALTAMIRANO, SANTOS

18  RAFAEL MAYORGA, CLAUDIO CASTILLO TRUJILLO, MIGUEL RAFAEL CERNA RUEDA,

19  EDUARDO JOSE ESTÉVEZ AGUIRRE, MARIANO BASTINO SALMERON, EMILIO

20  MALDONADO MERLO, AND PABLO FLORES ESPINOZA the amount of NINE HUNDRED

21  THOUSAND US dollars ( US$ 900,000.00), or its equivalent in Córdobas, TO EACH OF THEM as

22  compensation for specific damages and moral and punitive damages. H) To Messrs. IVAN HIPOLITO

23  NAVARRO URROZ, JOSE SANTOS VILLALOBOS VILLALOBOS, FREDDY VICTORINO

24  CACERES FLORES, LUIS MANUEL FIALLOS MENDOZA, CARLOS JOSE MENDOZA, MACARIO

25  TORREZ GONZALEZ, RICARDO RAFAEL ESTRADA ORTIZ, JOSE ISABEL ALVERAN Y PEDRO

PABLO CASTELLON GONZALEZ, the amount of SIX HUNDRED THOUSAND US dollars (US$

600,000.00) or its equivalent in Córdobas, TO EACH OF THEM as compensation for specific damages

and moral and punitive damages. I) To Messrs. ERNESTO JESUS GUERRERO, VLADIMIR

CECILIO SALAZAR, PEDRO JOSE LOPEZ, SILVIO JOSE MENA, MANUEL DE JESUS CHELAN

LOPEZ, JULIO ROBERTO BLANDON ESTRADA, JERONIMO VANEGAS HERRERA, LEON

Ex. 11-B
315.



SERIE "K"

1  PAULO MENESES HERNANDEZ, AND ANGEL AUGUSTO

2  ALVAREZ IBARRA, the amount of SEVEN HUNDRED

3  THOUSAND US dollars (US$ 700,000.00) or its equivalent in

4  Cordobas, TO EACH OF THEM as compensation for specific damages and moral and punitive damages;

5  J) To Messrs: RAMON URBINA, ELOY ENRIQUE LANZAS MUNGUIA, JULIO ALBERTO

6  CENTENO ORDONEZ, AMADO DE JESUS RIOS CACERES, JUAN FRANCISCO PINEDA PALMA,

7  EMILIO MALDONADO, MELO OSVALDO FLORES ESPINOZA, JOSE ISIDRO GARCIA

8  CASTELLON SCANDELARIO, AGENOR MEDINA JUAREZ, FRANCISCO RAMOS VANEGA,

9  MARIANO DE JESUS GARCIA, ALVAREZ OPORTA the amount of NINE

10  HUNDRED THOUSAND US dollars (US$ 900,000.00) or its equivalent in Cordobas TO EACH OF

11  THEM as compensation for specific damages and moral and punitive damages; K) To Mmes: EVA LUZ

12  TORREZ MEDRANO, ALVILDA DORA ROMERO BUSTAMANTE, MARIA DEL ROSARIO

13  REYES, MARIA, ESTHER CUADRA NAVARRO, MARIA DE LOS ANGELES DIAZ MARTINEZ,

14  MARIA ESPERANZA CASTELLON MENDOZA, MARIA AUXILIADORA GALEYO PERALTA,

15  GUILLERMINA AURELICA CARRAZO NUNEZ, NELIDA RAMONA CASTRO RIVEZ, ISABEL

16  CASTRO, PETRONA FRANCISCA SANDIGO, MARIA ESTHER MONCADA

17  ESPINALES, DEL SOCORRO SPAIZ ESPINOZA, MARIA CRISTINA ALVIN

18  MUNGIA, PETRONA, ILDA, MARIA, SOCORRO DE CASTRO, ERLINDA RAMOS AGUILERA,

19  MARIA ELSA, DE LA HAMACEDA, JUANA FRANCISCA HERNANDEZ, MARIA FELIX

20  CAMBOR HERNANDEZ, RAUL DE LA CRUZ, TERCERA NUNEZ, MARTHA ADILIA SOTO

21  GUADAMUZ AND IRENE DE JANET, the amount of ONE MILLION US dollars (US$ 1,000,000.00)

22  or its equivalent in Cordobas TO EACH OF THEM as compensation for specific damages and moral and

23  punitive damages; L) To Mmes: MARIA ERNESTINA MARTINEZ CANO, CRISTINA DE LA CRUZ

24  ROMERO, ARGENTINA DEL C. RODRIGUEZ QUINTERO, BERNARDA CHAVARRIA MORALES,

25  JUANA FRANCISCA GAYTAN MARTINEZ, MARCIA JEANNETTE SUAZO MEDINA AND

26  PETRONA VILMA CACERES GARCIA, the amount of one million ONE HUNDRED THOUSAND US

27  dollars (US$ 1,100,000.00) or its equivalent in Cordobas TO EACH OF THEM as compensation for

