# EXHIBIT 5

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 25 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SONIA EDUARDA FRANCO FRANCO; et al., | No. 03-57038 |
| Plaintiffs - Appellants, | D.C. No. CV-03-05094-NM Central District of California, Los Angeles |
| v. | |
| DOW CHEMICAL COMPANY; et al., | ORDER |
| Defendants - Appellees. | |

Before: REINHARDT, KOZINSKI, and BERZON, Circuit Judges.

Each of the following firms and individuals, counsel for appellant Franco – Engstrom, Lipscomb & Lack, and attorneys Walter J. Lack, Paul A. Traina, and and Girardi & Keese, and attorneys Thomas V. Girardi and Howard B. Miller – shall show cause in writing why it or he should not be required to reimburse the appellees for fees and expenses incurred in defending this appeal, and why it or he should not be suspended, disbarred, or otherwise sanctioned, under Federal Rules of Appellate Procedure 38 and 46 and 28 U.S.C. § 1912 and § 1927, for filing a frivolous appeal, falsely stating that the writ of execution issued by the Nicaraguan court named Dole Food Company, Inc. as a judgment debtor,

falsely stating that the writ corrected mistakes in the judgment, and falsely stating that the notary affidavit constituted an accurate translation of the writ.

The response of each firm and of each individual to the order to show cause shall be no more than 25 pages and shall be returnable to this panel on or before 28 days from the date of this order. Within 42 days of such date, each appellee may file a response of no more than 10 pages, which shall at a minimum contain a statement of the fees and costs expended on the current appeal. Within 56 days of the date hereof, each firm and each individual named in this order to show cause may file a reply of no more than 15 pages to all of the appellees' responses. All filings responsive to this notice shall be referred to this panel for disposition. A hearing shall be conducted if any of the named firms or individuals so requests or if the panel so decides upon receiving the responses. The panel reserves the right, at the conclusion of the proceedings, to refer the matter to the district court for its further consideration and the further imposition of any sanctions or disciplinary actions. The rules governing the number of briefs to be filed in an appeal shall be applicable here.