# EXHIBIT 6

# EXHIBIT OMITTED PURSUANT TO ORDER OF JANUARY 5, 2011