# EXHIBIT 8

EXHIBIT OMITTED PURSUANT TO ORDER OF JANUARY 5, 2011