28  specific damages and moral and punitive damages; LL) To Mmes: EULALIA ESTER MAYORGA,

29  MARIA ISABEL VEGA, JULIA ROSA CENTENO TORREZ, FELICITA CACERES GARCIA,

30  MARLENE DE LOS ANGELES ARRIOLA E., MIRNA ANTONIA MARADIAGA AND ROSARIO DE

Ex. 11-316



LOS ANGELES SALAZAR I., the amount of FOUR MILLION US DOLLARS (US$4,000,000.00) or its

equivalent in Cordobas TO EACH OF THEM as compensation for specific damages and moral and

punitive damages. M) To Messrs.: GUSTAVO MIGUEL RODRIGUEZ BLANCO, DONALD ANTONIO

GUILLEN PICADO, JUAN OBANDO MARTINEZ GONZALEZ, ESTEBAN ROBERTO ROMERO

MARTINEZ, JOSE EUGENIO VIVAS ESPINO, JULIO ALBERTO CALVO ROJAS, CESAR

GUADALUPE MENDOZA GARCIA, GILBERTO ELEODORO POVEDA MARTINEZ, CARLOS

ALBERTO TENORIO RAUDEZ, DENIS ALFONSO CACERES GRANADO, RAMON ANDRES

HERRERA DEGRANDE, JOSE FRANCISCO CENTENO HERNÁNDEZ, CRISTÓBAL ACUÑA

BENAVIDES, JOSE ESTEBAN GONZALEZ, SEGUNDO ALBERTO ALVARADO, JOSE MANUEL

GOMEZ CERDA, RIGOBERTO ANTONIO CASTILLO RODRÍGUEZ, FERNANDO ALTAMIRANO,

FRANCISCO VALERIO GOMEZ MENESES, RENE JOAQUIN MONTESINOS HERNANDEZ, JUAN

PABLO VAZQUEZ ALONSO, GUMERCINDO REYES ESPINOZA, MODESTO DE JESUS VIDEA

REYES, JORGE IVAN PEREZ AND JOSE FRANCISCO SÁNCHEZ, the amount of NINE HUNDRED

THOUSAND US DOLLARS (900,000.00) or its equivalent in Cordoba TO EACH OF THEM as

compensation for specific damages and moral and punitive damages. N) To Messrs.: APOLONIO

DANIEL PARRALES MORENO, MARCIAL ANDRES OLIVAS, JUAN RAMON LOPEZ MENDEZ,

JOSE RAMON ROJAS VEGA, JOSE RODRIGUEZ MORALES, JOSE BENITO CHAVARRIA

MEMBREÑO, MAURICIO JOSE GARCIA VALDIVIA, ROBERTO JOSE ORTIZ MENDOZA, JOSE

FRANCISCO BALDELOMAR, PEDRO RAMON MONTOYA, MARIANO DE JESUS PEREZ,

FRANCISCO JERONIMO MOLINA, JOSE ESTEBAN SALAZAR SILVA, JOSE DE LA ASUNCION

MARTINEZ, JOSE FRANCISCO CASTILLO ZEPEDA, JOSE REYNALDO PINEDA, JOSE RAMON

MEMBREÑO, JOSE DOLORES CASTILLO GUERRERO, RODOLFO DE JESUS LOPEZ

GONZALEZ, RAUL FEDERICO PANIAGUA, ROMAN EVENOR ESTRADA RIVERA, RAMON

ANTONIO RODRÍGUEZ, RODOLFO CALIXTO RAMIREZ AND JOSE EMILIO MARTINEZ

RODRÍGUEZ, the amount of SEVEN HUNDRED THOUSAND US DOLLARS (US$700,000.00) or its

equivalent in Cordobas TO EACH OF THEM as compensation for specific damages and moral and

punitive damages.   O) To Messrs.: FAUSTO ZELAYA TABORA, MARCOS ANTONIO CACERES

MARTINEZ, JUAN RAMON LOPEZ BENAVIDES, ELEODORO PAZ, JOSE FREDDY AGUILERA

ESPINOZA, JOSE DOLORES ROMERO, SANTIAGO CRISTOBAL MUNGUIA ZAVALA, ROGERGO

SANDRO FUENTES GONZALEZ AND MANUEL EDILBERTO URBINA POZO,

SERIE "K"

1 &ix SIX HUNDRED THOUSAND US DOLLARS (US\$ 600,000.00) or

2 its equivalent in Córdobas TO EACH OF THEM as compensation for

3 specific damages and moral and punitive damages; P) To Messrs.:

4 MANUEL DE JESUS DELGADILLO A., JORGE DOMINGO BENAVIDEZ ARRIAZA, GERARDO

5 ILIAS PADILLA MOREIRA, the amount of FOUR HUNDRED THOUSAND US DOLLARS (US\$

6 400,000.00) or its equivalent in Córdobas TO EACH OF THEM as compensation for specific damages and

7 moral and punitive damages and all this equivalent to the total amount of FOUR HUNDRED EIGHTY

8 NINE MILLION FOUR HUNDRED THOUSAND US DOLLARS (US\$ 489,400,000.00) or its

9 equivalent in Córdobas. III) Since Dr. HORACIO ARGUELLO HURTADO, in his capacity as legal

10 special representative for DOLE FRESH FRUIT COMPANY, deposited in the name of this court the

11 amount of One Hundred Thousand US dollars (100,000.00) according to deposit slip on the account No.

12 1002031381 of the Banco de la Producción (BANPRO) attached to the record under the number 1643

13 without being ... this act only proceed through a court order, that the referral Bank Banco de la

14 Producción ... the above mentioned amount of money to Doctor Argüello Hurtado in his stated

15 capacity. COMMAND NOTICE (F) VIDA BENAVENTE PRIETO.- TO AMES.- Copies of the Judgment

16 Book No 167, pages ... to 467 ... THEREAFTER.- The present Document serves as WRIT OF

17 EXECUTION ... for enforcing the above mentioned final judgment, which is

18 according to ... ... in the city of Managua, at six in the morning, on

19 January twenty three two thousand and three. (F) Honorable VIDA BENAVENTE PRIETO Third Civil

20 District Judge for Managua ... Marcela M. Clerk A.S. I explained to the comparecientes

21 bien instruidos por mí el ... alcance, valor y trascendencias legales, de este acto de las

22 cláusulas generales que aseguran su validez ... y especiales que contiene, y que envuelven renuncias y

23 estipulaciones implícitas y explícitas. Leí íntegramente esta escritura a los comparecientes quienes la

24 encuentran conforme, aprueban y firman con migo el Notario que Doy fe de lo relacionado. (F) Ángel

25 Espinoza.- (F) J. Ballesteros Cas.- (F) M. Caceres P.-

Ex. 11
318.

26 Paso ante mí del Frente del folio sesenta y uno al reverso del

27 folio ochenta y cinco de mi protocolo número diecinueve que

28 llevo en el presente año y a solicitud del Licenciado Ángel

29 Espinoza, libro este primer testimonio en veinticinco hojas

30 útiles de papel sellado de Ley, el que firmo, rubrico y sello en



la ciudad de Managua, a las dos de la tarde del día veinicuatro de Abril del año dos mil tres.

MIGUEL ÁNGEL CACERES PALACIOS.

Abogado y Notario Público

El infrascrito Secretario de la Excelentísima Corte Suprema de la República de Nicaragua, Certifica: Que la firma que antecede y dice ilegible, es auténtica Y corresponde a la que usa el Doctor MIGUEL ÁNGEL CACERES PALACIOS, Abogado y Notario Público en ejercicio, sin que el suscrito Secretario ni el Supremo Tribunal se responsabilicen del contenido del documento.

Managua, veinticinco de abril del año dos mil tres.

ALFONSO VALLE PASTORA
SECRETARIO
CORTE SUPREMA DE JUSTICIA

Ex. 11-B
319.

50




*Ministerio de Relaciones Exteriores*

*Ministerio de Relaciones Exteriores*
*Dirección General Consular*
*Managua, Nicaragua*

*La infrascrita Miriam Fonseca Tablada, Directora General Consular "Certifica"*
*que la firma que antecede y dice:* ILEGIBLE

*" Es Auténtica y corresponde." a la que a la fecha usa (ba),* ALFONSO VALLE PASTO_
RA. SECRETARIO, CORTE SUPREMA DE JUSTICIA DE LA REPÚBLICA DE NICARAGUA.

*La Institución y la funcionaria no asume responsabilidad en cuanto al contenido*
*del documento.*

*Managua* 25 *de Abril* *del 2003*

02:22:04 p.m.

*Dra. Miriam Fonseca Tablada*
*Directora General Consular*
*Dirección General Consular*

*Consulado General de Nicaragua*
*en Los Angeles, California*

Auténtica No. 1810403

El Consulado General de la República de Nicaragua, CERTIFICA que la firma que antecede y dice:
————MIRIAM FONSECA TABLADA———— es AUTÉNTICA y
corresponde a la que en esa fecha usa (ba): LA DIRECTORA GENERAL CONSULAR , MINISTERIO DE
RELACIONES EXTERIORES DE NICARAGUA, LOS ANGELES, CA, E.U.A.
Este Consulado no asume responsabilidad en cuanto al contenido del documento.
Los Angeles, California VEINTINUEVE de ABRIL del año 2003



Control Nº 2979

51

Ex. 11-B
320.